# EXHIBIT A

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:

SCOTT K. RICKS /V-35068
P.O. BOX 1050
SOLEDAD, CA 93960-1050

TELEPHONE NO:                    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**FILED**

JUL 12 2017

CLERK OF THE SUPERIOR COURT
_____ DEPUTY
V. Stolorow

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY

STREET ADDRESS: ~~240 CHURCH STREET~~ 1200

MAILING ADDRESS: ~~SALINAS, CA~~ AGUAJITO ROAD

CITY AND ZIP CODE: ~~93901~~ MONTEREY, CA 93940

BRANCH NAME:

PLAINTIFF: SCOTT K. RICKS
v.
DEFENDANT: M. VOONG

[ ] DOES 1 TO _____

17CV002623
COMP08
Complaint (Unlimited) (Fee Applies)
134796

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[ ] MOTOR VEHICLE   [X] OTHER *(specify)*: 1ST AMENDMENT
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [X] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

17CV002623

1. Plaintiff *(name or names)*: SCOTT K. RICKS
   alleges causes of action against defendant *(name or names)*: M. VOONG

2. This pleading, including attachments and exhibits, consists of the following number of pages: 159 PAGES

3. Each plaintiff named above is a competent adult YES
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: *S.RICKS v. M.VOONG* | CASE NUMBER: |
|---|---|

4. ☒ Plaintiff *(name):* SCOTT K. RICKS
   is doing business under the fictitious name *(specify):*
   N/A
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person YES
   a. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*
      N/A

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*
      N/A

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* N/A were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* N/A are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*
   N/A

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):* ACTIONS TOOK PLACE IN MONTEREY COUNTY, PLAINTIFF RESIDES IN MONTEREY COUNTY

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| S. RICKS v. M. VOONG | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):* DEFENDANT, M. VOONG, VIOLATED MY 1ST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* DEFENDANT, M. VOONG, VIOLATED MY 1ST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows: N/A

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 200,000.00

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
ALL PARAGRAPHS ARE FACTUAL

Date: 6-11-17

SCOTT K. RICKS
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| S. RICKS v. M. VOONG | |

__ONE__      **CAUSE OF ACTION—Intentional Tort**     Page **4 OF 14**
(number)

ATTACHMENT TO ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* SCOTT K. RICKS

alleges that defendant *(name):* M. VOONG

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):* FROM 2014 TO PRESENT, ONGOING
at *(place):* SOLEDAD, CA

*(description of reasons for liability):*

① I AM CURRENTLY INCARCERATED WITHIN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, (CDCR).
② THE UNITED STATES CONSTITUTION, FIRST AMENDMENT, STATES: "CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF; OR ABRIDGING THE FREEDOM OF SPEECH, OR OF THE PRESS; OR THE RIGHT OF THE PEOPLE PEACEABLY TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES."
③ CALIFORNIA CODE OF REGULATIONS, (CCR), § 3160(a) STATES: "INMATE ACCESS TO COURTS SHALL NOT BE OBSTRUCTED."
④ CCR § 3084.1, STATES: "(a) ANY INMATE OR PAROLEE UNDER THE DEPARTMENT'S JURISDICTION MAY APPEAL ANY POLICY, DECISION, ACTION, CONDITION, OR OMISSION BY THE DEPARTMENT OR ITS STAFF THAT THE INMATE OR PAROLEE CAN DEMONSTRATE

(CONTINUED ON PAGE-6; SEE ATTACHED)

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) (Rev. January 1, 2007)

Page 1 of 1

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(6)

| SHORT TITLE: S. RICKS v. M. VOONG | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment

Page 5 OF 14

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

EX-1. As additional damages against defendant (name): M. VOONG

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows: (SEE: CAUSE OF ACTION, INTENTIONAL TORT)

① DEFENDANT, M. VOONG, HAS REPEATEDLY, BLATANTLY, INTENTIONALLY, DELIBERATELY AND WILLFULLY, VIOLATED MY RIGHT TO APPEAL, AND VIOLATED MY RIGHT TO PETITION THE GOVERNMENT, FOR A REDRESS OF GRIEVANCES.
② I DEMAND $100,000.00 IN COMPENSATORY DAMAGES, FROM DEFENDANT, M. VOONG.
③ I DEMAND $100,000.00 IN PUNITIVE DAMAGES, FROM DEFENDANT, M. VOONG.

EX-3. The amount of exemplary damages sought is
a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☒ $ 200,000.00

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

1  A SHAVING A MATERIAL ADVERSE EFFECT
2  UPON HIS OR HER HEALTH, SAFETY, OR
3  WELFARE."
4          (EXHIBIT-A)
5  ⑤ CCR § 3084.6, STATES THE CRITERIA
6  FOR REJECTION, CANCELLATION, AND
7  WITHDRAWAL OF THESE APPEALS.
8          (EXHIBIT-B)
9  ⑥ THE CDCR, CHIEF OF APPEALS, (COA),
10 M. VOONG, HAS VIOLATED THESE
11 RIGHTS, BY ILLEGALLY REJECTED
12 AND CANCELLING ALL OF MY APPEALS,
13 OVER THE PAST FEW YEARS, FOR
14 "WRITING IN THE MARGINS."
15         (EXHIBIT-D)
16 ⑦ "WRITING IN THE MARGINS" IS NOT A
17 LEGAL CRITERIA FOR THE REJECTION
18 OF APPEALS, AND, MORE IMPORTANTLY,
19 NOT A SINGLE ONE OF THESE
20 REJECTED APPEALS, CONTAINED
21 ANY "WRITING IN THE MARGINS" IN
22 ANY WAY, SHAPE, OR FORM.
23 ⑧ I HAVE WRITTEN THE CDCR, COA,
24 M. VOONG, DOZENS OF CDCR-22
25 FORMS, REQUEST FOR INTERVIEW,
26 WARNING M. VOONG THAT "WRITING
27 IN THE MARGINS" IS AN ILLEGAL
28 GROUNDS FOR REJECTION, BUT,

PAGE 6 of 14

CDCR, COA, M. VOONG, ILLEGALLY REJECTED EVERY SINGLE APPEAL, BASED SOLELY FOR "WRITING IN THE MARGINS."

(EXHIBIT-C)

(9) AS AN EXAMPLE, ON 5-26-15, 2 C/O'S THREW AWAY $1,419.80, WORTH OF MY PERSONAL PROPERTY. ON 6-29-15, I FILED A TIMELY APPEAL, LOG#: PUSP-D-15-00924, WHICH I HANDED TO A C/O, WHO SIGNED A RECEIPT THAT THE APPEAL WAS, IN FACT, FILED ON 6-29-15. THIS APPEAL WAS ILLEGALLY CANCELLED. ON 8-27-15, I FILED A TIMELY APPEAL, LOG#: PUSP-D-15-01007, TO THE CDCR, COA, M. VOONG. M. VOONG ILLEGALLY REJECTED THIS APPEAL FOR OVER A YEAR, UNTIL DENYING THIS APPEAL, ON 9-14-16.

(EXHIBIT-E)

(10) THIS ILLEGAL ACTION BY THE CDCR, COA, M. VOONG, PREVENTED ME FROM FILING MY COURT CASE, FOR OVER A YEAR, THEREBY VIOLATING MY 1ST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AS WELL AS CCR § 3160(a), RIGHT TO ACCESS THE COURTS,

PAGE 7 of 14



1  AS WELL AS CCR § 3084.1(a), MY RIGHT
2  TO APPEAL. BECAUSE OF M. VOONG, I
3  WAS UNABLE TO FILE MY COURT CASE
4  UNTIL 1-2-17, OVER 19 MONTHS AFTER
5  THE ORIGINAL INCIDENT TOOK PLACE.
6          (EXHIBIT-F)
7  ⑪ ON 11-15-15, I WROTE A LETTER TO
8  CDCR, COA, M. VOONG, EXPLAINING THE
9  SITUATION, BUT, M. VOONG CONTINUED
10  TO REJECT THAT APPEAL FOR
11  ANOTHER 10 MONTHS.
12          (EXHIBIT-G)
13  ⑫ CCR § 3084.8(a)(c)(3), STATES:
14  "THIRD LEVEL RESPONSES SHALL BE
15  COMPLETED WITHIN 60 WORKING
16  DAYS FROM DATE OF RECEIPT BY
17  THE THIRD LEVEL APPEALS CHIEF."
18          (EXHIBIT-B)
19  ⑬ THE CDCR, COA, M. VOONG VIOLATES
20  THIS LAW, CONTINUOUSLY TAKING
21  OVER 180 DAYS, TO RESPOND TO
22  THIRD LEVEL APPEALS.
23  ⑭ IT IS A WELL KNOWN FACT, THAT ALL
24  APPEALS ARE AUTOMATICALLY DENIED
25  BY THE CDCR, COA, M. VOONG, AND THE
26  CDCR, COA ONLY EXSISTS TO EXHAUST
27  ADMINISTRATIVE REMEDIES. I HAVE
28  FILED DOZENS OF APPEALS WITH

PAGE 8 of 14

THE CDCR, COA, M.VOONG. THE MAJORITY OF THESE APPEALS WERE FULLY "GRANTED" OR "PARTIALLY GRANTED", AT EITHER THE FIRST OR SECOND LEVEL REVIEW, HOWEVER, ALL OF THESE APPEALS WERE AUTOMATICALLY DENIED BY CDCR, COA, M.VOONG. THIS ALSO VIOLATES CCR § 3084.1(a) RIGHT TO APPEAL, SINCE ALL APPEALS ARE AUTOMATICALLY DENIED, THEREFORE DEPRIVING ME OF ANY TYPE OF REVIEW BY CDCR, COA — EVEN OF FULLY GRANTED APPEALS.

(EXHIBIT-H)

(15) ON 1-15-17, I FILED A CLAIM WITH THE CALIFORNIA GOVERNMENT CLAIMS PROGRAM.

(EXHIBIT-I)

(16) ON 1-15-17, I FILED COMPLAINTS WITH THE CDCR OMBUDSMAN, STATE OF CA INSPECTOR GENERAL, AND STATE OF CA INTERNAL AFFAIRS.

(EXHIBIT-J)

(17) ON 1-15-14, I FILED A "STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. VOONG" OVER THE ILLEGAL REJECTION, OF ALL OF MY APPEALS,

PAGE 9 OF 14

J. RICKS v. M. VOONG
CLASS CASE (CONT.)

1  FOR "WRITING IN THE MARGINS".
2          (EXHIBIT - K)
3  (18) IN THE BODY OF THAT STAFF COMPLAINT, I
4  WROTE, "AS AN EXAMPLE, 602 II PUSP-D-
5  15-01,007, WAS FILED FOR DLR, ON 8-27-15,
6  BUT, INSTEAD OF PROCESSING THAT
7  APPEAL, M. VOONG ILLEGALLY REJECTED
8  THAT APPEAL, FOR A YEAR, BEFORE
9  AUTOMATICALLY DENYING THAT APPEAL."
10         (EXHIBIT - K)
11  (19) CCR § 3084.7(d) "LEVEL OF STAFF MEMBER
12  CONDUCTING REVIEW." (1) "APPEAL RESPONSES
13  SHALL NOT BE REVIEWED AND APPROVED
14  BY A STAFF PERSON WHO: (A) PARTICIPATED
15  IN THE EVENT OR DECISION BEING
16  APPEALED. THIS DOES NOT PRECLUDE
17  THE INVOLVEMENT OF STAFF WHO MAY
18  HAVE PARTICIPATED IN THE EVENT OR
19  DECISION BEING APPEALED, SO LONG
20  AS THEIR INVOLVEMENT WITH THE
21  APPEAL RESPONSE IS NECESSARY IN
22  ORDER TO DETERMINE THE FACTS OR
23  TO PROVIDE ADMINISTRATIVE REMEDY,
24  AND THE STAFF PERSON IS NOT THE
25  REVIEWING AUTHORITY AND/OR THEIR
26  INVOLVEMENT IN THE PROCESS WILL NOT
27  COMPROMISE THE INTEGRITY OR
28  OUTCOME OF THE PROCESS."

PAGE 10 OF 14

(EXHIBIT-B)

(20) IN VIOLATION OF CCR § 3084.7(d)(x)(A)
THE CDCR, COA, M. VOONG, WAS THE ONLY
STAFF PERSON, TO REVIEW THIS APPEAL
AND, SINCE IT WAS A STAFF COMPLAINT
AGAINST THE CDCR, COA, M. VOONG, M.
VOONG ILLEGALLY CANCELLED THIS
APPEAL, TO PREVENT IT FROM BEING
PROCESSED. M. VOONG STATED: "IT IS
NOT APPROPRIATE TO SUBMIT A NEW
602/602-A, REQUESTING THAT A
THIRD LEVEL DENIAL BE REVERSED,
NOR IS IT APPROPIATE TO ATTEMPT
TO HAVE THE OOA ADDRESS THE
ISSUES REGARDING PVSP-15-00924
ONCE THE APPEAL OF THE CANCELLATION
WAS DENIED." THE STAFF COMPLAINT
FILED ON 1-15-17, HAD ABSOLUTELY
NOTHING TO DO-WHATSOEVER-WITH
THE CANCELLATION OF PVSP-15-00924,
AND I SPECIFICALLY WROTE IN THE
STAFF COMPLAINT, "AS AN EXAMPLE,
602# PVSP-D-15-01007, WAS FILED ON
8-27-15, FOR DLR, BUT, INSTEAD OF
PROCESSING THAT APPEAL, M. VOONG
ILLEGALLY REJECTED THAT APPEAL,
FOR A YEAR."
(EXHIBIT-K)

PAGE 11 of 14

S.KICKS v. M.VOONG
602 CASE (CONT.)

21) SINCE CDCR, COA, M.VOONG VIOLATED CCR§ 3084.7(d)(1)(A), AND WAS THE ONLY STAFF PERSON TO REVIEW A STAFF COMPLAINT AGAINST M.VOONG, AND TO PREVENT THIS STAFF COMPLAINT FROM BEING PROCESSED, M.VOONG THEN CANCELLED HIS OWN STAFF COMPLAINT IN ACCORDANCE WITH THE CANCELLATION PROCEEDURES SET FORTH IN CCR § 3084.6(e), ON 2-26-14, I FILED A SEPERATE APPEAL, OVER THE ILLEGAL CANCELLATION OF THE STAFF COMPLAINT AGAINST THE CDCR, CHIEF OF APPEALS, M.VOONG. (EXHIBIT-L)

22) AS WITH THE STAFF COMPLAINT, AND IN DIRECT VIOLATION OF CCR§ 3084.7 (d)(1)(A), THE CDCR, COA, M.VOONG WAS THE ONLY STAFF PERSON TO REVIEW THE CANCELLATION APPEAL, WHICH M.VOONG CANCELLED, AS WELL. HE WROTE "THE CDCR 602 DATED 2-26-17, WAS DETERMINED TO BE A LEGAL ISSUE RELATIVE TO THE PROCESSING OF APPEALS." (EXHIBIT-L)

23) NO VALID, LEGITIMATE REASON WAS EVER GIVEN AS TO WHY THESE

PAGE 12 OF 14

1  APPEALS WERE NOT PROCESSED, AND
2  NO VALID, LEGITIMATE REASON WAS
3  EVER GIVEN, AS TO WHY THESE APPEALS
4  WERE CANCELLED.
5  (24) AS PER CCR § 3084, ALL APPEALS
6  SUBMITTED, MUST BE ISSUED A LOG
7  NUMBER, FOR TRACKING PURPOSES,
8  EVEN IF THOSE APPEALS ARE REJECTED
9  OR CANCELLED. IN VIOLATION OF THIS
10 LAW, THE CDCR, COA, M. VOONG,
11 REFUSED TO ASSIGN A LOG NUMBER,
12 TO EITHER THE STAFF COMPLAINT,
13 OR THE CANCELLATION APPEAL.
14 (25) IN ACCORDANCE WITH THE
15 PRISONER'S RIGHTS LITIGATION ACT,
16 ALL AVAILABLE ADMINISTRATIVE
17 REMEDIES, HAVE BEEN EXHAUSTED.
18 (26) I HAVE PROVEN, BEYOND ALL REASONABLE
19 DOUBT, THAT THE CDCR, COA, M. VOONG, HAS
20 VIOLATED MY U.S. CONSTITUTIONALLY
21 GUARANTEED RIGHT TO PETITION THE
22 GOVERNMENT FOR A REDRESS OF
23 GRIEVANCES.
24 (27) I HAVE PROVEN, BEYOND ALL REASONABLE
25 DOUBT, THAT THE CDCR, COA, M. VOONG, HAS
26 VIOLATED MY RIGHT TO ACCESS THE COURTS.
27 (28) I HAVE PROVEN, BEYOND ALL REASONABLE
28 DOUBT, THAT THE CDCR, COA, M. VOONG, HAS

PAGE 13 OF 14

J. RICKS v. M. VOONG
(MY CASE) (CONT.)

1  VIOLATED MY RIGHT TO FILE APPEALS
2  (29) * VERIFICATION: * I DECLARE UNDER
3  PENALTY OF PERJURY UNDER THE LAWS
4  OF THE STATE OF CALIFORNIA, THAT
5  THE FORGOING IS TRUE AND CORRECT.
6  (30) RESPECTFULLY SUBMITTED ON:
7        JUNE 11, 2017.
8  EXECUTED AT: SOLEDAD, CALIFORNIA
9  (31)
10       SCOTT K. RICKS
11       V-35068
12       P.O. BOX 1050
13       SOLEDAD, CA
14       93960-1050

PAGE 14 OF 14


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

CIVIL CASE
LIST OF EXHIBITS

1  (A) CCR § 3084.1 - RIGHT TO APPEAL

3  (B) CCR § 3084.6 - REJECTION CRITERIA,
4  CCR § 3084.7 - LEVELS OF APPEAL REVIEW
5  (C) CDC-22 - REQUEST FOR INTERVIEW

7  (D) CDC-695 - REJECTION NOTICES

9  (E) CDC-602, LOG#: PUSP-D-15-00924,
10  CDC-602, LOG#: PUSP-D-15-01007
11  (F) S. RICKS v. A. MERCADO, ET AL.,
12  FILED ON: 1-2-17
13  (G) LETTER TO CHIEF OF APPEALS,
14  11-15-15
15  (H) APPEALS HISTORY

17  (I) GOVERNMENT CLAIMS PROGRAM,
18  FILED ON: 1-15-17
19  (J) LETTERS TO CDCR OMBUDSMAN; INSPECTOR
20  GENERAL; AND INTERNAL AFFAIRS / 1-15-17
21  (K) CDC-602: STAFF COMPLAINT AGAINST CDCR
22  CHIEF OF APPEALS, M. VOONG / FILED ON: 1-15-17
23  (L) CDC-602: CANCELLATION APPEAL,
24  FILED ON: 2-26-17
25  (M)

27  (N)

*S. RICKS v. M. VOONG*
*CIVIL CASE*

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS / V-35068* declare under penalty of perjury that I am the *PLAINTIFF* in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this *11* day of *JUNE* , 20 *17* at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS* , am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On *6-11-* , 20 *17* , I served the foregoing: *CIVIL COMPLAINT,*
*LIST OF EXHIBITS*

*✳ EXHIBITS A THROUGH D ✳*
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*SUPERIOR COURT OF CALIFORNIA - COUNTY OF MONTEREY*
*ATTN: CLERK, TERESA A. RISI*
*240 CHURCH STREET*
*SALINAS, CA 93901*
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *6-11-* 20 *17* _____
DECLARANT PRISONER

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____, declare:

I am over 18 years of age and a party to this action.  I am a resident of _____

_____ Prison.

in the county of _____.

State of California.  My prison address is: _____.

_____.

On _____,
                        (DATE)

I served the attached: _____

_____
                    (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined.  The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _____    _____
          (DATE)                 (DECLARANT'S SIGNATURE)

*S. RICKS v. M. VOONG*
*CIVIL CASE*

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, *Scott K. Ricks /V-35068* declare under penalty of perjury that: I am the *PLAINTIFF* in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this *11* day of *JUNE*, 20 *17*, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *Scott K. Ricks*, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On *6-11-*, 20 *17*, I served the foregoing: *CIVIL COMPLAINT, LIST OF EXHIBITS*

*# EXHIBITS A THROUGH D #*
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*M. VOONG - CDCR/CHIEF OF APPEALS*
*P.O. Box 942883*
*SACRAMENTO, CA*
*94283-0001*
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *6-11-*, 20 *17*.

_____
DECLARANT/PRISONER

CIVIL CASE
LIST OF EXHIBITS

1  Ⓐ CCR § 3084.1 – RIGHT TO APPEAL

2

3  Ⓑ CCR § 3084.6 – REJECTION CRITERIA,

4  CCR § 3084.7 – LEVELS OF APPEAL REVIEW

5  Ⓒ CDC-22 – REQUEST FOR INTERVIEW

6

7  Ⓓ CDC-695 – REJECTION NOTICES

8

9  Ⓔ CDC-602, LOG#: PVSP-D-15-00924,

10  CDC-602, LOG#: PVSP-D-15-01007

11  Ⓕ S. RICKS v. A. MERCADO, ET AL.,

12  FILED ON: 1-2-17

13  Ⓖ LETTER TO CHIEF OF APPEALS,

14  11-15-15

15  Ⓗ APPEALS HISTORY

16

17  Ⓘ GOVERNMENT CLAIMS PROGRAM,

18  FILED ON: 1-15-17

19  Ⓙ LETTERS TO CDCR OMBUDSMAN; INSPECTOR

20  GENERAL; AND INTERNAL AFFAIRS / 1-15-17

21  Ⓚ CDC-602: STAFF COMPLAINT AGAINST CDCR

22  CHIEF OF APPEALS, M. VOONG / FILED ON: 1-15-17

23  Ⓛ CDC-602: CANCELLATION APPEAL,

24  FILED ON: 2-26-17

25  Ⓜ

26

27  Ⓝ

28

S. RICKS v. M. VOUNG
CIVIL CASE

EXHIBIT-A:
CCR §3084.1
RIGHT
TO
APPEAL

7. Certificate of Compliance as to 5-29-97 order, including amendment of subsections (a) and (e), transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).

8. Amendment of subsection (c) filed 9-13-2005; operative 9-13-2005 pursuant to Government Code section 11343.4 (Register 2005, No. 37).

9. Amendment of subsection (e) and amendment of Note filed 11-3-2006 as an emergency; operative 11-3-2006 (Register 2006, No. 44). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 4-12-2007 or emergency language will be repealed by operation of law on the following day.

10. Certificate of Compliance as to 11-3-2006 order transmitted to OAL 3-12-2007 and filed 4-19-2007 (Register 2007, No. 16).

11. Amendment of section and Note filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day.

12. Certificate of Compliance as to 12-13-2010 order, including amendment of Note, transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).

**3084.2. Appeal Preparation and Submittal.**

(a) The appellant shall use a CDCR Form 602 (Rev. 08/09), Inmate/Parolee Appeal, to describe the specific issue under appeal and the relief requested. A CDCR Form 602-A (08/09), Inmate/Parolee Appeal Form Attachment, which is incorporated by reference, shall be used if additional space is needed to describe the issue under appeal or the relief requested.

(1) The inmate or parolee is limited to one issue or related set of issues per each Inmate/Parolee Appeal form submitted. The inmate or parolee shall not combine unrelated issues on a single appeal form for the purpose of circumventing appeal filing requirements. Filings of appeals combining unrelated issues shall be rejected and returned to the appellant by the appeals coordinator with an explanation that the issues are deemed unrelated and may only be submitted separately.

(2) The inmate or parolee is limited to the space provided on the Inmate/Parolee Appeal form and one Inmate/Parolee Appeal Form Attachment to describe the specific issue and action requested. The appeal content must be printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font. There shall be only one line of text on each line provided on these forms.

(3) The inmate or parolee shall list all staff member(s) involved and shall describe their involvement in the issue. To assist in the identification of staff members, the inmate or parolee shall include the staff member's last name, first initial, title or position, if known, and the dates of the staff member's involvement in the issue under appeal. If the inmate or parolee does not have the requested identifying information about the staff member(s), he or she shall provide any other available information that would assist the appeals coordinator in making a reasonable attempt to identify the staff member(s) in question.

(4) The inmate or parolee shall state all facts known and available to him/her regarding the issue being appealed at the time of submitting the Inmate/Parolee Appeal form, and if needed, the Inmate/Parolee Appeal Form Attachment.

(b) The inmate or parolee shall submit the signed original appeal forms and supporting documents. If originals are not available, copies may be submitted with an explanation why the originals are not available. The appeals coordinator shall have the discretion to request that any submitted copy is verified by staff.

(1) Only supporting documents, as defined in subsection 3084(h), necessary to clarify the appeal shall be attached to the appeal. Attachments shall not raise new issues, but shall only serve to clarify the present appeal issue and action(s) requested as stated in Parts A and B of the Inmate/Parolee Appeal form. New issues raised in the supporting documents shall not be addressed and any decision rendered will pertain only to the present appeal issue and requested action(s).

(2) Inmates or parolees shall submit their appeal documents in a single mailing and shall not divide their appeal documents into separate mailings.

(3) Inmates or parolees shall not deface or attach dividers or tabs to their appeal forms.

(4) Inmates or parolees shall not contaminate or attach physical/organic objects or samples to their appeal documents. Examples of these objects or samples include, but are not limited to, food, clothing, razor blades, books, magazines, tape, string, hair, blood, and/or bodily fluids/excrement.

(c) First and second level appeals as described in section 3084.7 shall be submitted to the appeals coordinator at the institution or parole region for processing.

(d) If dissatisfied with the second level response, the appellant may submit the appeal for a third level review, as described in section 3084.7, provided that the time limits pursuant to section 3084.8 are met. The appellant shall mail the appeal and supporting documents to the third level Appeals Chief via the United States mail service utilizing his or her own funds, unless the appellant is indigent in which case the mailing of appeals to the third level of review shall be processed in accordance with indigent mail provisions pursuant to section 3138.

(e) If the appeal has been accepted and processed as an emergency appeal and the appellant wishes a third level review, the appellant must forward the appeal to the appeals coordinator who shall electronically transmit it to the third level Appeals Chief. The third level review shall be completed within five working days.

(f) An inmate or parolee or other person may assist another inmate or parolee with preparation of an appeal unless the act of providing such assistance would create an unmanageable situation including but not limited to: acting contrary to the principles set forth in sections 3163 and 3270, allowing one offender to exercise unlawful influence/assume control over another, require an offender to access unauthorized areas or areas which would require an escort, or cause avoidance or non-performance in assigned work and program activities. Inmates or parolees shall not give any form of compensation for receiving assistance or receive any form of compensation for assisting in the preparation of another's appeal. The giving or receiving of compensation is considered misconduct and is subject to disciplinary action.

(g) An inmate or parolee shall not submit an appeal on behalf of another person.

(h) Group appeal. If a group of inmates/parolees intend to appeal a policy, decision, action, condition or omission affecting all members of the group, one CDCR Form 602, Inmate/Parolee Appeal, shall be submitted describing the appeal issue(s) and action requested, accompanied by a CDCR Form 602-G (08/09), Inmate/Parolee Group Appeal, which is incorporated by reference, with the legible name, departmental identification number, assignment, housing, and dated signature of the inmate or parolee who prepared the appeal. Each page of the CDCR Form 602-G must contain the appeal issue, action requested, and a statement that all the undersigned agree with the appeal issue/action requested.

(1) The legible names of the participating inmates/parolees, departmental identification numbers, assignments, housing, and dated signatures shall be included in the space provided on the Inmate/Parolee Group Appeal form and no other signature page shall be accepted by the appeals coordinator.

2. Amendment filed 8-22-79; effective thirtieth day thereafter (Register 79, No. 34).

3. Amendment of subsection (b) filed 9-24-81; effective thirtieth day thereafter (Register 81, No. 39).

4. Change without regulatory effect amending subsection (a) filed 12-2-2003 pursuant to section 100, title 1, California Code of Regulations (Register 2003, No. 49).

5. Change without regulatory effect amending first paragraph filed 3-11-2013 pursuant to section 100, title 1, California Code of Regulations (Register 2013, No. 11).

**3083. Court Hearing on Inmate's Children.**

Upon a court order, inmates will be released to the custody of the sheriff for appearance in court in actions concerning termination of parental rights of an inmate or other parental or marital rights.

HISTORY:

1. Editorial correction of printing error (Register 92, No. 5).

## Article 8. Appeals

**3084. Definitions.**

For the purpose of Article 8, the following definitions shall apply:

(a) Appellant means an inmate or parolee who has submitted an appeal.

(b) General allegations means allegations that lack specificity or factual evidence to support them.

(c) Material adverse effect means a harm or injury that is measurable or demonstrable, or the reasonable likelihood of such harm or injury. In either case, the harm or injury must be due to any policy, decision, action, condition, or omission by the department or its staff.

(d) Modification order means an order by the institution, parole region, or third level Appeals Chief directing a previous decision to be modified.

(e) Remedy means a process or means to address an issue or correct a wrong.

(f) Reviewer means the individual with signature authority for the approval or disapproval of an appeal response at any level.

(g) Staff misconduct means staff behavior that violates or is contrary to law, regulation, policy, procedure, or an ethical or professional standard.

(h) Supporting documents means documents that are needed to substantiate allegations made in the appeal including, but not limited to, classification chronos, property inventory sheets, property receipts, disciplinary reports with supplements, incident reports, notifications of disallowed mail, trust account statements, memoranda or letters, medical records and written requests for interviews, items or services. Supporting documents do not include documents that simply restate the matter under appeal, argue its merits, or introduce new issues not identified in the present appeal form.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

HISTORY:

1. New section filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day. For prior history, see Register 91, No. 6.

2. Certificate of Compliance as to 12-13-2010 order transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).

**3084.1. Right to Appeal.**

The appeal process is intended to provide a remedy for inmates and parolees with identified grievances and to provide an administrative mechanism for review of departmental policies, decisions,

actions, conditions, or omissions that have a material adverse effect on the welfare of inmates and parolees. All appeals shall be processed according to the provisions of Article 8, Appeals, unless exempted from its provisions pursuant to court order or superseded by law or other regulations.

(a) Any inmate or parolee under the department's jurisdiction may appeal any policy, decision, action, condition, or omission by the department or its staff that the inmate or parolee can demonstrate as having a material adverse effect upon his or her health, safety, or welfare.

(b) Unless otherwise stated in these regulations, all appeals are subject to a third level of review, as described in section 3084.7, before administrative remedies are deemed exhausted. All lower level reviews are subject to modification at the third level of review. Administrative remedies shall not be considered exhausted relative to any new issue, information, or person later named by the appellant that was not included in the originally submitted CDCR Form 602 (Rev. 08/09), Inmate/Parolee Appeal, which is incorporated by reference, and addressed through all required levels of administrative review up to and including the third level. In addition, a cancellation or rejection decision does not exhaust administrative remedies.

(c) Department staff shall ensure that inmates and parolees, including those who have difficulties communicating, are provided equal access to the appeals process and the timely assistance necessary to participate throughout the appeal process.

(d) No reprisal shall be taken against an inmate or parolee for filing an appeal. This shall not prohibit appeal restrictions against an inmate or parolee abusing the appeal process as defined in section 3084.4, nor shall it prohibit the pursuit of disciplinary sanctions for violation of department rules.

(e) The department shall ensure that its departmental appeal forms for appeal of decisions, actions, or policies within its jurisdiction are readily available to all inmates and parolees.

(f) An inmate or parolee has the right to file one appeal every 14 calendar days unless the appeal is accepted as an emergency appeal. The 14 calendar day period shall commence on the day following the appellant's last accepted appeal.

(g) An appellant shall adhere to appeal filing time constraints as defined in section 3084.8.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code; Civil Rights of Institutionalized Persons Act; Title 42 U.S.C. Section 1997 et seq., Public Law 96-247, 94 Stat. 349; Section 35.107, Title 28, Code of Federal Regulations; and *Wolff* v. *McDonnell* (1974) 418 U.S. 539, 558-560.

HISTORY:

1. New section filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89. For prior history, see section 3003.

2. Certificate of Compliance as to 5-18-89 order including a clarifying change of subsection (b) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).

3. Amendment of subsection (a) filed 1-16-92; operative 2-17-92 (Register 92, No. 13).

4. Amendment of subsections (a) and (d), new subsection (e), and amendment of Note filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.

5. Amendment of subsections (a) and (d), new subsection (e), and amendment of Note filed 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.

6. Editorial correction of History 5 (Register 97, No. 24).

E. RICKS V. M. VOONG,
CIVIL CASE
EXHIBIT-B:
CCR §3084.6
REJECTION,
CANCELLATION,
AND
WITHDRAWAL
CRITERIA

---

CCR §3084.7
LEVELS
OF
APPEAL
REVIEW
AND
DISPOSITION

TITLE 15 DEPARTMENT OF CORRECTIONS AND REHABILITATION § 3084.6

subsection 3084.9(a), the appellant shall be notified that the appeal does not meet the criteria for processing as an emergency appeal and has been either accepted for regular processing or is rejected for the specific reason(s) cited.

(3) When an appeal is not accepted, the inmate or parolee shall be notified of the specific reason(s) for the rejection or cancellation of the appeal and of the correction(s) needed for the rejected appeal to be accepted.

(4) When an appeal is received that describes staff behavior or activity in violation of a law, regulation, policy, or procedure or appears contrary to an ethical or professional standard that could be considered misconduct as defined in subsection 3084(g), whether such misconduct is specifically alleged or not, the matter shall be referred pursuant to subsection 3084.9(i)(1) and (i)(3), to determine whether it shall be:

(A) Processed as a routine appeal but not as a staff complaint.

(B) Processed as a staff complaint appeal inquiry.

(C) Referred to Internal Affairs for an investigation/inquiry.

(5) If an appeal classified as a staff complaint includes other non-related issue(s), the provisions of 3084.9(i)(2) shall apply.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 832.5, 832.7, 832.8, 5054 and 5058.4(a), Penal Code; Americans With Disabilities Act, Public Law 101-336, July 26, 1990, 104 Stat. 328; Civil Rights of Institutionalized Persons Act; Title 42 U.S.C. Section 1997 et seq., Public Law 96-247, 94 Stat. 349; and Section 35.107, Title 28, Code of Federal Regulations.

HISTORY:
1. New section filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89. For prior history, see section 3003(a) and (b).
2. Certificate of Compliance as to 5-18-89 order including amendment of subsections (a) and (g) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).
3. New subsection (a)(3)(F), amendment of subsection (b), new subsections (g) and (h), and relettering of subsection (g) to (i) filed 5-6-92 as an emergency; operative 5-6-92 (Register 92, No. 19). A Certificate of Compliance must be transmitted to OAL 9-3-92 or emergency language will be repealed by operation of law on the following day.
4. Certificate of Compliance as to 5-6-92 order transmitted to OAL 8-31-92 and filed 10-7-92 (Register 92, No. 41).
5. New subsection (a)(3)(G) filed 2-1-93 as an emergency; operative 2-1-93 (Register 93, No. 6). A Certificate of Compliance must be transmitted to OAL 6-1-93 or emergency language will be repealed by operation of law on the following day.
6. Certificate of Compliance as to 2-1-93 order transmitted to OAL 5-20-93 and filed 6-8-93 (Register 93, No. 24).
7. New subsection (a)(3)(H) and amendment of Note filed 4-7-95 as an emergency pursuant to Penal Code section 5058; operative 4-7-95 (Register 95, No. 14). A Certificate of Compliance must be transmitted to OAL by 9-14-95 or emergency language will be repealed by operation of law on the following day.
8. New subsection (b)(4) filed 5-5-95; operative 6-5-95 (Register 95, No. 18).
9. Certificate of Compliance as to 4-7-95 order transmitted to OAL 6-26-95 and filed 7-25-95 (Register 95, No. 30).
10. Amendment of subsections (c), (d) and (e)(1) filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.
11. Amendment of subsections (c), (d) and (e)(1) refiled 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.
12. Editorial correction of History 11 (Register 97, No. 24).

13. Certificate of Compliance as to 5-29-97 order transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).
14. Repealer and new section heading and section and amendment of Note filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day.
15. Certificate of Compliance as to 12-13-2010 order transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).

**3084.6.   Rejection, Cancellation, and Withdrawal Criteria.**

(a) Appeals may be rejected pursuant to subsection 3084.6(b), or cancelled pursuant to subsection 3084.6(c), as determined by the appeals coordinator.

(1) Unless the appeal is cancelled, the appeals coordinator shall provide clear and sufficient instructions regarding further actions the inmate or parolee must take to qualify the appeal for processing.

(2) An appeal that is rejected pursuant to subsection 3084.6(b) may later be accepted if the reason noted for the rejection is corrected and the appeal is returned by the inmate or parolee to the appeals coordinator within 30 calendar days of rejection.

(3) At the discretion of the appeals coordinator or third level Appeals Chief, a cancelled appeal may later be accepted if a determination is made that cancellation was made in error or new information is received which makes the appeal eligible for further review.

(4) Under exceptional circumstances any appeal may be accepted if the appeals coordinator or third level Appeals Chief conclude that the appeal should be subject to further review. Such a conclusion shall be reached on the basis of compelling evidence or receipt of new information such as documentation from health care staff that the inmate or parolee was medically or mentally incapacitated and unable to file.

(5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal.

(b) An appeal may be rejected for any of the following reasons, which include, but are not limited to:

(1) The appeal concerns an anticipated action or decision.

(2) The appellant has failed to demonstrate a material adverse effect on his or her welfare as defined in subsection 3084(c).

(3) The inmate or parolee has exceeded the allowable number of appeals filed in a 14 calendar day period pursuant to the provisions of subsection 3084.1(f).

(4) The appeal contains threatening, obscene, demeaning, or abusive language.

(5) The inmate or parolee has attached more than one CDCR Form 602-A (08/09), Inmate/Parolee Appeal Form Attachment.

(6) The appeal makes a general allegation, but fails to state facts or specify an act or decision consistent with the allegation.

(7) The appeal is missing necessary supporting documents as established in section 3084.3.

(8) The appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact.

(9) The appeal issue is obscured by pointless verbiage or voluminous unrelated documentation such that the reviewer cannot be reasonably expected to identify the issue under appeal. In such case, the appeal shall be rejected unless the appellant is identified as requiring assistance in filing the appeal as described in subsection 3084.1(c).

(10) The inmate or parolee has not submitted his/her appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.

(11) The appeal documentation is defaced or contaminated with physical/organic objects or samples as described in subsection 3084.2(b)(4). Appeals submitted with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution may subject the appellant to disciplinary action and/or criminal charges commensurate with the specific act.

(12) The appellant has attached dividers or tabs to the appeal forms and/or supporting documents.

(13) The appeal is incomplete; for example, the inmate or parolee has not provided a signature and/or date on the appeal forms in the designated signature/date blocks provided.

(14) The inmate or parolee has not submitted his/her appeal on the departmentally approved appeal forms.

(15) The inmate or parolee has submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review, e.g., submitting an appeal at the third level prior to lower level review.

(16) The appeal issue or complaint emphasis has been changed at some point in the process to the extent that the issue is entirely new, and the required lower levels of review and assessment have thereby been circumvented.

(c) An appeal may be cancelled for any of the following reasons, which include, but are not limited to:

(1) The action or decision being appealed is not within the jurisdiction of the department.

(2) The appeal duplicates an inmate or parolee's previous appeal upon which a decision has been rendered or is pending.

(3) The inmate or parolee continues to submit a rejected appeal while disregarding appeal staff's previous instructions to correct the appeal including failure to submit necessary supporting documents, unless the inmate or parolee provides in Part B of the CDCR Form 602 (Rev. 08/09), Inmate/Parolee Appeal, a reasonable explanation of why the correction was not made or documents are not available.

(4) Time limits for submitting the appeal are exceeded even though the inmate or parolee had the opportunity to submit within the prescribed time constraints. In determining whether the time limit has been exceeded, the appeals coordinator shall consider whether the issue being appealed occurred on a specific date or is ongoing. If the issue is ongoing, which may include but is not limited to, continuing lockdowns, retention in segregated housing, or an ongoing program closure, the inmate or parolee may appeal any time during the duration of the event; however, the inmate or parolee is precluded from filing another appeal on the same issue unless a change in circumstances creates a new issue.

(5) The appeal is submitted on behalf of another person.

(6) The issue is subject to a department director level review independent of the appeal process such as a Departmental Review Board decision, which is not appealable and concludes the appellant's departmental administrative remedy pursuant to the provisions of section 3376.1.

(7) The appellant is deceased before the time limits for responding to an appeal have expired and the appeal is not a group appeal.

(8) The appellant refuses to be interviewed or to cooperate with the reviewer.

(A) The appellant's refusal to be interviewed or to cooperate with the reviewer shall be clearly articulated in the cancellation notice.

(B) If the appellant provides sufficient evidence to establish that the interviewer has a bias regarding the issue under appeal, the appeals coordinator shall assign another interviewer.

(9) The appeal is presented on behalf of a private citizen.

(10) Failure to correct and return a rejected appeal within 30 calendar days of the rejection.

(11) The issue under appeal has been resolved at a previous level.

(d) Group appeals shall not be cancelled at the request of the submitting individual unless all of the inmate signatories are released, transferred, or agree to withdraw the appeal.

(e) Once cancelled, an appeal shall not be accepted except pursuant to subsection 3084.6(a)(3); however, the application of the rules provided in subsection 3084.6(c) to the cancelled appeal may be separately appealed. If an appeal is cancelled at the third level of review, any appeal of the third level cancellation decision shall be made directly to the third level Appeals Chief.

(f) An appeal may be withdrawn by the appellant by requesting to have the processing stopped at any point up to receiving a signed response. The request for the withdrawal shall identify the reason for the withdrawal in section H of the CDCR Form 602, Inmate/Parolee Appeal and shall be signed and dated by the appellant. If there is an agreed upon relief noted in writing at the time of a withdrawal and the relief is not provided when and as promised, then the failure to provide the agreed upon relief may be appealed within 30 calendar days of the failure to grant the promised relief. The withdrawal of an appeal does not preclude further administrative action by the department regarding the issue under appeal. A withdrawn staff complaint shall be returned to the hiring authority to review for possible further administrative action.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 832.5 and 5054, Penal Code; Sections 19570, 19575.5, 19583.5 and 19635, Government Code.

HISTORY:
1. New section filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89.
2. Certificate of Compliance as to 5-18-89 order including amendment of subsection (b) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).
3. Amendment of subsections (b)(1)–(5), repealer and new subsection (b)(6)(D), amendment of subsections (b)(7) and (c), and repealer of subsections (c)(1) and (c)(2) filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.
4. Amendment of subsections (b)(1)–(5), repealer and new subsection (b)(6)(D), amendment of subsections (b)(7) and (c), and repealer of subsections (c)(1) and (c)(2) refiled 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.
5. Editorial correction of History 4 (Register 97, No. 24).
6. Certificate of Compliance as to 5-29-97 order, including amendment, transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).
7. Repealer and new section heading and section and amendment of Note filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day.
8. Certificate of Compliance as to 12-13-2010 order transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).

**3084.7.   Levels of Appeal Review and Disposition.**

(a) All appeals shall be initially submitted and screened at the first level unless the first level is exempted. The appeals coordinator may bypass the first level for appeal of:

(1) A policy, procedure or regulation implemented by the department.

(2) A policy or procedure implemented by the institution head.

(3) An issue that cannot be resolved at the division head level such as Associate Warden, Associate Regional Parole Administrator, CALPIA manager or equivalent.

(4) Serious disciplinary infractions.

(b) The second level is for review of appeals denied or not otherwise resolved to the appellant's satisfaction at the first level, or for which the first level is otherwise waived by these regulations. The second level shall be completed prior to the appellant filing at the third level as described in subsection 3084.7(c).

(1) A second level of review shall constitute the department's final action on appeals of disciplinary actions classified as "administrative" as described in section 3314, or of minor disciplinary infractions documented on the CDC Form 128-A (rev. 4-74), Custodial Counseling Chrono, pursuant to section 3312(a)(2), and shall exhaust administrative remedy on these matters.

(2) Movies/videos that have been given a rating of other than "G", "PG", or "PG-13" by the Motion Picture Association of America are not approved for either general inmate viewing pursuant to section 3220.4 or for viewing within the classroom, and will not be accepted for appeal at any level. The first level shall be waived for appeals related to the selection or exclusion of a "G", "PG", or "PG-13" rated or non-rated movie/video for viewing and the second level response shall constitute the department's final response on appeals of this nature.

(c) The third level is for review of appeals not resolved at the second level, or:

(1) When the inmate or parolee appeals alleged third level staff misconduct or appeals a third level cancellation decision or action.

(2) In the event of involuntary psychiatric transfers as provided in subsection 3084.9(b).

(d) Level of staff member conducting review.

(1) Appeal responses shall not be reviewed and approved by a staff person who:

(A) Participated in the event or decision being appealed. This does not preclude the involvement of staff who may have participated in the event or decision being appealed, so long as their involvement with the appeal response is necessary in order to determine the facts or to provide administrative remedy, and the staff person is not the reviewing authority and/or their involvement in the process will not compromise the integrity or outcome of the process.

(B) Is of a lower administrative rank than any participating staff. This does not preclude the use of staff, at a lower level than the staff whose actions or decisions are being appealed, to research the appeal issue.

(C) Participated in the review of a lower level appeal refiled at a higher level.

(2) Second level review shall be conducted by the hiring authority or designee at a level no lower than Chief Deputy Warden, Deputy Regional Parole Administrator, or the equivalent.

(3) The third level review constitutes the decision of the Secretary of the California Department of Corrections and Rehabilitation on an appeal, and shall be conducted by a designated representative under the supervision of the third level Appeals Chief or equivalent. The third level of review exhausts administrative remedies; however, this does not preclude amending a finding previously made at the third level.

(e) At least one face-to-face interview shall be conducted with the appellant at the first level of review, or the second level if the first level of review is bypassed, unless:

(1) The appellant waives the interview by initialing the appropriate box on the CDCR Form 602 (Rev. 08/09), Inmate/Parolee Appeal. An appellant's waiver of the interview shall not preclude staff from conducting an interview in the event of staff determination that an interview is necessary.

(2) The reviewer has decided to grant the appeal in its entirety.

(3) The appeal is a request for a Computation Review Hearing, in which case the initial interview shall occur at the second level of review.

(4) The appellant is not present at the institution or parole region where the appeal was filed.

(A) In such case, a telephone interview with the appellant shall meet the requirement of a personal interview. If the appeal concerns a disciplinary action, the telephone interview may be waived if the appeals coordinator determines an interview would not provide additional facts.

(B) The response must note that the interview was conducted by telephone, explain the extraordinary circumstances that required it, and state why a face-to-face interview was not possible under the circumstances.

(C) If the appellant is not available for a telephone interview, the reviewer may request that a suitable employee in the jurisdiction where the appellant is located complete the interview and provide a report.

(f) An interview may be conducted at any subsequent level of review when staff determine that the issue under appeal requires further clarification.

(g) When a group or multiple appeal is received, one or more of the participating inmates/parolees shall be interviewed to clarify the issue(s).

(h) At the first and second level of review, the original appeal, within the time limits provided in section 3084.8, shall be returned to the appellant with a written response to the appeal issue providing the reason(s) for each decision. Each response shall accurately describe the matter under appeal and fully address the relief requested. If the decision is a partial grant, the response shall clarify for each requested action whether it is granted, granted in part, or denied, and shall also state the action taken.

(i) Modification orders issued by the institution, parole region, or by the third level of review shall be completed within 60 calendar days of the appeal decision which determined the need for a modification order. Reasonable documented proof of completion of the modification order shall accompany the completed order, or a statement shall be added by the responder clarifying the action taken and why documentation is not available.

(1) If it is not possible to comply with the modification order within 60 calendar days, staff responsible for complying with the modification order shall advise the local appeals coordinator every 30 calendar days of the reason for the delay and provide a projected date of completion. If the modification order was imposed by the third level of review, the local appeals coordinator shall notify the third level Appeals Chief every 30 calendar days of the reason for the delay and provide a projected date of completion.

(2) When it is clear that the modification order cannot be completed in the allotted time, the appeals coordinator shall advise the appellant of the reason for the delay and the anticipated date of completion. This process shall occur every 30 calendar days until the modification order is completed. All time constraints for an appellant to submit an appeal to the next level are considered postponed up to 120 days until the completion of a previous level modification order. Thereafter, the appellant must submit his/her appeal to the next level within 30 calendar days of receiving the modification order response.

(3) If the modification order is not completed after 120 calendar days of the issuance, the appellant may submit the appeal to the next level for administrative review within 30 calendar days.

(4) If the appellant transfers prior to the completion of the modification order, the originally assigned institution or parole region shall retain responsibility for completion of the modification order as specified in subsection 3084.7(i), including cases where the receiving institution or parole region provides the actual relief.

(5) In cases where a modification order is issued on an emergency appeal, the order shall specify the timeframe for the completion of the action granted. The appeals coordinator, if granted at the second level of review, and the third level Appeals Chief or designee, if granted at the third level of review, shall notify the hiring authority by electronic transmission of the emergency timeframe for completion of the granted action.

NOTE: Authority cited: Sections 5058 and 10006(b), Penal Code. Reference: Sections 5054 and 10006(b), Penal Code; Americans With Disabilities Act, Public Law 101-336, July 26, 1990, 104 Stat. 328; Civil Rights of Institutionalized Persons Act; Title 42 U.S.C. Section 1997 et seq., Public Law 96-247, 94 Stat. 349; and Section 35.107, Title 28, Code of Federal Regulations.

HISTORY:
1. New section filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89. For prior history, see section 3325(c).
2. Certificate of Compliance as to 5-18-89 order including amendment of subsections (a) and (d) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).
3. Editorial correction of printing errors in subsections (f)(1)(B) and (g)(2) (Register 92, No. 5).
4. Amendment of subsection (e)(4) and new subsections (h)(3), (i)(2)(c)1. and 2., and (k) filed 5-6-92 as an emergency; operative 5-6-92 (Register 92, No. 19). A Certificate of Compliance must be transmitted to OAL 9-3-92 or emergency language will be repealed by operation of law on the following day.
5. Certificate of Compliance as to 5-6-92 order including amendment of subsections (e)(4) and (i)(2)(C)1. transmitted to OAL 8-31-92 and filed 10-7-92 (Register 92, No. 41).
6. New subsection (l) and amendment of Note filed 4-7-95 as an emergency pursuant to Penal Code section 5058; operative 4-7-95 (Register 95, No. 14). A Certificate of Compliance must be transmitted to OAL by 9-14-95 or emergency language will be repealed by operation of law on the following day.
7. Certificate of Compliance as to 4-7-95 order transmitted to OAL 6-26-95 and filed 7-25-95 (Register 95, No. 30).
8. New subsections (m)–(m)(3) and amendment of Note filed 6-28-96 as an emergency; operative 6-28-96 (Register 96, No. 26). A Certificate of Compliance must be transmitted to OAL by 1-6-97 or emergency language will be repealed by operation of law on the following day.
9. Editorial correction of subsection (m)(3) (Register 96, No. 51).
10. New subsections (m)–(m)(3) and amendment of Note refiled 12-19-96 as an emergency; operative 12-19-96 (Register 96, No. 51). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 5-28-97 or emergency language will be repealed by operation of law on the following day.
11. Repealer of subsection (a)(1)(D), amendment of subsections (a)(2)(A), (b)(2), (d)(4), (d)(4)(A) and (e)(1), repealer of subsections (h) and (h)(1), renumbering of old subsections 3084.7(h)(2) and (h)(3) to new subsections 3391(b) and (c), subsection relettering, and amendment of newly designated subsection (k) filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.
12. Certificate of Compliance as to 12-19-96 order, incorporating relettering from 12-23-96 order and further amending section and Note, transmitted to OAL 4-14-97 and filed 5-23-97 (Register 97, No. 21).
13. Repealer of subsection (a)(1)(D), amendment of subsections (a)(2)(A), (b)(2), (d)(4), (d)(4)(A) and (e)(1), repealer of subsections (h) and (h)(1), renumbering of old subsections 3084.7(h)(2) and

(h)(3) to new subsections 3391(b) and (c), subsection relettering, and amendment of newly designated subsection (k) refiled 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.
14. Editorial correction of subsection (j)(1) and History 13 (Register 97, No. 24).
15. Certificate of Compliance as to 5-29-97 order, including amendment of subsections (b)(2) and (k), transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).
16. New subsections (m)–(m)(4) and amendment of Note filed 9-13-2005; operative 9-13-2005 pursuant to Government Code section 11343.4 (Register 2005, No. 37).
17. Repealer and new section heading and section and amendment of Note filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day.
18. Certificate of Compliance as to 12-13-2010 order transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).
19. Change without regulatory effect amending subsection (a)(3) filed 1-8-2014 pursuant to section 100, title 1, California Code of Regulations (Register 2014, No. 2).
20. Change without regulatory effect repealing subsection (b)(3) filed 4-22-2015 pursuant to section 100, title 1, California Code of Regulations (Register 2015, No. 17).

**3084.8.   Appeal Time Limits.**

(a) Time limits for reviewing appeals shall commence upon the date of receipt of the appeal form by the appeals coordinator.

(b) An inmate or parolee must submit the appeal within 30 calendar days of:
(1) The occurrence of the event or decision being appealed, or;
(2) Upon first having knowledge of the action or decision being appealed, or;
(3) Upon receiving an unsatisfactory departmental response to an appeal filed.

(c) All appeals shall be responded to and returned to the inmate or parolee by staff within the following time limits, unless exempted pursuant to the provisions of subsections 3084.8(f) and (g):
(1) First level responses shall be completed within 30 working days from date of receipt by the appeals coordinator.
(2) Second level responses shall be completed within 30 working days from date of receipt by the appeals coordinator.
(3) Third level responses shall be completed within 60 working days from date of receipt by the third level Appeals Chief.

(d) Exception to the time limits provided in subsection 3084.8(c) is authorized only in the event of:
(1) Unavailability of the inmate or parolee, or staff, or witnesses.
(2) The complexity of the decision, action, or policy requiring additional research.
(3) Necessary involvement of other agencies or jurisdictions.
(4) State of emergency pursuant to subsection 3383(c) requiring the postponement of nonessential administrative decisions and actions, including normal time requirements for such decisions and actions.

(e) Except for the third level, if an exceptional delay prevents completion of the review within specified time limits, the appellant, within the time limits provided in subsection 3084.8(c), shall be provided an explanation of the reasons for the delay and the estimated completion date.

(f) An appeal accepted as an emergency appeal shall be processed within the time frames set forth in subsections 3084.9(a)(4) and (a)(5).

(g) An appeal of the involuntary psychiatric transfer of an inmate or parolee shall be made directly to the third level pursuant

76

SVSP

TK/100313

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

**SECTION A:  INMATE/PAROLEE REQUEST**  CHIEF OF APPEALS / CDCR

| NAME (Print):    (LAST NAME)          (FIRST NAME)  RICKS, SCOTT | CDC NUMBER: V-35068 | SIGNATURE: |
|---|---|---|
| HOUSING/BED NUMBER: A5-111L | ASSIGNMENT: EOP-A1/A | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SUSP-L-16-05364 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 2-5-17, I AM FILING 602# SUSP-L-16-05364 FOR DIRECTOR'S
LEVEL REVIEW. THIS APPEAL HAS A DUE DATE OF: 4-20-17. I
AM SICK OF YOUR STUPID F*CKING, ILLEGAL, BULLSH*T
REJECTIONS, FOR "WRITING IN THE MARGINS." JUST DO YOUR
F*CKING JOB AND PROCESS MY APPEAL, SO I CAN SUE YOU,
IN COURT!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: U. Muro | DATE: 2-5-17 | SIGNATURE: U. | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  (YES)  NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CHIEF OF APPEALS – CDCR | DATE DELIVERED/MAILED: 2-5-17 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

**SECTION B:  STAFF RESPONSE**

| RESPONDING STAFF NAME: M. Harder | DATE: 2/8/17 | SIGNATURE: MH | DATE RETURNED: 2/10/17 |
|---|---|---|---|

You will receive a response regarding
receipt of appeal documentation; however, the
OA will not respond to abusive language
written on CDCR forms. Documentation will be
reviewed in date order to determine if SVSP-16-05364
meets criteria to be processed at Third Level.

**SECTION C:  REQUEST FOR SUPERVISOR REVIEW**
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

**SECTION D:  SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Member's Copy; Goldenrod - Inmate/Parolee's Receipt Copy

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

**SVSP**

## SECTION A: INMATE/PAROLEE REQUEST   *CHIEF OF APPEALS/CDCR*

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | *Scott R. Ricks* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| AS-111L | EOP-A1/A | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SVSP-L-16-07492 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 2-12-17, I AM FILING THIS STAFF COMPLAINT AGAINST THE SVSP AGPA, C. MARTELLA, FOR DIRECTOR'S LEVEL REVIEW. I DON'T NEED ONE OF YOUR BULLSHIT REJECTIONS. I ALREADY FILED A STAFF COMPLAINT ABOUT THEM. THIS APPEAL HAS A DUE DATE OF: ✱ 4-26-17 ✱

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO:_____  DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: J. MURO | DATE: 2-12-17 | SIGNATURE: J. _____ | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) **YES** NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CHIEF OF APPEALS - CDCR | DATE DELIVERED/MAILED: 2-12-17 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON **BY US MAIL** |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: M. Harder | DATE: 2/15/17 | SIGNATURE: _____ | DATE RETURNED: 2/17/17 |
|---|---|---|---|

Documentation relative to SVSP-16-07492 will be reviewed in date order to determine if it meets criteria to be processed at Third level.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

TLR V 700592

### SECTION A:  INMATE/PAROLEE REQUEST   CHIEF OF APPEALS/CDCR SVSP

| NAME (Print):  (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | Scott Ricks |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AS-111L | EOP-A1/A | | SUSPL-16-06817 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW.

ON 11-8-16, PROPOSITION #57 PASSED AND MY RELEASE DATE WAS CHANGED TO 10-17-14, I AM NOW 28 MONTHS OVERDUE FOR RELEASE. ON 2-12-17, I AM FILING THIS CDC-602 FOR DIRECTOR'S LEVEL REVIEW. I DON'T NEED A BULLSH#T REJECTION OF THIS APPEAL, SINCE I HAVE ALREADY FILED A STAFF COMPLAINT ABOUT THOSE REJECTIONS. THIS APPEAL HAS A DUE DATE OF: 4-26-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED: ___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| U. MURO | 2-12-17 | | (CIRCLE ONE)  (YES)  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 2-12-17 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Harder | 2/15/17 | | 2/17/17 |

Documentation relative to SVSP-16-06817 will be reviewed in date order to determine if it meets criteria to be processed at Third level.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

**SECTION A: INMATE/PAROLEE REQUEST** *CHIEF OF APPEALS/CDCR*

| NAME (Print):   (LAST NAME)                (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| *RICKS, SCOTT* | *V-35068* | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| *AS-111L* | *EOP-A1/A* | HOURS FROM_____ TO_____ | *SUSP-L-16-07492* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

*ON 2-12-17, I AM FILING THIS STAFF COMPLAINT, AGAINST THE SUSP AGPA, C. MARTELLA FOR DIRECTOR'S LEVEL REVIEW. I DON'T NEED ONE OF YOUR BULLSH*T REJECTIONS, I ALREADY FILED A STAFF COMPLAINT ABOUT THEM. THIS APPEAL + HAS A DUE DATE OF:*
*✱ 4-26-17 ✱*

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____   DATE MAILED:___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| *U. MORO* | *2-12-17* | | (CIRCLE ONE) (YES)  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| *CHIEF OF APPEALS – CDCR* | *2-12-17* | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

**SECTION B: STAFF RESPONSE**

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

**SECTION C: REQUEST FOR SUPERVISOR REVIEW**
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

**SECTION D: SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

*TO:* DIRECTOR'S
LEVEL REVIEW / CDCR

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME)  (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | *(signature)* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AS-111L | EOP-A1/A | HOURS FROM_____ TO_____ | STAFF COMPLAINT. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 1-15-17, I FILED A STAFF COMPLAINT AGAINST THE CHIEF
OF APPEALS, M.VOONG, AND INSTEAD OF PROCESSING THAT
STAFF COMPLAINT, M.VOONG ILLEGALLY CANCELLED IT!
THAT IS AGAINST THE LAW, M.VOONG CAN NOT! PARTICIPATE
IN THE REVIEW OF THIS APPEAL. THIS APPEAL WAS VERIFIED
AS BEING FILED ON 1-15-17, THEREFORE STILL HAS A DUE DATE
OF 4-12-17

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED:___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| V. MURO | 2-26-17 | *(signature)* | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY |
|---|---|---|
| DLR-CDCR | 2-26-17 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**   *CHIEF*
CDCR 22 (10/09)                                                    *OF APPEALS*

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)          (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| *RICKS, SCOTT* | *V-35068* | *(signature)* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| *AS-111L* | *EOP-A11A* | HOURS FROM_____ TO_____ | *SUSP-16-03341* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: *ON 2-10-17, 602 # SUSP-16-03341 WAS ILLEGALLY CANCELLED. I*
*AM APPEALING THAT CANCELLATION.*

*DUE DATE IS: 5-11-17*

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:_____   DATE MAILED:___/___/___
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| *U. Nixo* | *2-26-17* | *(signature)* | (CIRCLE ONE)  (YES)  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| *CHIEF OF APPEALS - CDCR* | *2-26-17* | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

TO: CHIEF OF APPEALS, CDCR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME)        (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | _Scott Ricks_ |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | | STAFF COMPLAINT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 1-15-17, I AM FILING THIS STAFF COMPLAINT, AGAINST CDCR CHIEF OF APPEALS, M. VOONG. I DON'T NEED ONE OF YOUR BULL SHIT REJECTIONS FOR "WRITING IN THE MARGINS", SINCE THAT VIOLATES MY U.S. CONSTITUTIONAL RIGHTS. THIS APPEAL HAS A DUE DATE OF: 4-11-17, SO I CAN SUE THE PIECE OF SHIT M. VOONG, FOR $200,000.00, ON 4-12-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: _____

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| T. Alexander | 1-15-17 | _signature_ | YES |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| CHIEF OF APPEALS, CDCR | 1-15-17 | BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

*M. JOONG,*

## SECTION A:  INMATE/PAROLEE REQUEST  *CHIEF OF APPEALS / CDCR*

| NAME (Print):     (LAST NAME)                    (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| *RICKS, SCOTT* | *V-35068* | *[signature]* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| *AS-111L* | *EOP-A1/A* | HOURS FROM_____ TO_____ | *APPEAL REJECTIONS* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

*YOU CONTINUE TO ILLEGALLY REJECT MY APPEALS FOR TOTAL BULLSHIT, AND ON 1-24-17, I AM RE-FILING 602#'S: PUSP-0-16-01082; SUSP-16-03341; SUSP-16-04114; SUSP-16-03100; & SUSP-16-04500. ALL OF THESE APPEALS ARE ALREADY LONG OVERDUE. YOU CONTINUE TO VIOLATE MY RIGHT TO APPEAL, AND RIGHT TO ACCESS THE COURTS. THESE APPEALS ARE DUE BACK TO ME IN 30 DAYS. ON 1-15-17, I FILED A STAFF COMPLAINT AGAINST YOU FOR CONTINUOUSLY VIOLATING MY CONSTITUTIONAL RIGHTS, THAT DUE DATE IS: 4-11-17.*

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____ DATE MAILED: ___/___/

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| *V. MURO* | *1-24-17* | *[signature]* | (CIRCLE ONE)  (YES)  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| *M. JOONG, CHIEF OF APPEALS* | *1-24-17* | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

## SECTION A: INMATE/PAROLEE REQUEST    CHIEF OF APPEALS / CDCR

| NAME: (Print) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | _(signature)_ |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | HOURS FROM_____ TO_____ | SUSP-L-16-05364 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 2-5-17, I AM FILING 602# SUSP-L-16-05364 FOR DIRECTOR'S
LEVEL REVIEW. THIS APPEAL HAS A DUE DATE OF: 11-20-14. I
AM SICK OF YOUR STUPID F*CKING, ILLEGAL, BULLSH*T
REJECTIONS FOR "WRITING IN THE MARGINS." JUST DO YOUR
F*CKING JOB AND PROCESS MY APPEAL, SO I CAN SUE YOU,
IN COURT!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____    DATE MAILED:___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| U. MURO | 2-5-17 | U. _(signature)_ | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 2-5-17 | (CIRCLE ONE) IN PERSON (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST     *CHIEF OF APPEALS / CDCR*

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| RICKS, SCOTT | | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | HOURS FROM_____ TO _____ | APPEAL REJECTIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 8-28-16, I FILED 602# SUSP.L-16-03931 AND 602# SUSP.L-16-02784, FOR DIRECTOR'S LEVEL REVIEW. BOTH OF THESE APPEALS HAD A DUE DATE OF 11-14-16, AND BOTH APPEALS ARE NOW ALMOST 90 DAYS OVERDUE. FIRST, YOU ILLEGALLY REJECT THESE APPEALS FOR "WRITING IN THE MARGINS" WHEN I NEVER EVEN WROTE IN THE MARGINS. THEN, APPARENTLY A CDCR STAFF SPILLED SOMETHING ON THE APPEALS AND YOU REJECT THEM AGAIN. YOU HAVE 30 DAYS TO PROCESS THESE APPEALS, DUE DATE IS: 3-6-17

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| U. MORO | 2-5-17 | | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS / CDCR | 2-5-17 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

*CHIEF OF APPEALS*
*CDCR*

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| RICKS, SCOTT | | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | | SUSP-L-16-05050 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 12-18-16 I FILED BOTH SUSP-L-16-05050 FOR DIRECTORS LEVEL REVIEW, AND IT WAS ILLEGALLY REJECTED FOR "WRITING IN THE MARGINS," EVEN THOUGH "WRITING IN THE MARGINS" DOES NOT QUALIFY AS A GROUND FOR REJECTION PER CCR. THEREFORE THIS APPEAL STILL HAS A DUE DATE OF: 3-5-17, AND WILL THEN BE OVERDUE.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: _____          DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. MORO | 2-26-17 | J. | (CIRCLE ONE)  (YES)  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 2-26-17 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

CHIEF OF APPEALS
CDCR

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP A1A | HOURS FROM_____ TO_____ | SUSP-L-16-03100 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 11-25-16, I FILED 602# SUSP-L-16-03100 FOR DIRECTORS LEVEL REVIEW AND IT WAS ILLEGALLY REJECTED FOR "WRITING IN THE MARGINS", EVEN THOUGH "WRITING IN THE MARGINS" DOES NOT QUALIFY AS GROUNDS FOR REJECTION. PER CCR THIS APPEAL HAD A DUE DATE OF 12-10-16. THIS APPEAL IS ALREADY 78 DAYS OVERDUE, AS OF TODAY, 2-26-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. MORO | 2-26-17 | | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 2-26-17 | (CIRCLE ONE) IN PERSON (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**          *CHIEF OF APPEALS -*
CDCR 22 (10/09)                                                                    *CDCR*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS SCOTT | V-35065 | *(signature)* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AS-111L | EOP AIA | | SUSPL-16-05364 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 2-5-17 I FILED 602B SUSPL-16-05364 FOR DIRECTORS LEVEL
REVIEW AND IT WAS ILLEGALLY REJECTED FOR "WRITING IN THE MARGINS
EVENTHOUGH "WRITING IN THE MARGINS" DOES NOT QUALIFY AS
GROUNDS FOR REJECTION PER CCR. THEREFORE THIS APPEAL
STILL HAS A DUE DATE OF: 4-20-14

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:_____   DATE MAILED:__/__/__
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| U. MORO | 2.26.17 | U./L | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS. CDCR | 2.26.17 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL GOLDENROD
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

S. RICKS V. M. VOONG
CIVIL CASE
EXHIBIT-C:
CDC-22
REQUEST
FOR
INTERVIEW

Case 3:18-cv-01069-JD   Document 1-1   Filed 02/20/18   Page 43 of 167

*M. JOONG, TCR #100178*

## SECTION A: INMATE/PAROLEE REQUEST    *CHIEF OF APPEALS / CDCR SVSP*

| NAME (Print): (LAST NAME) RICKS, SCOTT (FIRST NAME) | | CDC NUMBER: V-35068 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: AS-111L | ASSIGNMENT: EOP-A1/A | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): APPEAL REJECTIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

YOU CONTINUE TO ILLEGALLY REJECT MY APPEALS FOR TOTAL BULLSHIT, AND ON 1-24-17, I AM RE-FILING 602 II'S: PVSP-0-16-01082; SVSP-16-03341; SVSP-16-04114; SVSP-16-03100; & SVSP-16-04500, ALL OF THESE APPEALS ARE ALREADY LONG OVERDUE. YOU CONTINUE TO VIOLATE MY RIGHT TO APPEAL, AND RIGHT TO ACCESS THE COURTS. THESE APPEALS ARE DUE BACK TO ME IN 30 DAYS. ON 1-15-17, I FILED A STAFF COMPLAINT AGAINST YOU FOR CONTINUOUSLY VIOLATING MY CONSTITUTIONAL RIGHTS, THAT DUE DATE IS: 41-11-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: V. MURO | DATE: 1-24-17 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: M. JOONG, CHIEF OF APPEALS | DATE DELIVERED/MAILED: 1-24-17 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: M. Harder | DATE: 2/2/17 | SIGNATURE: MH | DATE RETURNED: 2/6/17 |
|---|---|---|---|

There are multiple issues discussed in section A which cannot reasonably be addressed within the form 22 process. Documentation attached to the CDCR form 602 with a 1/29/17 submitted date will be reviewed in date order to determine if it meets criteria to be processed at third level. Be advised abusive language may lead to appeal restriction

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

*CHIEF OF APPEALS/CDCR SUSP 1601871*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | *Scott G. Ricks* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| SUSP/AS-111L | EOP-A1/A | | SUSP-L-16-03831 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I HAVE NO ACCESS TO DUPLICATION SERVICES, AND NO ACCESS TO AN ACTUAL CDC-602 OR CDC-602-A FORM, SO JUST PROCESS THIS APPEAL, BASED ON THE MERITS OF THE APPEAL, ITSELF. I DON'T NEED ONE OF YOUR BULLSH*T REJECTIONS FOR SLOPPY HANDWRITING OR WRITING IN THE MARGINS. JUST DO YOUR JOB & PROCESS APPEAL!!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY PRINT STAFF NAME: *R. DIAZ* | DATE: 8-28-16 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) (YES) NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CHIEF OF APPEALS – CDCR | DATE DELIVERED/MAILED: 8-28-16 | METHOD OF DELIVERY (CIRCLE ONE) IN PERSON (BY US MAIL) |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: N Sallustio | DATE: 8-31-16 | SIGNATURE: NS | DATE RETURNED: 8-31-16 |
|---|---|---|---|

Documentation relative to SUSP-16-03831 will be reviewed in order to determine if it meets criteria for Third Level Review.

You are advised that threatening, obscene, demeaning or abusive language is not acceptable on State documents.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW TO: CHIEF OF APPEALS/CDCR

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T! YOU CONTINUE TO ILLEGALLY REJECT MY APPEALS FOR TOTAL F*CKING BULLSH*T REASONS! I DID NOT "WRITE IN THE MARGINES"! I ONLY WROTE ON THE GIVEN F*CKING LINES! TELL CALPIA PRINT SHOP TO EXTEND THE LINES TO THE OUTSIDE OF THE F*CKING PAGE!

| SIGNATURE: *Scott G. Ricks* | DATE SUBMITTED: 1-3-17 THIS IS OVERDUE! |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): E Perira | DATE: 1/11/17 | SIGNATURE: EPerira | DATE RETURNED: 1/12/17 |
|---|---|---|---|

See Attached Rejection letter

Case 3:18-cv-01069-JD   Document 1-1   Filed 02/20/18   Page 45 of 167

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE

CDCR 22 (10/09)

*CHIEF
OF APPEALS / CDCR SVSP*
*1601870*

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME)        (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | Scott Ricks |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AS-111L/SVSP | EOP-A1/A | | SVSP-L-16-027841 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

I HAVE NO ACCESS TO DUPLICATION SERVICES, AND NO ACCESS
TO AN ACTUAL CDC-602 OR CDC-602-A FORM, SO JUST
PROCESS THIS APPEAL, BASED ON THE MERITS OF THE
APPEAL ITSELF. I DON'T NEED ONE OF YOUR BULLSH*T
REJECTIONS FOR SLOPPY HANDWRITING OR WRITING
IN THE MARGINS
JUST DO YOUR JOB & PROCESS APPEAL!!!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO: _____    DATE MAILED: ___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| P. DIAZ | 8-28-16 | P.D. | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 8-28-16 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| N. Sallustio | 8-31-16 | NS | 9-1-16 |

Documentation relative to SVSP-16-02784 will be
reviewed in date order to determine if it meets criteria
for Third Level Review.

You are also advised that threatening, obscene
demeaning or abusive language is not acceptable on State

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW *TO: CHIEF OF APPEALS* Documents

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T! YOU CONTINUE TO
ILLEGALLY REJECT MY APPEALS FOR TOTAL F*CKING B*LLSH*T REASONS! I
DID NOT WRITE IN THE MARGINS, I ONLY WROTE ON THE GIVEN F*CKING
LINES! TELL CALPIA PRINT SHOP TO EXTEND THE LINES TO THE
OUTSIDE OF THE F*CKING PAGE. THIS APPEAL IS OVERDUE!

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Scott Ricks | 1-3-17 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| E Renn | 1/12/17 | E Renn | 1/12/17 |

See attached
Rejection letter

TO: CHIEF OF APPEALS, CDCR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

TLR 1502075
SVSP

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) RICKS (FIRST NAME) SCOTT | CDC NUMBER: V-35068 | SIGNATURE: Scott L. Ricks |
|---|---|---|
| HOUSING/BED NUMBER: AS-111L | ASSIGNMENT: EOP-A1/A | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): STAFF COMPLAINT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 1-15-17, I AM FILING THIS STAFF COMPLAINT, AGAINST CDCR CHIEF OF APPEAL'S, M. VOONG. I DONT NEED ONE OF YOUR BULLSHIT REJECTIONS FOR "WRITING IN THE MARGINS" SINCE THAT VIOLATES MY U.S. CONSTITUTIONAL RIGHTS. THIS APPEAL HAS A DUE DATE OF 4-11-17, SO I CAN SUE THE PIECE OF SHIT M. VOONG FOR $200,000.00, ON 4-12-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____   DATE MAILED:___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY (PRINT STAFF NAME): T. Alexander | DATE: 1-15-17 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CHIEF OF APPEALS, CDCR | DATE DELIVERED/MAILED: 1-15-17 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: M. Harder | DATE: 1/19/17 | SIGNATURE: | DATE RETURNED: 1/23/17 |
|---|---|---|---|

Documentation attached to this form 22, including a 602 dated 1/15/17 will be reviewed in date order to determine if it meets criteria to be processed at the third level of Review. Be advised, it is not appropriate to use abusive language on departmental forms.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

_____

_____

_____

_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST    *CHIEF OF APPEALS/CDCR*

| NAME (Print)  (LAST NAME)            (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | Scott R. Ricks |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | HOURS FROM_____ TO_____ | SVSP-L-16-05693 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

I HAVE NO ACCESS TO DUPLICATION SERVICES, AND NO ACCESS TO AN ACTUAL
602 OR 602-A FORM, SO, JUST PROCESS THIS APPEAL BASED ON THE MERITS
OF THE APPEAL ITSELF.  I DON'T NEED ONE OF YOUR BULLSHIT REJECTION
FOR SLOPPY HANDWRITING, OR "WRITING IN THE MARGINS." NO
WHERE ON THIS APPEAL, IS THERE "WRITING IN THE MARGINS."
THIS APPEAL WAS ALREADY ACCEPTED AND PROCESSED AT BOTH
FLR AND SLR.  JUST DO YOUR JOB, AND PROCESS THIS APPEAL!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO ✗ DUE DATE IS: 4-11-17 ✗    DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Shewarder | 1-15-17 | | (CIRCLE ONE)  (YES)  NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS - CDCR | 1-15-17 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Harder | 1/19/17 | MH | 1/23/17 |

Documentation relative to SVSP-16-05695 will be
reviewed in date order to determine if it meets
criteria to be processed at the Third level of Review

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS AND REHABILITATION  
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE** CHIEF  
CDCR 22 (10/09)

1603247

### SECTION A: INMATE/PAROLEE REQUEST OF APPEALS / CDCR SVSP

| NAME (Print): (LAST NAME) RICKS, SCOTT | (FIRST NAME) | CDC NUMBER: V-35068 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: AS-111L | ASSIGNMENT: EOP-A1/A | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SVSP-L-16-03341 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I HAVE NO ACCESS TO DUPLICATION SERVICES, AND NO ACCESS TO AN ACTUAL CDC-602 OR CDC-602-A FORM, SO, JUST PROCESS THIS APPEAL BASED ON THE MERITS OF THE APPEAL ITSELF. I DON'T NEED ONE OF YOUR B.S. REJECTIONS FOR SLOPPY HANDWRITING OR WRITING IN THE MARGINS, JUST DO YOUR JOB & PROCESS THIS APPEAL. THIS APPEAL HAS ALREADY BEEN PROCESSED AT FLR & SLR. I NEED TO BE ABLE TO ACCESS THE COURTS.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED:___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: L. Washington | DATE: 9-25-16 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CHIEF OF APPEALS - CDCR | DATE DELIVERED/MAILED: 9-25-16 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: M. Sallustio | DATE: 9-29-16 | SIGNATURE: N.S. | DATE RETURNED: 9-30-16 |
|---|---|---|---|

Documentation relative to SVSP-16-03341 will be reviewed in date order to determine if it meets criteria to Third Level Review.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW TO: CHIEF OF APPEALS

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

SVSP AS STAFF NO LONGER SUPPLY 602 OR 602-A FORMS. IF YOU DON'T LIKE PEOPLE TO WRITE IN THE MARGINS, TELL CALPIA TO EXTEND THE LINES ON THE FORM, TO THE OUTSIDE OF THE PAGE, AS I HAVE DONE. I AM SICK OF YOUR BULLSH*T REJECTIONS FOR BULLSH*T WRITING IN THE MARGINS. JUST DO YOUR JOB, AND PROCESS THIS APPEAL, BASED ON THE MERITS, ACCEPTED AT FLR AND SLR.

| SIGNATURE: | DATE SUBMITTED: 1-2-17 |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY (NAME): E Perino | DATE: 1/18/17 | SIGNATURE: E Perino | DATE RETURNED: 1/18/17 |
|---|---|---|---|

See Attached

TUR 16018 TO SVSP

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

CHIEF OF APPEALS/CDCR

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| RICKS SCOTT | | V-35068 | Scott Ricks Wills |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AS-111L | EOP-A1/A | HOURS FROM_____ TO_____ | APPEAL REJECTIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 8-28-16, I FILED 602# SVSP-L-16-03831 AND 602# SVSP-L-16-02784, FOR DIRECTOR'S LEVEL REVIEW. BOTH OF THESE APPEALS HAD A DUE DATE OF 11-14-16, AND BOTH APPEALS ARE NOW ALMOST 90 DAYS OVERDUE. FIRST, YOU ILLEGALLY REJECT THESE APPEALS FOR "WRITING IN THE MARGINS" WHEN I NEVER EVEN WROTE IN THE MARGINS. THEN, APPARENTLY A CDCR STAFF SPILLED SOMETHING ON THE APPEALS AND YOU REJECT THEM AGAIN. YOU HAVE 30 DAYS TO PROCESS THESE APPEALS, DUE DATE IS: 3-6-17

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| V. MURO | 2-5-17 | V. | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS / CDCR | 2-5-17 | (CIRCLE ONE) IN PERSON (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Harder | 2/8/17 | MH | 2/10/17 |

Documentation relative to SVSP-16-02784 and SVSP-16-03831 will be reviewed in date order to determine if it meets criteria to be processed at third level. Keep in mind you may not appeal a rejection but may take corrective action and resubmit. Time limits commence once an appeal is accepted.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

TO: CHIEF OF APPEALS/CDCR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A4-132L | EOP-A1/A | | SVSP-L-16-03831 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

THIS APPEAL WAS VERIFIED AS BEING FILED FOR DLR ON 8-28-16
AND HAD A DUE DATE OF 12-10-16. THIS APPEAL IS OVER
170 DAYS OVERDUE. YOU HAVE CONTINUOUSLY ILLEGALLY
REJECTED AND CANCELLED THIS APPEAL FOR 5½ MONTHS.
YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T
AND I AM FILING A LAWSUIT AGAINST YOUR BITCH ASS.
YOU ARE A PIECE OF F*CKING SH*T, ASSHOLE!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: _____

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| S. LOPE | 5-29-17 | | YES |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| CDCR-CHIEF OF APPEALS | 5-29-17 | BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

TO: CHIEF OF APPEALS, CDCR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME), FIRST NAME: | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| RICKS, SCOTT | | V-35068 | |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT, PAROLE, ETC.): |
| AS-111L | EOP-A1/A | | STAFF COMPLAINT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 1-15-17, I AM FILING THIS STAFF COMPLAINT, AGAINST CDCR CHIEF OF APPEALS, M. VOONG. I DON'T NEED DUE OF YOUR BULLSHIT REJECTIONS FOR 'WRITING IN THE MARGINS'. SINCE THAT VIOLATES MY U.S. CONSTITUTIONAL RIGHTS. THIS APPEAL HAS A DUE DATE OF 4-11-17, SO I CAN SUE THE PIECE OF SHIT M. VOONG, FOR $200,000.00, ON 4-12-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL, ADDRESSED TO:_____  DATE MAILED:_____
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Alexander | 1-15-17 | | CIRCLE ONE: (YES) NO |
| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY |
| CHIEF OF APPEALS, CDCR | 1-15-17 | | CIRCLE ONE: IN PERSON / (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY U.S. MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE        *M. JOONG,*
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST   *CHIEF OF APPEALS / CDCR*

| NAME (PRINT)   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | J-35065 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1/A | HOURS FROM _____ TO _____ | APPEAL REJECTIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED, OR REASON FOR INTERVIEW: YOU CONTINUE TO ILLEGALLY REJECT MY APPEALS FOR TOTAL BULLSHIT, AND ON 1-24-17, I AM RE-FILING 602#'S: PVSP-D-16-01082; SUSP-16-03341; SUSP-16-04114; SUSP-15-03100 & SUSP-16-04150D. ALL OF THESE APPEALS ARE ALREADY LONG OVERDUE. YOU CONTINUE TO VIOLATE MY RIGHT TO APPEAL, AND 2) RIGHT TO ACCESS THE COURTS. THESE APPEALS ARE DUE BACK TO ME IN 30 DAYS. ON 1-15-17, I FILED A STAFF COMPLAINT AGAINST YOU FOR CONTINUOUSLY VIOLATING MY CONSTITUTIONAL RIGHTS, THAT DUE DATE IS: 4-11-17.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: _____   DATE MAILED:  ___/___/___
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. MUÑO | 1-24-17 | J. — | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| M. JOONG, CHIEF OF APPEALS | 1-24-17 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

CHIEF OF APPEALS/CDCR

| NAME (PRINT) (LAST NAME) | FIRST NAME | CDC NUMBER | SIGNATURE |
|---|---|---|---|
| RICKS, SCOTT | | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| A5-111L | EOP-AI/A | HOURS FROM ____ TO ____ | TOPIC I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SUSP-L-16-05364 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 2-5-17, I AM FILING 602# SUSP-L-16-05364 FOR DIRECTOR'S
LEVEL REVIEW. THIS APPEAL HAS A DUE DATE OF: 4-20-14. I
AM SICK OF YOUR STUPID FUCKING, ILLEGAL, BULLSHIT
REJECTIONS FOR "WRITING IN THE MARGINS." JUST DO YOUR
FUCKING JOB AND PROCESS MY APPEAL, SO I CAN SUE YOU,
IN COURT!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: _____
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY (PRINT STAFF NAME): U. MURO | DATE: 2-5-17 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: CHIEF OF APPEALS - CDCR | DATE DELIVERED/MAILED: 2-5-17 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

CHIEF OF APPEALS/CDCR

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER | SIGNATURE |
|---|---|---|---|
| RICKS, SCOTT | | V-35046 | *Scott Ricks* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT, PAROLE, ETC.): |
|---|---|---|---|
| A5-111L | EOP-A1A | HOURS FROM _____ TO _____ | APPEAL REJECTIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ON 8-28-16, I FILED 602'S SLSP.L.16-03931 AND 602'S SLSP.L.16-02784, FOR
DIRECTOR'S LEVEL REVIEW. BOTH OF THESE APPEALS HAD A DUE DATE
OF 11-14-16, AND BOTH APPEALS ARE NOW ALMOST 90 DAYS OVERDUE.
FIRST, YOU ILLEGALLY REJECT THESE APPEALS FOR "WRITING IN THE MARGINS"
WHEN I NEVER EVEN WROTE IN THE MARGINS. THEN, APPARENTLY A
CDCR STAFF SPILLED SOMETHING ON THE APPEALS AND YOU REJECT THEM
AGAIN. YOU HAVE 30 DAYS TO PROCESS THESE APPEALS, DUE DATE IS: 3-6-17

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO: _____   DATE MAILED: _____

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| V. MORA | 2-5-17 | *V. Mora* | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHIEF OF APPEALS / CDCR | 2-5-17 | (CIRCLE ONE)  IN PERSON / BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: FORM 22 RESPONSE:      TLR# 1603247

The CCR 3084.6(a)(5) states, "Appeals may be rejected pursuant to subsection 3084.6(b), as determined by the appeals coordinator.  (5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

You are advised to make yourself familiar with the rules and regulations of the appeals process found in the Title 15.  You may also request assistance from your Correctional Counselor or the Appeals Coordinator at your institution.

*E. Parino*

E. PARINO, SSM II
Office of Appeals

S. RICKS v. M. VOONG
CIVIL CASE
EXHIBIT-D:
CDC-695
REJECTION
NOTICES

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

## OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento CA 94283-0001



January 11, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

JAN 23 2017

RE: TLR# 1601871   SVSP-16-03831   DISCIPLINARY

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11). Your appeal documentation is defaced or contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4). You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4). Your appeal contains threatening, obscene, demeaning, or abusive language. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

You are advised to make yourself familiar with the rules and regulations of the appeals process found in the Title 15. You may request assistance with the appeals process from your Correctional Counselor or the Appeals Coordinator at your institution.

*I HAVE NO IDEA WHAT CDCR SPILLED ON MY APPEAL, BUT THAT IS YOUR FAULT NOT MINE! YOU CONTINUE TO REJECT MY APPEALS FOR TOTAL ~~FUCKING BULLSHIT~~! THIS APPEAL IS 90 DAYS! OVERDUE!*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten:]* THIS APPEAL WAS VERIFIED AS BEING RECEIVED BY THE SVSP MAILROOM ON APRIL 11, 2017 LEGAL MAIL LOGBOOKS VERIFY THIS FACT

February 21, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*[stamp:]* MAILED FEB 27 2017

*[handwritten:]* THIS APPEAL WAS FILED FOR DLR ON 8-28-16, AND WAS RETURNED TO ME ON 11-14-16. THIS APPEAL IS NOW OVER 150 DAYS OVERDUE!

RE: TLR# 1601871    SVSP-16-03831    DISCIPLINARY

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11). Your appeal documentation is contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4). You must remove the contaminated 602/602A, SLR and 695. Attach a Treat as Original copy of the 602/602A and ensure a photocopy of the 695 dated 12/20/16 and SLR (free from contamination) are attached. You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

This is the second request. Any further submission of this appeal without following instructions may result in cancellation of the appeal pursuant to the CCR Title 15, Section 3084.6(c)(3).

*[handwritten:]* I DIDN'T SPILL ANYTHING ON THIS APPEAL – YOU DID YOU STUPID F*CK*NG IDIOT! THIS IS YOUR PROBLEM, NOT MINE! STOP ILLEGALLY REJECTING MY APPEALS, YOU F*CK*NG /// *SSH*LE!!!

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



May 18, 2017

MAILED
MAY 2 2 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020


RE: TLR# 1601871    SVSP-16-03831    DISCIPLINARY


The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(10).  Failure to correct and return a rejected appeal within 30 calendar days of the rejection.



The OOA rejection letter, dated 2/21/17, was mailed 2/27/17.  The appeal package was resubmitted to the OOA on 4/25/17.  This exceeds time constraints.  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  Be advised, you must submit an appeal of a cancellation to the appeals office that issued the cancellation.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.  You have 30 calendar days to appeal the cancellation.  Time constraints begin from the date on the screen out form which cancelled your appeal.


M. VOONG, Chief
Office of Appeals




Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street. Sacramento. CA 95814
P.O. Box 942883
Sacramento. CA 94283-0001

February 10, 2017

*[handwritten: YOU JUST REALLY ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING~~ ~~SHIT FUCKING~~ ~~ASSHOLE~~ ! MAILED FEB 14 2017]*

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*[handwritten: IS WRITING ON THE FLR RELEVANT TO ACCESSING THE U.S. DISTRICT COURT? I DON'T ~~FUCKING~~ THINK SO!]*

RE: TLR# 1603247   SVSP-16-03341   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(3).  You continue to submit a rejected appeal while disregarding appeal staff's previous instructions to correct the appeal.

The OOA provided instructions on 12/20/16 and 1/16/17 indicating that you may use only the space provided on one 602/602A.  The documentation resubmitted 2/2/17 contained handwritten narrative in the margins of the First Level of Review.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.  You have 30 calendar days to appeal your appeal.  You must submit your appeal to the appeals office that issued the cancellation.  Time constraints begin from the date on the screen out form which cancelled your appeal.

*[handwritten: THE "HANDWRITING" IN FLR, WAS FOR THE U.S. DISTRICT COURT, TO EXPLAIN WHY SUSP WAS UNABLE TO ALLOW ME TO ACCESS THE COURTS YOU ~~FUCKING~~ PIECE OF ~~FUCKING SHIT~~ !]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento. CA 95814
P.O. Box 942883
Sacramento. CA 94283-0001

*THIS APPEAL IS OVERDUE!*

**MAILED**

*DUE DATE WAS: 12-10-16*

JAN 1 2 2017

January 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

This is the Second Request to comply with these instructions.  Any further submission of this appeal without following instructions may result in cancellation of the appeal pursuant to the CCR Title 15, Section 3084.6(c)(3).

The CCR 3084.6(a)(5) states, "Appeals may be rejected pursuant to subsection 3084.6(b), as determined by the appeals coordinator.  (5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

*YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT~~ YOU HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 ~~FUCKING~~ YEARS, FOR THE SAME ~~FUCKING BULLSHIT~~. JUST DO YOUR ~~FUCKING~~ JOB, AND PROCESS MY FUCKING APPEALS SO I CAN TAKE THIS ISSUE TO COURT, YOU ~~FUCKING ASSHOLE~~!*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE !*



December 20, 2016

**MAILED**
**DEC 2 2 2016**

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*DUE DATE WAS : 12-10-16*

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

*   Signature and original date submitted is required on form requesting a Third Level Review (section F)

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

*DUE TO INMATES FILING 602'S AND STAFF COMPLAINTS AGAINST C/O'S. SUSP REFUSES TO SUPPLY INMATES WITH ACTUAL 602 & 602-A FORMS, I DID NOT WRITE "IN THE MARGINS" OF ANY OF MY APPEALS, IF YOU DON'T LIKE*

M. VOONG, Chief *PEOPLE TO "WRITE IN THE MARGINS" TELL CALPIA*
Office of Appeals *TO PROPERLY PRINT THE LINES ON THE 602 TO THE OUTSIDE OF THE PAGE LIKE THEY ARE SUPPOSED TO BE. THIS APPEAL WAS ALREADY PROCESSED AT FLR & SLR, AND THERE WAS NO MENTION OF "WRITING IN THE MARGINS" BECAUSE THAT IS IRRELAVENT TO THE ISSUE AT HAND. SO JUST DO YOUR JOB AND PROCESS THIS APPEAL BASED SOLELY ON THE MERITS OF THE APPEAL ITSELF. QUIT BEING PETTY, DO YOUR JOB & PROCESS THIS APPEAL !*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten:] YOU JUST REALLY ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING~~ ~~SHIT, FUCKING~~ ~~ASSHOLE~~ !*

*[handwritten stamp:] MAILED FEB 14 2017*

February 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*[handwritten:] IS WRITING ON THE FLR RELEVANT TO ACCESSING THE U.S. DISTRICT COURT. I DON'T ~~FUCKING~~ THINK SO !*

RE: TLR# 1603247   SVSP-16-03341   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(3). You continue to submit a rejected appeal while disregarding appeal staff's previous instructions to correct the appeal.

The OOA provided instructions on 12/20/16 and 1/16/17 indicating that you use only the space provided on one 602/602A. The documentation resubmitted 2/2/17 contained handwritten narrative in the margins of the First Level of Review.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted. You have 30 calendar days to appeal the cancellation. You must submit your appeal to the appeals office that issued the cancellation. Time constraints begin from the date on the screen out form which cancelled your appeal.

*[handwritten:] THE HANDWRITING IN FLR, WAS FOR THE U.S. DISTRICT COURT, TO EXPLAIN WHY SVSP WAS UNABLE TO ALLOW ME TO ACCESS THE COURTS YOU ~~FUCKING~~ PIECE OF ~~FUCKING SHIT~~ !*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten: THIS APPEAL IS OVERDUE!]*



MAILED
JAN 1 2 2017

January 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*[handwritten: DUE DATE WAS: 12-10-16]*

RE: TLR# 1603247   SVSP-16-03341   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

This is the Second Request to comply with these instructions.  Any further submission of this appeal without following instructions may result in cancellation of the appeal pursuant to the CCR Title 15, Section 3084.6(c)(3).

The CCR 3084.6(a)(5) states, "Appeals may be rejected pursuant to subsection 3084.6(b), as determined by the appeals coordinator.  (5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

*[handwritten: YOU ARE A COMPLETE AND TOTAL PIECE OF F#CKING SH#T! YOU HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 F#CKING YEARS, FOR THE SAME F#CKING BULLSH#T! JUST DO YOUR F#CKING JOB, AND PROCESS MY F#CKING APPEALS SO I CAN TAKE THIS ISSUE TO COURT, YOU F#CKING A#SHOLE!]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE !*

MAILED
DEC 2 2 2016

December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*DUE DATE WAS: 12-10-16*

RE: TLR# 1603247     SVSP-16-03341     LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

- Signature and original date submitted is required on form requesting a Third Level Review (section F)

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

*DUE TO INMATES FILING 602'S AND STAFF COMPLAINTS AGAINST C/O'S, SVSP REFUSES TO SUPPLY INMATES WITH ACTUAL 602 & 602-A FORMS. I DID NOT WRITE "IN THE MARGINS" OF ANY OF MY APPEALS. IF YOU DON'T LIKE PEOPLE "WRITE IN THE MARGINS" TELL CALPIA*

M. VOONG, Chief
Office of Appeals

*TO PROPERLY PRINT THE LINES ON THE 602 TO THE OUTSIDE OF THE PAGE, LIKE THEY ARE SUPPOSED TO BE. THIS APPEAL WAS ALREADY PROCESSED AT FLR & SLR, AND THERE WAS NO MENTION OF "WRITING IN THE MARGINS" BECAUSE THAT IS IRRELAVENT TO THE ISSUE AT HAND. SO JUST DO YOUR JOB AND PROCESS THIS APPEAL BASED SOLELY ON THE MERITS OF THE APPEAL ITSELF. QUIT BEING PETTY, DO YOUR JOB & PROCESS THIS APPEAL !*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(c) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten: THIS APPEAL WAS FILED FOR DLR ON 12-18-16, AND HAS A DUE DATE OF 3-2-17]*

February 14, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

**MAILED**
**FEB 16 2017**

RE: TLR# 1605808     SVSP-16-05050     LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10). You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

*[handwritten: YOU CONTINUE TO ILLEGALLY REJECT MY APPEALS FOR "WRITING IN THE MARGINS" EVEN THOUGH NOWHERE IN THE CCR IS "WRITING IN THE MARGINS" GROUNDS FOR REJECTION! YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT~~!]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

***ORIGINAL APPEAL ATTACHMENT - DO NOT REMOVE***

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten across top: THIS APPEAL IS NOW OVERDUE !]*

February 14, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*[stamp: MAILED FEB 1 7 2017]*

RE: TLR# 1603248    SVSP-16-03100    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

This is the second request. Any further improper submission will subject this appeal to cancellation for failure to follow instruction.  Line through narrative in margins of supporting documents.

*[handwritten: YOU CONTINUE TO ILLEGALLY REJECT EVERY APPEAL THAT I FILE! NOWHERE IN THE CCR IS "WRITING IN THE MARGINS" A LEGAL GROUNDS FOR REJECTION ! YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SHIT *SSH*LE !]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted

****PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE****

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



February 14, 2017

RICKS, SCOTT, V35068                        MAILED
Salinas Valley State Prison                 FEB 17 2017
P.O. Box 1020
Soledad, CA  93960-1020


RE: TLR# 1700373    SVSP-16-05364    LIVING CONDITIONS


The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.



Line through the obscene language in supporting documentation.  Additionally, you must line through the excessive narrative on your 602/602A using ink.


M. VOONG, Chief
Office of Appeals



Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

January 10, 2017


RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020


RE: FORM 22 RESPONSE:      TLR# 1603247

The CCR 3084.6(a)(5) states, "Appeals may be rejected pursuant to subsection 3084.6(b), as determined by the appeals coordinator.  (5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

You are advised to make yourself familiar with the rules and regulations of the appeals process found in the Title 15.  You may also request assistance from your Correctional Counselor or the Appeals Coordinator at your institution.


E. Parino

E. PARINO, SSM II
Office of Appeals

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 11, 2017


RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020                                                                    JAN 23 2017


RE: TLR# 1601871     SVSP-16-03831     DISCIPLINARY


The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11).  Your appeal documentation is defaced or contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4).  You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).


Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4).  Your appeal contains threatening, obscene, demeaning, or abusive language.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).


You are advised to make yourself familiar with the rules and regulations of the appeals process found in the Title 15.  You may request assistance with the appeals process from your Correctional Counselor or the Appeals Coordinator at your institution.


M. VOONG, Chief
Office of Appeals

*[Handwritten: I HAVE NO IDEA WHAT CDCR SPILLED ON MY APPEAL, BUT THAT IS YOUR FAULT NOT MINE! YOU CONTINUE TO REJECT MY APPEALS FOR TOTAL BULLSHIT! THIS APPEAL IS 90 DAYS! OVERDUE!]*


Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*MAILED*

*DEC 2 3 2016*

*FILED ON: 8-28-16*
*DUE ON: 11-14-16*
*75 DAYS OVERDUE!*

RE: TLR# 1601871     SVSP-16-03831     DISCIPLINARY

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10). You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

*YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT~~ FOR REJECTING MY APPEALS FOR ~~BULLSHIT~~ REASONS!*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.6(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 11, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020                                                        JAN 23 2017
Soledad, CA  93960-1020

RE: TLR# 1601870   SVSP-16-02784   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11). Your appeal documentation is defaced or contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4). You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

This appeal was sent in the same envelope as an appeal that had been clearly contaminated with an unknown substance. TLR #1601871 and is also being rejected for that reason.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4). Your appeal contains threatening, obscene, demeaning, or abusive language. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

I HAVE NO IDEA WHAT CDCR SPILLED ON MY APPEAL, BUT THAT IS YOUR FAULT, NOT MINE! YOU CONTINUE TO REJECT MY APPEALS FOR TOTAL ~~FUCKING BULLSHIT~~! THIS APPEAL IS 90 DAYS! OVERDUE!

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.6(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE!*

*MAILED*
*DEC 2 3 2016*

December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: TLR# 1601870    SVSP-16-02784    LEGAL

*FILED ON: 8-28-16*
*DUE ON: 11-14-16*
*75 DAYS OVERDUE!*

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10). You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original. Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

M. VOONG, Chief
Office of Appeals

*YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT~~ FOR REJECTING MY APPEALS FOR ~~BULLSHIT~~ REASONS!*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

DO NOT REMOVE

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE !*

**MAILED**
DEC 2 2 2016

December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*DUE DATE WAS:*
*12-10-16*

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

* Signature and original date submitted is required on form requesting a Third Level Review (section F)

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

*DUE TO INMATES FILING 602'S AND STAFF COMPLAINTS AGAINST C/O'S, SUSP REFUSES TO SUPPLY INMATES WITH ACTUAL 602 & 602-A FORMS. I DID NOT WRITE "IN THE MARGINS" OF ANY OF MY APPEALS. IF YOU DON'T LIKE*

M. VOONG, Chief    *PEOPLE TO "WRITE IN THE MARGINS" TELL CALPIA*
Office of Appeals   *TO PROPERLY PRINT THE LINES ON THE 602 TO THE OUTSIDE OF THE PAGE, LIKE THEY ARE SUPPOSED TO BE. THIS APPEAL WAS ALREADY PROCESSED AT FLR & SLR, AND THERE WAS NO MENTION OF "WRITING IN THE MARGINS" BECAUSE THAT IS IRRELEVENT TO THE ISSUE AT HAND. SO JUST DO YOUR JOB, AND PROCESS THIS APPEAL BASED SOLELY ON THE MERITS OF THE APPEAL ITSELF. QUIT BEING PETTY, DO YOUR JOB & PROCESS THIS APPEAL!*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE !*

January 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

MAILED
JAN 13 2017

*DUE DATE WAS: 12-17-16*

RE: TLR# 1603529     SVSP-16-04114     LIVING CONDITIONS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

- Line through narrative in margins of supporting documents.
- Remove duplicate copies of supporting documents.

*YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T! YOU HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 F*CKING YEARS FOR THE SAME F*CKING BULLSH*T! JUST DO YOUR F*CKING JOB, AND PROCESS MY F*CKING APPEALS SO I CAN TAKE THIS ISSUE TO COURT, YOU F*CKING *SSH*OLE!*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*THIS APPEAL IS OVERDUE!*

MAILED
JAN 1 3 2017

January 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: TLR# 1603248    SVSP-16-03100    LEGAL          *DUE DATE WAS: 12-10-16*

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

*YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T! YOU*

Line through narrative in margins of supporting documents.

*HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 F*CKING YEARS FOR THE SAME F*CKING BULLSH*T! JUST DO YOUR F*CKING JOB, AND PROCESS MY F*CKING APPEALS, SO I CAN TAKE THIS ISSUE TO COURT, YOU F*CKING *SSH*LE!*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                              EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten: THIS APPEAL IS OVERDUE !]*

*[handwritten: MAILED JAN 1 3 2017]*

January 9, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: TLR# 1604670   SVSP-16-04500   CASE INFO/RECORDS   *[handwritten: DUE DATE WAS: 1-28-17]*

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

*[handwritten: YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T! YOU HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 F*CKING YEARS FOR THE SAME F*CKING BULLSH*T! JUST DO YOUR F*CKING JOB, AND PROCESS MY F*CKING APPEALS, SO I CAN TAKE THIS ISSUE TO COURT! YOU F*CKING *SSH*LE !!]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.6(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*(handwritten across top of page)* UOO ARE A ~~[scribbled out]~~ PIECE OF ~~[scribbled out]~~ ~~[scribbled out]~~

**MAILED FEB 14 2017**

February 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: TLR# 1502675   PVSP-15-01007   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed with the appeal office that issued the cancellation decision. **The original appeal may only be resubmitted if the appeal on the cancellation is granted.**

Appeal PVSP-15-01007 was an appeal regarding the cancellation of PVSP-15-00924. PVSP-15-01007 was **denied** at the Third Level of Review. The basis for the denial of the appeal was clearly documented within the decision at the Third Level of Review. It is not appropriate to submit a new 602/602A requesting that a Third Level denial be reversed, nor is it appropriate to attempt to have the OOA address the issues regarding PVSP-15-00924 once the appeal of the cancellation was denied.

*(handwritten)* THIS IS A STAFF COMPLAINT AGAINST YOU! YOU F*CK*ING IDIOT! FOR ILLEGALLY REJECTING EVERY APPEAL THAT I HAVE EVER FILED. THIS APPEAL HAS ABSOLUTELY NOTHING! TO DO WITH PVSP-15-01007 OR PVSP-15-00924, WHATSOEVER. THIS IS STRICTLY A STAFF COMPLAINT AGAINST CHIEF OF APPEALS M. VOONG. PURSUANT TO CCR §3084.7(d)(1)(A), M. VOONG CAN NOT PARTICIPATE IN THE REVIEW OF THIS APPEAL!

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten: YOU JUST REALLY ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT, FUCKING~~ ~~ASSHOLE~~ !]*

February 10, 2017

*[handwritten stamp: MAILED FEB 14 2017]*

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*[handwritten: IS WRITING ON THE FLR RELEVANT TO ACCESSING THE U.S. DISTRICT COURT. I DON'T ~~FUCKING~~ THINK SO!]*

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(3). You continue to submit a rejected appeal while disregarding appeal staff's previous instructions to correct the appeal.

The OOA provided instructions on 12/20/16 and 1/16/17 indicating that you may use only the space provided on one 602/602A. The documentation resubmitted 2/2/17 contained handwritten narrative in the margins of the First Level of Review.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted. You have 30 calendar days to appeal the cancellation. You must submit your appeal to the appeals office that issued the cancellation. Time constraints begin from the date on the screen out form which cancelled your appeal.

*[handwritten: THE "HANDWRITING" IN FLR, WAS FOR THE U.S. DISTRICT COURT, TO EXPLAIN WHY SVSP WAS UNABLE TO ALLOW ME TO ACCESS THE COURTS YOU ~~FUCKING~~ PIECE OF ~~FUCKING SHIT~~ !]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



*THIS APPEAL IS OVERDUE !*

December 20, 2016

**MAILED**
DEC 2 2 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*DUE DATE WAS :
12-10-16*

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

- Signature and original date submitted is required on form requesting a Third Level Review (section F)

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

*DUE TO INMATES FILING 602'S AND STAFF COMPLAINTS AGAINST C/O'S, SVSP REFUSES TO SUPPLY INMATES WITH ACTUAL 602 & 602-A FORMS. I DID NOT WRITE "IN THE MARGINS" OF ANY OF MY APPEALS. IF YOU DON'T LIKE PEOPLE TO "WRITE IN THE MARGINS" TELL CALPIA TO PROPERLY PRINT THE LINES ON THE 602 TO THE OUTSIDE OF THE PAGE LIKE THEY ARE SUPPOSED TO BE. THIS APPEAL WAS ALREADY PROCESSED AT FLR & SLR, AND THERE WAS NO MENTION OF "WRITING IN THE MARGINS" BECAUSE THAT IS IRRELAVENT TO THE ISSUE AT HAND. SO JUST DO YOUR JOB AND PROCESS THIS APPEAL BASED SOLELY ON THE MERITS OF THE APPEAL ITSELF. QUIT BEING PETTY, DO YOUR JOB & PROCESS THIS APPEAL !*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

***PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE***

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten across page: THIS APPEAL IS OVERDUE!]*

January 10, 2017

**MAILED**

**JAN 1 2 2017**

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

*[handwritten: DUE DATE WAS: 12-10-16]*

RE: TLR# 1603247    SVSP-16-03341    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Pursuant to CCR Title 15, Section 3084.2(a)(2), you are limited to the space provided on one CDCR Form 602 Inmate/Parolee Appeal, and one CDCR Form 602-A Inmate/Parolee Appeal Form Attachment, to describe the specific issue and action requested and reasons you are dissatisfied with the First and/or Second Level Responses.

This is the Second Request to comply with these instructions.  Any further submission of this appeal without following instructions may result in cancellation of the appeal pursuant to the CCR Title 15, Section 3084.6(c)(3).

The CCR 3084.6(a)(5) states, "Appeals may be rejected pursuant to subsection 3084.6(b), as determined by the appeals coordinator.  (5) Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

*[handwritten: YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FXXXXX SHIT~~ YOU HAVE ILLEGALLY REJECTED EVERY APPEAL THAT I HAVE FILED FOR THE PAST 2 ~~FXXXXX~~ YEARS, FOR THE SAME ~~FXXXXX~~ REASON. JUST DO YOUR ~~FXXXXX~~ JOB, AND PROCESS MY FXXXXXX APPEALS, SO I CAN TAKE THIS ISSUE TO COURT, YOU ~~FXXXXX ASSHXXX~~!]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 11, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

JAN 23 2017

RE: TLR# 1601871    SVSP-16-03831    DISCIPLINARY

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11).  Your appeal documentation is defaced or contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4).  You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4).  Your appeal contains threatening, obscene, demeaning, or abusive language.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

You are advised to make yourself familiar with the rules and regulations of the appeals process found in the Title 15.  You may request assistance with the appeals process from your Correctional Counselor or the Appeals Coordinator at your institution.

M. VOONG, Chief
Office of Appeals

*[handwritten: I HAVE NO IDEA WHAT CDCR SPILLED ON MY APPEAL, BUT THAT IS YOUR FAULT NOT MINE! YOU CONTINUE TO REJECT MY APPEALS FOR TOTAL BS EVERY TIME! THIS APPEAL IS 90 DAYS! OVERDUE!]*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted  However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION

EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: TLR# 1601871     SVSP-16-03831     DISCIPLINARY

*[handwritten: THIS APPEAL IS OVERDUE !]*

*[stamped: MAILED  DEC 2 3 2016]*

*[handwritten: FILED ON: 8-28-16  DUE ON: 11-14-16  75 DAYS OVERDUE!]*

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

*[handwritten: YOU ARE A COMPLETE AND TOTAL PIECE OF F*CKING SH*T FOR REJECTING MY APPEALS FOR BULLSH*T REASONS!]*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA --DEPARTMENT OF CORRECTIONS AND REHABILITATION                EDMUND G. BROWN JR., GOVERNOR

## OFFICE OF APPEALS

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento  CA 94283-0001



January 11, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

JAN 23 2017

RE: TLR# 1601870   SVSP-16-02784 · LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(11).  Your appeal documentation is defaced or contaminated with physical/organic objects or samples as described in CCR 3084.2(b)(4).  You are subject to disciplinary action and/or criminal charges when you submit an appeal with hazardous or toxic material that present a threat to the safety and security of staff, inmates, or the institution.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

This appeal was sent in the same envelope as an appeal that had been clearly contaminated with an unknown substance.  TLR #1601871 and is also being rejected for that reason.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4).  Your appeal contains threatening, obscene, demeaning, or abusive language.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

*[handwritten:]* I HAVE NO IDEA WHAT CDCR SPILLED ON MY APPEAL, BUT THAT IS YOUR FAULT, NOT MINE! YOU CONTINUE TO REJECT MY APPEALS FOR TOTAL ~~BULLCRAP BULLSHIT~~! THIS APPEAL IS 90 DAYS! OVERDUE!

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT--DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 20, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

MAILED
DEC 2 3 2016

RE: TLR# 1601870    SVSP-16-02784    LEGAL    *FILED ON: 8-28-16 DUE ON: 11-14-16 75 DAYS OVERDUE!*

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

Line through narrative in margins of supporting documents.

M. VOONG, Chief
Office of Appeals

*YOU ARE A COMPLETE AND TOTAL PIECE OF ~~FUCKING SHIT~~ FOR REJECTING MY APPEALS FOR ~~BULLSHIT~~ REASONS!*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT DO NOT REMOVE****

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: PVSP D | Log #: 15-0100 | Category: 10

1502675 V35068

FOR STAFF USE ONLY

REC BY OOA JAN 19 2017

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | D1-104L | A1/A |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** ~~ALLEGATION OF~~ CDC-602, LOG#: PVSP-D-15-00924 ~~602~~

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON 6-3-15, I FILED CDC-602, #PVSP-D-15-00805, FOR C/O FREGOSO TO RETURN TO ME MY PERSONAL PROPERTY, WHICH WAS TAKEN BECAUSE OF MY ILLEGAL PLACEMENT

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** THE APPEAL OF 6-3-15, WAS SPECIFICALLY REGARDING THE ISSUANCE OF PERSONAL PROPERTY, AFTER PLACEMENT IN AD SEG, DUE TO OVERDUE LEGAL DEADLINES. AT NO

**Supporting Documents:** Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): CDC-602 II PVSP-D-15-00805 / CCR 3084.8(b)(1)
CDC-602 II PVSP-D-15-00924 / 4-CDC-22 FORMS
~~SIGNED BY C/O E. LAITA~~

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: [signature] Date Submitted: 7-30-15

☐ By placing my initials in this box, I waive my right to receive an interview.

PVSP JUL 30 2015
cancelled appeal log #PVSP-D-15-00924 attached

You did not ... [illegible]

RECEIVED ... INMATE APPEALS BRANCH

REC BY OOA MAR - 7 2017

[signature]

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☒ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ Title: ______ Signature: ______ Date completed: ______
(Print Name)

Reviewer: ______ Title: ______ Signature: ______
(Print Name)

Date received by AC: ______

AC Use Only

Do not rewrite ... PVSP-15-00924 ... you must ... [illegible]

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

Inmate/Parolee Signature: _____      Date Submitted : _____

---

**E. Second Level - Staff Use Only**                    Staff ~ Check One:  Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: _Appeals_  Title: _____  Date Assigned: **07·30·15**  Date Due: **09·10·15**

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: **8/11/15**                Interview Location: _D yard Program office_

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____
☐ See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _J Vierra_  Title: _AGPA_  Signature: _____  Date completed: **8/17/15**

Reviewer: _____  Title: _Warden_  Signature: _____

Date received by AC:  **AUG 15 2015**

AC Use Only
Date mailed/delivered to appellant _____

---

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

I PVSP-D-15-00805 WAS FILED ON 6-3-15, THIS MISSING PROPERTY WASN'T
DISCOVERED UNTIL 6-6-15, SO THERE IS NO ISSUE OF A DUPLICATE APPEAL
AT FIRST I THOUGHT PVSP WAS CLAIMING THAT I DIDN'T FILE 15-00921 ON
5-29-15, NOW, PVSP IS ADMITTING THAT THEY DIDN'T PICK UP THE APPEALS
UNTIL 7-7-15, WHICH I HAVE NO CONTROL OVER. EVER SINCE I WAS

Inmate/Parolee Signature: _Donald Wells_                Date Submitted: **8-27-15**

---

**G. Third Level - Staff Use Only**          **NOV - 2 2015**   MAY - 2 2016  JUL - 5 2016
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☒ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant  **SEP 15 2016**

---

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Inmate/Parolee Signature: _____      Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

*S. RICKS v. M. VOONS*
*CIVIL CASE*

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, *Scott K. Ricks N-35068* declare under penalty of perjury that: I am the *PLAINTIFF* in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters. I believe they are true.

Executed this *11* day of *JUNE*, 20*17*, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) *[signature]*
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *Scott K. Ricks*, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am ~~am not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On *6-11-*, 20*17*, I served the foregoing: *CIVIL COMPLAINT ,*

*✱ EXHIBITS E THROUGH L ✱*
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*SUPERIOR COURT OF CALIFORNIA - COUNTY OF MONTEREY*
*ATTN: CLERK, TERESA A. RISI*
*240 CHURCH STREET*
*SALINAS, CA 93901*
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *6-11-*, 20*17*.

*[signature]*
DECLARANT/PRISONER

*S. RICKS v. M. VOONG*
*CIVIL CASE*

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS N-35068* declare under penalty of perjury that: I am the *PLAINTIFF* in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this *11* day of *JUNE*, 20 *17*, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT PRISONER

································································································

**PROOF OF SERVICE BY MAIL**
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS*, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am ~~am not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On *6-11-*, 20 *17*, I served the foregoing: *CIVIL COMPLAINT,*

*EXHIBITS  E  THROUGH  L*

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*M. VOONG — CDCR/CHIEF OF APPEALS*
*P.O. BOX 942883*
*SACRAMENTO, CA*
*94283-0001*

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED *6-11-*, 20 *17*.

_____
DECLARANT PRISONER

CIVIL CASE
EXHIBIT-E:
CDC-602
LOG#:
PVSP-D-15-00924

CDC-602
LOG#:
PVSP-D-15-01007

TO: J. MORGAN AS
APPEALS COORDINATOR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)                    (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| RICKS, SCOTT | V-35068 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D1-104L | A1/A | HOURS FROM _____ TO _____ | MISSING PROPERTY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ON 6-8-15, TO FILED/SO RE-ISSUED MY PERSONAL PROPERTY TO ME, AFTER BEING RELEASED FROM AD-SEG. UPON RECEIVING MY PERSONAL PROPERTY I DISCOVERED THAT C/O-C. DAVIS AND C/O-A MERCADO HAD THROWN AWAY $1,419.80 WORTH OF PERSONAL PROPERTY WHEN I WAS PLACED IN AD. SEG. I AM FILING THIS APPEAL ON 6-29-15.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: ___/___/___

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| C. LAITA | 6-29-15 | | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| J. MORGAN/ PVSP-AC | 6-29-15 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Member's 2nd Copy

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

**ATTACHMENT**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP D | 15-00924 | 5 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | D1-104L | A1/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
CCR§3193(b) - LIABILITY/CCR§3084.1(d) - REPRISALS

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 5-26-15, %C.
DAVIS, AND %C-A. MERCADO, CAME TO MY CELL DOOR, AND SAID, "RICKS
YOU ARE GOING TO THE HOLE FOR THREATENING STAFF, TURN AROUND
AND CUFF UP." AS I WAS BEING ESCORTED OUT OF THE BUILDING, I CLEARLY

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): OVER 100 INMATES
PERSONALLY OBSERVED %C. DAVIS AND %C-A. MERCADO, THROW
AWAY $1,419.80, WORTH OF MY PERSONAL PROPERTY, THEREFORE
IS PER CCR§3193(b), %C. DAVIS AND %C-A. MERCADO, ARE

Supporting Documents: Refer to CCR 3084.3. DECLARATION OF FACTS BY
☒ Yes, I have attached supporting documents.    J. TRANQUILINO, AR-2202

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDC-128-A/114-D/CDC-1083/PROPERTY THROWN AWAY-$1,419.80
LIST OF WITNESSES/CDC 22 FORMS/PVSP-D-15-00805
PRINT-OUT OF PRICES OF PROPERTY

☐ No, I have not attached any supporting documents. Reason:
GOVERNMENT CLAIMS BOARD FORM/LIST OF
MAGAZINE PRICES/CCR§3193(b) & §3084.1(d)

Inmate/Parolee Signature: _Scott M. Ricks_    Date Submitted: 6-29-15

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: 01-14-15  07-22-15
☐ Accepted at the First Level of Review.

REC BY OOA
MAR - 7 2017

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)    Title: _____    Signature: _____    Date completed: _____

Reviewer: _____ (Print Name)    Title: _____    Signature: _____

Date received by AC: _____

AC Use Only

REC BY OOA
JAN 19 2017
PVSP
JUL 07 2015
PVSP
JUL 14 2015
PVSP
Reviewed by the hiring authority on 07/02/15
and it DOES NOT meet criteria for assignment
as a staff complaint.

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03-12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

TAB USE ONLY

Institution/Parole Region: PVSP D   Log #: 15-00924   Category: 5

STATE APPEALS BRANCH

FOR STAFF USE ONLY

# ATTACHMENT

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | D1-104L | A1/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): HEARD ℅ C. DAVIS STATE,
I'M THROWING ALL OF THIS GUY'S STUFF AWAY! WHILE IN PROGRAM, I
WAS GIVEN A STACK OF PAPERS TO SIGN. IN AD. SEG, I WAS GIVEN COPIES
OF THOSE PAPERS, WHICH INCLUDED A CDC 1083, INMATE PROPERTY
INVENTORY. I IMMEDIATELY NOTICED OVER $800 WORTH OF PERSONAL
PROPERTY WAS MISSING FROM THE 1083. ON 5-27-15, I WAS RETURNED
TO D1. BEFORE I EVEN MADE IT BACK TO MY CELL, OVER 20 INMATES
TOLD ME, "THEY THREW ALL OF YOUR PROPERTY AWAY." UPON RETURNING
TO MY CELL, MY CELLMATE, TRANQUILINO, J., AR-2202, SAID THAT HE
ALSO HEARD WHAT ℅ DAVIS SAID, AND THAT HE WATCHED THE Z-
℅'S THREW AWAY MOST OF MY PERSONAL PROPERTY, AND THEN
THREW AWAY ALL OF MY RECEIPTS WHICH WERE TAPED TO THE CELL
WALL. ON 5-28-15, I SPOKE TO SGT. B. ELENES, WHO TOLD ME TO WAIT
UNTIL I GOT MY PROPERTY BACK, TO SEE WHAT WAS MISSING. ON 6-3-15,
I FILED PVSP-D-15-00805, TO GET MY PROPERTY. ON 6-6-15, ℅-
FREGOSO RETURNED MY PROPERTY TO ME. I IMMEDIATELY
NOTICED EVEN MORE OF MY PROPERTY WAS THROWN AWAY THAN
ORIGINALLY THOUGHT. THE TOTAL AMOUNT OF PROPERTY
THROWN AWAY BY ℅ C. DAVIS & ℅ A. MERCADO WAS: $1,419.80

Inmate/Parolee Signature: _[signature]_          Date Submitted: 6-29-15

43 PAGES FOR FLR.

B. Continuation of CDCR 602, Section B only (Action requested): CLEARLY LIABLE UNDER STATE LAW. I
HAVE A LIST OF 81 INMATES WILLING TO TESTIFY IN COURT TO THIS. I HAVE A SWORN
STATEMENT BY MY CELLMATE. I WOULD LIKE EVERY SINGLE ITEM THAT ℅ C.
DAVIS AND ℅ A. MERCADO THREW AWAY, IMMEDIATELY REPLACED. IN
PARTICULAR, MY PENS FOR LEGAL WORK WERE THROWN AWAY, AND ALL
OF MY LEGAL BOOKS, ALSO. I AM CCCMS, "HEAT ALERT," I WOULD LIKE MY
PRO CLUB SHORTS AND TANK TOP REPLACED. I HAVE 3 MAGAZINE
SUBSCRIPTIONS, I WOULD LIKE MY SUBSCRIPTIONS EXTENDED. I
WOULD LIKE MY TV, AND COAXIAL CABLE REPLACED, AND PUT ON MY
PROPERTY CARD. I AM FEARFUL OF REPRISALS FOR FILING THIS
APPEAL, AND MAY HAVE TO BE MOVED OUT OF BLDG. #1. I WOULD
ADEQUATE COMPENSATION IN THE AMOUNT OF: $1,419.8

Inmate/Parolee Signature: _[signature]_          Date Submitted: 6-29-15

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
DEPARTMENT OF CORRECTIONS AND REHABILITAT...
CDCR 602 (REV. 08/09)

Side

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP-D-15-00424 | | 5 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a mater... adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue in

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | SUSP/A5-111L | EOP-A1/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

CCR §3193(b)-LIABILITY/CCR §3084.1(d)-REPRISALS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): OC5-26-15, C/C DAVIS
C/O A. MERCADO, CAME TO MY CELL DOOR, AND SAID, "RICKS, YOU ARE GOING TO
THE HOLE FOR THREATENING STAFF, TURN AROUND AND CUFF UP." AS I WAS BEING
ESCORTED OUT OF THE BUILDING, I CLEARLY HEARD C/O C. DAVIS STATE; "I'LL

B. Action requested (If you need more space, use Section B of the CDCR 602-A): OVER 100 INMATES
PERSONALLY OBSERVED C/O C. DAVIS AND C/O A. MERCADO THROW AWAY $1,419.80,
WORTH OF MY PERSONAL PROPERTY, THEREFORE, AS PER CCR §3193(b), C/O C.
DAVIS AND C/O A. MERCADO, ARE CLEARLY LIABLE UNDER STATE LAW. I HAVE A

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
X-128A/114-D/1083/22/PVSP-D-15-00205/GOV. CLAIMS BOARD/DECLARATION OF FACTS/CCR §
3193(b)/3084.1(d)/LIST OF PROPERTY-$1,419.80/LIST OF MAGAZINE PRICES/LIST OF WITNESSES

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: _Scott Ricks_          Date Submitted: 5-16-16

☐ By placing my initials in this box, I waive my right to receive an interview.

REC BY ODA
MAR - 7 2016

C. First Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
    Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
        Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
        See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
            (Print Name)
Reviewer: _____ Title: _____ Signature: _____
            (Print Name)
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP-D-15- | 00924 | 5 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): RICKS, SCOTT | CDC Number: V-35068 | Unit/Cell Number: SVSP/AS-111L | Assignment: EOP-A1/A |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** THROWING ALL OF THIS GUY'S STUFF AWAY! WHILE IN PROGRAM, I WAS GIVEN A STACK OF PAPERS TO SIGN IN AD-SEG.. I WAS GIVEN COPIES OF THOSE PAPERS, WHICH INCLUDED A CDC-1083, INMATE PROPERTY INVENTORY. I IMMEDIATELY NOTICED OVER $800 WORTH OF PERSONAL PROPERTY WAS MISSING FROM THE 1083. ON 5-27-15, I WAS RETURNED TO D-1, BEFORE I EVEN MADE IT BACK TO MY CELL, OVER 20 INMATES TOLD ME, "THEY THREW ALL OF YOUR PROPERTY AWAY! UPON RETURNING TO MY CELL, MY CELLMATE, TRANQUILINO, J., #R-2202, SAID THAT HE ALSO HEARD WHAT C/O DAVIS SAID, AND THAT HE WATCHED THE 2-C/O'S THROW AWAY MOST OF MY PERSONAL PROPERTY, AND THEN THROW AWAY ALL OF MY RECEIPTS WHICH WERE TAPED TO THE CELL WALL. ON 5-28-15, I SPOKE TO SGT. B. ELENES, WHO TOLD ME TO WAIT UNTIL I GOT MY PROPERTY BACK, TO SEE WHAT WAS MISSING. ON 6-3-15, I FILED PVSP-D-15-00805, TO GET MY PROPERTY ISSUED TO ME. ON 6-7-15, C/O FREGOSO RETURNED MY PROPERTY TO ME, I IMMEDIATELY NOTICED EVEN MORE OF MY PROPERTY WAS THROWN AWAY, THAN ORIGINALLY THOUGHT. THE TOTAL AMOUNT OF PROPERTY THROWN AWAY BY C/O C. DAVIS $ AND C/O A. MERCADO WAS $1,419.80. ON 6-29-15, C/O C. LAITA SIGNED THIS CDC-22, TO VERIFY THIS APPEAL BEING FILED ON 6-29-15.

Inmate/Parolee Signature: *Scott Ricks*     Date Submitted: 5-16-16

**B.  Continuation of CDCR 602, Section B only (Action requested):** LIST OF 8 INMATES WILLING TO TESTIFY IN COURT TO THIS, I HAVE A SWORN STATEMENT BY MY CELLMATE, I WOULD LIKE EVERY SINGLE ITEM THAT C/O C. DAVIS AND C/O A. MERCADO THREW AWAY, IMMEDIATELY REPLACED, IN PARTICULAR, MY PENS FOR LEGAL WORK WERE THROWN AWAY, AND ALL OF MY LEGAL BOOKS. ALSO, I AM EOP, "LIFE/ALERT", I WOULD LIKE MY PRO CLUB SHORTS AND TANK TOP REPLACED. I HAVE 3 MAGAZINE SUBSCRIPTIONS, I WOULD LIKE MY SUBSCRIPTIONS EXTENDED. I WOULD LIKE MY TV, AND COAXIAL CABLE REPLACED, AND PUT ON MY PROPERTY CARD. I AM FEARFUL OF REPRISALS FOR FILING THIS APPEAL, AND MAY HAVE TO BE MOVED OUT OF BLDG. #1, I WILL ACCEPT ADEQUATE COMPENSATION IN THE AMOUNT OF: $1,419.80. ON 6-29-15, I HANDED C/O C. LAITA THIS APPEAL, WITH THE ATTACHED CDC-22 FORM, C/O C. LAITA THEN SIGNED THE ATTACHED CDC-22 FORM, TO VERIFY THAT THIS APPEAL IS BEING FILED ON JUNE 29, 2015.

Inmate/Parolee Signature: *Scott Ricks*     Date Submitted: 5-16-16

INMATE APPEALS BRANCH   RECEIVED   JUN 19 2017

REC BY OOA   MAR -7 2017

REC BY OOA   JAN 19 2017

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, July 14, 2015*

*RICKS, V35068*
*D 001 1104001LP*

PROPERTY, , 07/07/2015
Log Number: PVSP-D-15-00924
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.*

*You may appeal the cancellation. Your Property issues are documented on* ISSUANCE OF
Log #PVSP-D-15-00805. THIS APPEAL IS ABOUT PROPERTY AND HAS ABSOLUTELY NOTHING TO DO WITH MISSING PROPERTY

*Reviewed by the Hiring Authority on 07/09/15 and appeal does not meet the requirement for* IT TRULY DOES ASTOUND ME, *assignment as a Staff Complaint.* THAT YOU ARE ALLOWED TO WORK FOR

THE CDC, AND YOU DON'T
☐ J. Morgan, CCII     EVEN KNOW HOW TO COUNT
☒ J. Vierra, AGPA
Appeals Coordinator
PVSP     TO 30 / 23 DAYS, IS 7 DAYS LESS THAN 30 DAYS
THEREFORE, AS PER CCR §3084.6(C)(4), MY
APPEAL WAS FILED 7 DAYS BEFORE MY TIME
CONSTRAINTS. I HAD ABSOLUTELY NO KNOWLEDGE
OF THE MISSING PROPERTY, UNTIL 6-6-15. I AM
A COLLEGE GRADUATE, AND I WILL TEACH YOU HOW
TO COUNT TO 30, ON YOUR FINGERS, IF NECESSARY!!!
ON 6-6-15, I WAS ISSUED MY PERSONAL PROPERTY. ON 6-29-15, I
FILED THIS APPEAL. THAT IS 23 DAYS LATER, WELL WITHIN THE TIME
CONSTRAINTS OF §3084.6(C)(4). THE OTHER APPEAL WAS ABOUT
ISSUANCE OF PROPERTY, THIS APPEAL IS ABOUT MISSING PROPERTY

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
CDC FORM 695
Screening Form
CDC 602 Inmate Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, July 22, 2015*

*RICKS, V35068*
*D  001 1104001LP*

PROPERTY, , 07/21/2015
Log Number: PVSP-D-15-00924
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*CO  Other*

*This appeal was cancelled. You may appeal the cancellation as stated on the 695 dated 07/14/15.*

*You will need to write a new appeal regarding the cancellation and attach it to the cancelled appeal as supporting documentation.*

*Be advised, you are only allowed to write on the lines provided, and only one line of verbiage on each line.  That goes for the 602s and the 695s.*

☐ J. Morgan, CCII
☑ J. Vierra, AGPA
Appeals Coordinator
PVSP

*[handwritten: FUCK YOU, YOU INCOMPETENT FUCKING BITCH!]*

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*[handwritten: ON 6-6-15, C/O FREGOSO ISSUED ME MY PERSONAL PROPERTY. ON 6-6-15, I DISCOVERED THAT $1419.80 WORTH OF PROPERTY WAS MISSING. 23 DAYS LATER, ON 6-29-15, I FILED THIS APPEAL. 23 IS LESS THAN 30, AND I CAN PROVE IT!]*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a department peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Scott K. Ricks | *[signature]* | 6-29-15 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Scott K. Ricks | *[signature]* | V-35068 | 6-29-15 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL –
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

THIS IS AGAINST: C/O - A. MERCADO
AT: PLEASANT VALLEY STATE PRISON
IN: COALINGA, CA
ON 6-6-15, I DISCOVERED THAT
C/O - C. DAVIS, HAD THROWN AWAY
$1,419.80, WORTH OF MY PERSONAL
PROPERTY.

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a department peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Scott K. Ricks | *signature* | 6-29-15 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Scott K. Ricks | *signature* | V-35068 | 6-29-15 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL –
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

THIS IS AGAINST: C/O-C. DAVIS
AT: PLEASANT VALLEY STATE PRISON
IN: COALINGA, CA
ON 6-6-15, I DISCOVERED THAT
C/O-C. DAVIS, HAD THROWN AWAY
$1,419.80, WORTH OF MY PERSONAL
PROPERTY.

O. RICKS V. M. VOONG
CIVIL CASE
EXHIBIT-G:
LETTER
TO
CHIEF
OF
APPEALS
11-15-15

11-15-15

To Director of Appeals,

RE: CDC-602
      LOG#: PVSP-15-01007
      ACCESS TO 602 FORM
      ACCESS TO 602-A FORM

On 5-26-15, I was illegally placed in Ad. Seg. at PVSP, for a fabricated CDC-128A, which turned out to be false.

On 5-27-15, I was released from Ad. Seg.

On 6-6-15, my personal property was returned to me, from the ASU property officer, and I noticed that building staff had thrown away $1,419.80 worth of my personal property when they illegally placed me in Ad. Seg.

On 6-29-15, 23 days later, I handed CDC-602, log# PVSP-D-15-00924, to C/O C. LAITA, with an attached CDC-22 form, which C/O C. LAITA then signed, to verify that that appeal was filed on 6-29-15. C/O C. LAITA then took possession of PVSP-D-15-00924, placed the appeal in a sealed envelope, and placed the sealed envelope, in the appeals box on the facility-D yard. By C/O C. LAITA signing the CDC-22

form, he verified that appeal was, in fact, filed on 6-23-15.

However, the PVSP Appeals Coordinator, J. Morgan, intentionally allowed that appeal to set on her desk, for two weeks, until the 31st day, so that my time constraints were violated, and cancelled that appeal, stating that I hadn't filed my appeal "timely," because 31 days had elapsed since the date of discovery, even though I had a verified CDC-22 form, signed by a C/O that verified that I had filed the appeal, timely, on 6-29-15.

J. Morgan illegally cancelled CDC-602, PVSP-D-15-00924.

On 7-30-15, I filed CDC-602, Log II PVSP-D-15-01007, over the illegal cancellation.

At the interview with J. Viera, I showed the signed CDC-22 form, signed by C/O C. Cojita, that verified that -00924 was filed on 6-29-15. Now here in SLR was this CDC-22 mentioned, and my appeal was denied at SLR.

The bottom line here, is this: C/O A. Mercado and C/O C. Davis, blatantly threw away over $1,414 worth of

PAGE - II

my personal property, and PVSP staff is trying everything that they possibly can, to prevent me from filing and processing an appeal on this issue.

On 8-27-15, I submitted PVSP-15-01007 for Third Level Review.

Now, you are rejecting this appeal because I wrote in the margins of the appeal forms.

This has gotten beyond ridiculous. CDCR is doing everything they possibly can, to prevent me from filing an appeal on the issue of 2 CO's blatantly throwing away $1,419. worth of my personal property.

These are called "Technical" issues, i.e. constraints, writing in the margins, which is hiding the real issue – 2 CO's threw away $1,419 worth of my personal property, and CDCR is doing everything they possibly can, in order to block my 12th amendment right to appeal the issue.

Further, on 10-23-15, I was transferred from CDCR to Department of State Hospitals, pursuant to CA Penal Code 32684.

I am currently housed at Atascadero State Hospital.

I have no access to CDCR forms, including a CDC-602 form, or an CDC-602-A form, to re-write this appeal.

It seems as though you are, again, trying to prevent me from filing this appeal.

I have written the Prison Law Office, and requested CDC-602, and CDC-602-A forms.

If they don't send me the forms before 12-2-15, I will re-file the original 602 and 602-A, with the 4 words that were written in the margins, crossed out.

Be advised, if CDCR doesn't re-imburse me every penny of the $1,414.80, that these C/O's blatantly threw away of my personal property on 5-26-15, I will be filing a law suit on this issue.

If you continue to block my right to appeal, I am more than happy to have you as a defendant in the ensuing court case that will follow.

I am a college graduate, and well-versed in the legal 3y scam, and I'd be glad to sue you, as well.

Fuck the technical issues, on 5-26-15, I was illegally placed in Administrative Segregation, and C/o A. Mercado and C/o C. Davis threw away $1,419.80, worth of my personal property, in front of over 100 witnesses, and I found 8 people willing to testify in court to verify this fact.

That is called retaliatory action, throwing my property away.

With or without the new 602 and 602-A forms, I will re-file this appeal on 12-2-15.

Your choice is simple — process my appeal at that time, or, become a co-defendant in my lawsuit.

Sincerely,
Scott K. Ricks
SCOTT KEITH RICKS
V-35068 / AT-066015-9
P.O. Box 7001
ATASCADERO, CA 93423-7001

C. RILES V. M. VOONG
CIVIL CASE
EXHIBIT_H:
APPEAL
HISTORY

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum

Date : JAN 2 3 2017

To : Ricks  V35060

SVSP

Subject: **CORRESPONDENCE/APPEAL ACTIVITY**

If you have questions or concerns you may submit a CDCR Form 22 **to appropriate staff/unit**, who will then have three working days within receipt to respond, unless precluded by unusual or exigent circumstances. Pursuant to the California Department of Corrections and Rehabilitation Operations Manual Section (DOM) 13030.16 and 13030.17, if you wish to obtain copies of documents contained in your Central File you must submit your request to your assigned Correctional Counselor I.

Be advised, an inmate/parolee is required to utilize the appeal process to grieve any policy, decision, action, condition, or omission by the department or its staff that the inmate or parolee can demonstrate as having a material adverse effect upon his or her health, safety, or welfare. You may request assistance with the appeals process from your Correctional Counselor or the Appeals Coordinator at your institution. Any dissatisfaction with institutional staff should be directed to the hiring authority.

It is the responsibility of the Chief, OOA to examine inmate/parolee appeals after the appellant has received a decision at the institution/parole region, or Second Level of Review. Correspondence does not constitute a formal appeal submission. Appeal documentation must be attached to the original corresponding CDCR Form 602 and submitted in accordance with the California Code of Regulations (CCR) 3084. If an appeal is accepted, the Third Level Review is attached to the appeal documentation and returned to the appellant. Third Level responses shall be completed within 60 working days unless exceptional delay prevents completion of the review within specified time limits. If an appeal is not accepted, a rejection letter, explaining the reason that the appeal did not qualify for processing at the Third Level of Review, is attached to the appeal packet and returned to the appellant.

The attached page(s) lists a summary of your recent appeal history and status of appeals still under review at the Third Level. YOU ARE A COMPLETE AND TOTAL PIECE OF SHIT FUCKING PUNK ASS BITCH YOU AUTOMATICALLY DENY EVERY SINGLE FUCKING APPEAL THAT CROSSES YOUR FUCKING DESK! DOZENS! OF APPEALS HAVE BEEN GRANTED IN FULL, AND PARTIALLY GRANTED, AND YOU EVEN DENY THOSE APPEALS

M. Voong, Chief
Office of Appeals

Attachment(s)  YOU ARE A PIECE OF FUCKING SHIT ASSHOLE

**Office of Appeals**

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

01/20/2017

Appellant Appeal History

CDCR Number: V35068

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| V35068 | RICKS, SCOTT | SVSP | 02/01/2016 | | |

Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0512443 | MAIL | Prior to subcategory | 04/28/2006 | SOL-06-00224 | 07/25/2006 | 06/29/2006 | DENIED |
| 0513479 | MAIL | Prior to subcategory | 05/17/2006 | SCC-06-00113 | 08/11/2006 | 08/09/2006 | DENIED |
| 0601392 | PROPERTY | Prior to subcategory | 08/03/2006 | SOL-06-00866 | 10/30/2006 | 10/21/2006 | DENIED |
| 0613330 | PROPERTY | Prior to subcategory | 04/16/2007 | CMC-06-02011 | 07/11/2007 | 07/11/2007 | DENIED |
| 0700674 | ADA | Work Assignment | 07/16/2007 | CMC-07-01336 | 08/13/2007 | 08/09/2007 | DENIED |
| 0701637 | PROPERTY | Other | 07/12/2007 | CMC-07-00969 | 10/05/2007 | 10/05/2007 | DENIED |
| 0713357 | ADA | Reasonable | 12/05/2007 | CMC-07-02652 | 01/04/2008 | 01/10/2008 | DENIED |
| 0723715 | MEDICAL | Medication | 02/21/2008 | CMC-08-00080 | 05/16/2008 | 05/19/2008 | DENIED |
| 0727786 | MEDICAL | Pharmacy | 04/03/2008 | CMC-08-00423 | 06/27/2008 | 07/11/2008 | DENIED |
| 0823131 | SEGREGATION | ASU Placement | 04/21/2009 | CMC-09-00236 | 07/15/2009 | 06/29/2009 | DENIED |
| 0901642 | LIVING CONDITIONS | Food Services | 07/28/2009 | SCC-09-00631 | 10/22/2009 | 10/06/2009 | DENIED |
| 0907337 | PROPERTY | Staff negligence | 10/13/2009 | CMC-09-00516 | 01/12/2010 | 01/06/2010 | DENIED |
| 0912047 | MAIL | Loss/damage inmate | 12/17/2009 | SCC-09-01055 | 03/17/2010 | 03/30/2010 | DENIED |
| 0916793 | LIVING CONDITIONS | Adequacy of Environment | 02/22/2010 | SCC-09-01333 | 05/18/2010 | 05/13/2010 | DENIED |
| 0918759 | MAIL | Disallowed Mail | 03/22/2010 | SCC-10-00014 | 06/16/2010 | 06/14/2010 | DENIED |
| 0924067 | PROGRAM | Program Chngs rlt f/ Mssn | 05/24/2010 | SCC-10-00451 | 08/18/2010 | 09/08/2010 | DENIED |
| 1000358 | ADA | Reasonable | 07/19/2010 | SCC-10-00594 | 08/16/2010 | 08/12/2010 | DENIED |
| 1015192 | MAIL | Delay send/receive | 02/03/2011 | SCC-10-01078 | 05/02/2011 | 05/20/2011 | DENIED |
| 1313224 | LIVING CONDITIONS | Showers | 04/24/2014 | NKSP-14-00960 | 07/21/2014 | 07/18/2014 | DENIED |

Office of Appeals                                                                                        01/20/2017

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs |
|---|---|---|---|---|---|---|---|
| V35068 | RICKS, SCOTT | SVSP | 02/01/2016 | | | | |
| 1400134 | STAFF COMPLAINTS | Unprofssnl/Rude/Disrespec | 09/19/2014 | NKSP-14-02018 | 12/17/2014 | 12/15/2014 | CANCELLED |
| 1402950 | LEGAL | Processing of Appeals | 09/02/2014 | OOA-13-15697 | 11/26/2014 | 11/25/2014 | DENIED |
| 1405998 | LIVING CONDITIONS | Other | 12/16/2014 | PVSP-14-01421 | 03/11/2015 | 03/02/2015 | DENIED |
| 1408649 | LEGAL | Processing of Appeals | 01/08/2015 | OOA-14-00134 | 04/02/2015 | 03/24/2015 | DENIED |
| 1409423 | LEGAL | Processing of Appeals | 06/02/2015 | OOA-14-09423 PVSP-15-00042 | 08/25/2015 | 06/22/2015 | REJECTED |
| 1409666 | LEGAL | Processing of Appeals | 02/03/2015 | PVSP-14-02262 | 04/28/2015 | 04/15/2015 | DENIED |
| 1500273 | PROPERTY | Unallowable items | 07/09/2015 | PVSP-15-00112 | 10/01/2015 | 09/11/2015 | CANCELLED |
| 1502675 | LEGAL | Processing of Appeals | 07/19/2016 | PVSP-15-01007 | 10/12/2016 | 09/14/2016 | DENIED |
| 1503597 | LEGAL | Processing of Appeals | 03/07/2016 | PVSP-15-01053 | 06/01/2016 | 05/02/2016 | DENIED |
| 1504100 | TRANSFER | Involuntary (DSH-Psych) | 10/14/2015 | PVSP-15-01283 | 11/13/2015 | 10/26/2015 | CANCELLED |
| 1510363 | LEGAL | Processing of Appeals | 03/11/2016 | OOA-15-07761 | 06/07/2016 | 05/09/2016 | DENIED |
| 1605287 | LEGAL | Processing of Appeals | 12/08/2016 | PVSP-16-01082 | 03/08/2017 | 01/12/2017 | CANCELLED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0601392 | PROPERTY | Prior to subcategory | 09/21/2006 | SOL-06-00866 | 09/21/2006 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0823131 | SEGREGATION | ASU Placement | 04/21/2009 | CMC-09-00236 | 05/01/2009 | | CORRESPONDENCE LETTER TO INMATE |
| 1021117 | DISCIPLINARY | | 05/10/2011 | | 06/06/2011 | | A01 REPEATED FILING OF CANCELLED APPEAL R04 THREATENING, OBSCENE, DEMEANING, ABUSIVE LANG |
| 1315030 | TRANSFER | | 05/28/2014 | NKSP-14-01170 | 08/08/2014 | | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1315697 | LIVING CONDITIONS | | 06/19/2014 | NKSP-14-02065 | 08/12/2014 | | C04 TIME CONSTRAINTS NOT MET |
| 1315697 | LIVING CONDITIONS | | 12/16/2014 | NKSP-14-02065 | 02/06/2015 | | A10 NOT AN APPEAL |
| 1400134 | STAFF COMPLAINTS | Unprofssnl/Rude/Disrespec | 07/08/2014 | NKSP-14-02018 | 09/08/2014 | | R07 SUPPORTING |

Page:        2

Office of Appeals

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Inmate / Parolee Appeals Tracking System - Level III

01/20/2017

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| V35068 | RICKS, SCOTT | SVSP | 02/01/2016 | | | |
| | | | | | | DOCUMENTS NOT ATTACHED |
| 1405998 | LIVING CONDITIONS | Other | 11/06/2014 | PVSP-14-01421 | 12/01/2014 | R00 OTHER (REJECTED) |
| 1409423 | LEGAL | Processing of Appeals | 06/02/2015 | OOA-14-09423 PVSP-15-00042 | 06/22/2015 | R08 MULTIPLE UNRELATED ISSUES |
| 1409423 | LEGAL | Processing of Appeals | 01/27/2015 | OOA-14-09423 PVSP-15-00042 | 04/28/2015 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1500377 | LEGAL | | 07/09/2015 | PVSP-15-00661 | 08/24/2015 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1500377 | LEGAL | | 09/08/2015 | PVSP-15-00661 | 12/08/2015 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1502378 | TRANSFER | | 08/24/2015 | | 10/01/2015 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |
| 1502675 | LEGAL | Processing of Appeals | 08/31/2016 | PVSP-15-01007 | 09/01/2016 | CDCR 22 FORM RESPONSE |
| 1502675 | LEGAL | Processing of Appeals | 01/19/2017 | PVSP-15-01007 | 01/23/2017 | CDCR 22 FORM RESPONSE |
| 1502675 | LEGAL | Processing of Appeals | 12/07/2015 | PVSP-15-01007 | 05/02/2016 | R00 OTHER (REJECTED) |
| 1502675 | LEGAL | Processing of Appeals | 05/19/2016 | PVSP-15-01007 | 07/05/2016 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1502675 | LEGAL | Processing of Appeals | 05/20/2016 | PVSP-15-01007 | 05/24/2016 | CDCR 22 FORM RESPONSE |
| 1502675 | LEGAL | Processing of Appeals | 08/31/2015 | PVSP-15-01007 | 11/02/2015 | R00 OTHER (REJECTED) |
| 1503597 | LEGAL | Processing of Appeals | 03/07/2016 | PVSP-15-01053 | 03/10/2016 | CDCR 22 FORM RESPONSE |
| 1503597 | LEGAL | Processing of Appeals | 09/23/2015 | PVSP-15-01053 | 11/13/2015 | R00 OTHER (REJECTED) |
| 1503887 | PROGRAM | | 10/08/2015 | PVSP-15-01152 | 10/09/2015 | CDCR 22 FORM RESPONSE |
| 1503887 | PROGRAM | | 10/08/2015 | PVSP-15-01152 | 11/24/2015 | A01 REPEATED FILING OF CANCELLED APPEAL |
| 1504100 | TRANSFER | Involuntary (DSH-Psych) | 10/14/2015 | PVSP-15-01283 | 11/03/2015 | R00 OTHER (REJECTED) |
| 1504100 | TRANSFER | Involuntary (DSH-Psych) | 10/16/2015 | PVSP-15-01283 | 11/03/2015 | R00 OTHER (REJECTED) |
| 1504100 | TRANSFER | Involuntary (DSH-Psych) | 10/23/2015 | PVSP-15-01283 | 10/23/2015 | CDCR 22 FORM RESPONSE |
| 1507761 | PROPERTY | Searches | 01/04/2016 | PVSP-15-00973 | 02/25/2016 | C04 TIME CONSTRAINTS NOT MET |

Office of Appeals

01/20/2017

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| V35068 | RICKS, SCOTT | SVSP | 02/01/2016 | | | |
| 1510806 | CUSTODY/CLASS | | 03/23/2016 | PVSP-15-01329 | 07/05/2016 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |
| 1601870 | LEGAL | | 08/31/2016 | SVSP-16-02784 | 09/01/2016 | CDCR 22 FORM RESPONSE |
| 1601870 | LEGAL | | 01/10/2017 | SVSP-16-02784 | 01/11/2017 | R11 DOCUMENTS DEFACED OR CONTAMINATED R04 THREATENING, OBSCENE, DEMEANING, ABUSIVE LANG |
| 1601870 | LEGAL | | 08/31/2016 | SVSP-16-02784 | 12/20/2016 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1601870 | LEGAL | | 08/31/2016 | SVSP-16-02784 | 12/15/2016 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1601871 | DISCIPLINARY | | 08/31/2016 | SVSP-16-03831 | 09/01/2016 | CDCR 22 FORM RESPONSE |
| 1601871 | DISCIPLINARY | | 08/31/2016 | SVSP-16-03831 | 12/20/2016 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1601871 | DISCIPLINARY | | 01/10/2017 | SVSP-16-03831 | 01/11/2017 | R11 DOCUMENTS DEFACED OR CONTAMINATED R04 THREATENING, OBSCENE, DEMEANING, ABUSIVE LANG |
| 1603247 | LEGAL | | 01/05/2017 | SVSP-16-03341 | 01/10/2017 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1603247 | LEGAL | | 09/29/2016 | SVSP-16-03341 | 12/20/2016 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1603247 | LEGAL | | 09/29/2016 | SVSP-16-03341 | 09/30/2016 | CDCR 22 FORM RESPONSE |
| 1603247 | LEGAL | | 01/05/2017 | SVSP-16-03341 | 01/10/2017 | CDCR 22 FORM RESPONSE |
| 1603248 | LEGAL | | 09/29/2016 | SVSP-16-03100 | 01/10/2017 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1603248 | LEGAL | | 09/29/2016 | SVSP-16-03100 | 09/30/2016 | CDCR 22 FORM RESPONSE |
| 1603529 | LIVING CONDITIONS | | 10/06/2016 | SVSP-16-04114 | 01/10/2017 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1603529 | LIVING CONDITIONS | | 10/06/2016 | SVSP-16-04114 | 10/10/2016 | CDCR 22 FORM RESPONSE |

Office of Appeals

01/20/2017

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| V35068 | RICKS, SCOTT | SVSP | 02/01/2016 | | | |
| 1604670 | CASE INFO/RECORDS | | 11/17/2016 | SVSP-16-04500 | 01/09/2017 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1604670 | CASE INFO/RECORDS | | 11/17/2016 | SVSP-16-04500 | 11/17/2016 | CDCR 22 FORM RESPONSE |
| 1605287 | LEGAL | Processing of Appeals | 12/08/2016 | PVSP-16-01082 | 12/13/2016 | CDCR 22 FORM RESPONSE |
| 1605808 | LEGAL | | 12/21/2016 | SVSP-16-05050 | 12/22/2016 | CDCR 22 FORM RESPONSE |
| 1700062 | LIVING CONDITIONS | | 01/19/2017 | SVSP-16-05695 | 01/23/2017 | CDCR 22 FORM RESPONSE |
| 5024672 | DISCIPLINARY | Prior to subcategory | 07/14/2006 | CMC-06-01300 | 07/14/2006 | 2ND LEVEL REVIEW FINAL |
| 5025835 | PROPERTY | Prior to subcategory | 08/03/2006 | | 08/03/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5027074 | OTHER | Prior to subcategory | 07/03/2006 | | 07/03/2006 | APPEAL HAS BEEN FULLY ADJUDICATED |
| 5028499 | OTHER | Prior to subcategory | 10/04/2006 | | 10/04/2006 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |

S.RICKS v. M.VUONG
CIVIL CASE
EXHIBIT-I :
GOVERNMENT
CLAIMS
PROGRAM
FILED ON:
1-15-17

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY: Institution/Parole Region: PVSP D  1ST/00CR   Category: #0

REC BY OOA
JAN 1 9 2017

FOR STATE USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.  WRITE, PRINT or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | D1-104L | AF/A |

PVSP
JUL 3 0 2015

A.  Continuation of CDCR 602, Section A only (Explain your issue): IN AD. SEG., DUE OVERDUE LEGAL DEADLINES, AND MY LEGAL ~RK WAS ON MY PROPERTY. ON 6-6-15, I MET ~TH C/O FREGOSO, AND HE ISSUED ME MY PERSONAL ~OPERTY, AND I AGREED TO WITHDRAW MY ~PEAL. HOWEVER, ON 6-6-15, UPON RECEIVING ~ PERSONAL PROPERTY, I IMMEDIATELY REALIZED ~AT THERE WAS $1,419.80, WORTH OF PROPERTY ~SSING. I ATTEMPTED TO RESOLVE THIS ISSUE ~ SPEAKING WITH SGT. B. ELENES, AND LT. ~DSON, TO NO AVAIL. ON 6-29-15, I FILED 602~ ~SP-D-15-00924, OVER THE $1,419.80, WORTH ~ MISSING PROPERTY, WHICH WAS DISCOVERED ~6-6-15, 23 DAYS BEFORE. IN ACCORDANCE WI~ ~R §3084.8(b)(1), MY 30 DAY TIME CONSTRAINTS ~ERE MET. THE MISSING PROPERTY WAS DISCOVERED ~ 6-6-15, AND THE APPEAL WAS FILED ON 6-29-15 ~LL WITHIN THE 30 DAYS. THE APPEAL OF 6-3-15, WAS ~LY REGARDING THE ISSUANCE OF PROPERTY AFTER AD. SEG

REC BY OOA
MAR -7 2017

Inmate/Parolee Signature: [signature]   Date Submitted: 7-30-15

~ PAGES FOR FLIR

B.  Continuation of CDCR 602, Section B only (Action requested): POINT, IN ANY WAY, SHAPE, OR FORM, ~ES IT MENTION OR REFER TO "MISSING" PROPERTY, IN FACT ~T APPEAL WAS FILED ON 6-3-15, AND MY PROPERTY WASN'T ISSUED ~ ME UNTIL 6-6-15, SINCE I HAVE NO WAY TO PREDICT THE FUTURE, AND ~E MISSING PROPERTY WASN'T EVEN DISCOVERED UNTIL 6-6-15, IT ~ COMPLETELY IMPOSSIBLE FOR THE APPEAL OF 6-3-15, TO BE ABOUT ~SSING PROPERTY, SINCE IT HADN'T EVEN BEEN DISCOVERED UNTIL 3 ~YS LATER, ON 6-6-15. FURTHER, THE MISSING PROPERTY WASN'T ~SCOVERED UNTIL 6-6-15, AND 602# PVSP-D-15-00924 WAS FILED ~ 6-29-15, 23 DAYS LATER, WELL WITHIN THE 30 DAYS REQUIRE ~CCR §3084.8(b)(1). THERE IS NO ISSUE OF A DUPLICATE APPEAL ~D 23 DAYS IS WELL WITHIN THE TIME CONSTRAINTS

Inmate/Parolee Signature: [signature]   Date Submitted: 7-30-15

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response)

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response) PLACED IN AD.SEG. ON 5-26-15, FOR ALLEGEDLY PLACING A WASP IN AN ENVELOPE TO THE H.C.A.C, I NOW ATTACH A CDC-22 FORM TO THE APPEAL, AND HAVE A 9/0 SIGN THE 22 FORM, AND PLACE IT IN THE APPEALS BOX FOR ME. ON 6-29-15, I HANDED # PVSP-D-15-00924 TO 9/0 C. LAITA, WITH AN ATTACHED CDC-22 FORM. C/0 C. LAITA SIGNED THE 22 FORM, AKNOWLEDGING THAT APPEAL WAS RECEIVED BY CDCR STAFF ON 6-29-15, C/0 C. LAITA THEN SEALED THE ENVELOPE, AND PLACED #15-00924 IN THE APPEAL BOX ON THE YARD, VERIFYING #15-00924 WAS FILED ON 6-29-15. THROUGH INEPTITUDE, SHEER INCOMPETENCE, OR PLAIN LAZINESS, PVSP DIDN'T PICK UP OR PROCESS THAT APPEAL FOR 8 DAYS, BUT THE SIGNED 22 FORM IS RECEIPT THAT APPEAL WAS FILED ON 6-29-15. ON 6-29-15, I ALSO FILED 3, SEPERATE, 602/HC'S WITH 22 FORMS ATTACHED, WHICH C/0 C. LAITA ALSO SIGNED. BOTTOM LINE! C-YO'S THREW AWAY $1,400 + OF MY PERSONAL PROPERTY, AND PVSP IS TRYING TO PREVENT ME FROM FILING AN APPEAL ON THAT ISSUE. SEE 22 FORMS SIGNED BY C. LAITA ON 6-29-15 AS PROOF.

8-27-15

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :   August 17, 2015

To      :   Ricks, S., V-35068
            Pleasant Valley State Prison

Subject :   **SECOND LEVEL APPEAL RESPONSE**
            **LOG NO.:  PVSP-D-15-01007**

**ISSUE**:   You contend you filed Appeal Log No. 15-00805 concerning your personal property taken by staff.  You state you agreed to withdraw your appeal if you received your property.  When you received your property, you claim you had many missing items so you filed another appeal which was assigned Log No. 15-00924.  You believe you filed the appeal timely.

You are requesting Log No. 15-00924 be accepted.

J. Morgan, Appeals Coordinator, examined your appeal at the Second Level of Review.

**INTERVIEWED BY**:    J. Vierra, Associate Governmental Program Analyst, on August 11, 2015.

**REGULATIONS**:  The rules governing this issue are:

* California Code of Regulations (CCR), Section 3084.1, Right to Appeal.

* CCR, Title 15, Section 3084.8, Appeal Time Limits.

**RESPONSE**:   Ms. Vierra interviewed you at the Second Level of Review in order to afford you the opportunity to provide additional information and/or clarify issues under review.  A review of the Disability and Effective Communication System (DECS) reveals you are not a member of the Armstrong Remedial Plan (ARP) and your Testing of Adult Basic Education (TABE) Score is 12.9.  You are a participant in the Mental Health Services Delivery System (MHSDS) at the Enhanced Outpatient (EOP) level of care.  Due to your EOP status, effective communication was established by speaking loudly and slowly in plain English.  You demonstrated you understood by having the ability to repeat the reason for the interview in your own words.  You repeated issues already written in your appeal and said you wanted Log No. 15-00924 processed.   This concluded the interview.

An examination of your appeal issues in conjunction with a review of your supporting documents reveals you submitted Log No. 15-00924, which was received in the Appeals Office on July 7, 2015.  In the appeal, you stated your property was missing

Second Level Response
Ricks, S., CDCR No. V-35068, Log No. PVSP-D-15-01007
Page 2

when you were released from Administrative Segregation on June 6, 2015. The appeal was cancelled for time constraints and it was noted your property issues were documented on Log No. 15-00805. On Log No.15-00805 you complained about not receiving your property. When your property was issued on June 6, 2015, you noted several items were missing and you decided to withdraw Log No. 15-00805 and author another appeal.

Pursuant to CCR, Title 15, Section 3084.8(a), which states, "Time limits for reviewing appeals shall commence upon the date of receipt of the appeal form by the appeals coordinator. (b) An inmate or parolee must submit the appeal within 30 calendar days of: (1) The occurrence of the event or decision being appealed, or; (2) Upon first having knowledge of the action or decision being appealed, or; (3) Upon receiving an unsatisfactory departmental response to an appeal filed." You have been informed on many occasions that your appeal is not considered submitted until it has reached the appeals office. Your appeal was received on July 7, 2015, and the event occurred on June 6, 2015. You were beyond time constraints and Log No. 15-00924 was appropriately cancelled.

DECISION: Your appeal is DENIED at the Second Level of Review.

You are advised this issue may be submitted for a Directors Level of Review, if desired.


SCOTT FRAUENHEIM
Warden
Pleasant Valley State Prison

SF: jam

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

OFFICE OF APPEALS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

RECEIVED

NOV 19 2015

INMATE APPEALS BRANCH

November 2, 2015

RICKS, SCOTT, V35068

RE: TLR# 1502675   PVSP-15-01007   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

You have written in the margins of your appeal forms.  Pursuant to CCR 3084.2(a)(2), you are limited to the space provided on the Inmate/Parolee Appeal forms to describe the specific issue and action requested.  The space provided is designated by the blank lines in each section.  You must confine your written narrative to these lines.

LINE THROUGH THE SECTIONS you have completed incorrectly.  Attach a new 602 and/or 602-A, depending on what you need to correct, and complete new sections (to replace the ones you lined through on the original 602 and/or 602-A), USING ONLY THE LINES PROVIDED to describe your issue and action requested.

> ON 10-23-15, I WAS TRASFERRED FROM
CDCR TO DSH. I NOW HAVE NO ACCESS
TO CDCR FORMS 602 OR 602-A. I HAVE
WRITTEN THE PRISON LAW OFFICE, FOR
COPIES OF THESE FORMS, WHETHER I GET THOSE FORMS
OR NOT, ON 12-2-15, I AM RE-FILING THIS APPEAL, WITH THE
WORD'S "WRITTEN IN THE MARGINS" CROSSED OUT. YOU CAN
THEN PROCESS THIS APPEAL, AT THAT TIME, OR I SHALL GLADLY
NAME YOU AS A CO-DEFENDANT IN THIS EVENTUAL
LAWSUIT. YOU ARE — AGAIN! — DELIBERATELY VIOLATING MY
CONSTITUTIONAL RIGHT TO FILE AN APPEAL, BASED ON 4
WORDS THAT WOULDN'T FIT "IN THE MARGINS"!

Scott Ricks
V-35068
11-15-15

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



RECEIVED

NOV 19 2015

INMATE APPEALS BRANCH



November 2, 2015

RICKS, SCOTT, V35068

RE: TLR# 1502675    PVSP-15-01007    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

You have written in the margins of your appeal forms.  Pursuant to CCR 3084.2(a)(2), you are limited to the space provided on the Inmate/Parolee Appeal forms to describe the specific issue and action requested.  The space provided is designated by the blank lines in each section.  You must confine your written narrative to these lines.

LINE THROUGH THE SECTIONS you have completed incorrectly.  Attach a new 602 and/or 602-A, depending on what you need to correct, and complete new sections (to replace the ones you lined through on the original 602 and/or 602-A), USING ONLY THE LINES PROVIDED to describe your issue and action requested.

M. VOONG, Chief
Office of Appeals

*[handwritten:]*
ON 10-23-15 I WAS TRASFERRED FROM
CDCR TO DSH. I NOW HAVE NO ACCESS
TO CDCR FORMS 602 CR 602-A. I HAVE
WRITTEN THE PRISON LAW OFFICE, FOR
COPIES OF THESE FORMS. WHETHER I GET THOSE FORMS
OR NOT, ON 12-2-15 I AM RE-FILING THIS APPEAL, WITH THE
4 WORDS "WRITTEN IN THE MARGINS" CROSSED OUT. YOU CAN
THEN PROCESS THIS APPEAL, AT THAT TIME, OR I SHALL GLADLY
NAME YOU AS A CO-DEFENDANT IN THIS EVENTUAL
LAWSUIT. YOU ARE -AGAIN! - DELIBERATELY VIOLATING MY
CONSTITUTIONAL RIGHT TO FILE AN APPEAL, BASED ON 4
WORDS THAT WOULDN'T FIT "IN THE MARGINS"!
Scott Ricks
V-35068
11-15-15

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 2, 2015

RICKS, SCOTT, V35068

RE: TLR# 1502675    PVSP-15-01007    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

You have written in the margins of your appeal forms. Pursuant to CCR 3084.2(a)(2), you are limited to the space provided on the Inmate/Parolee Appeal forms to describe the specific issue and action requested. The space provided is designated by the blank lines in each section. You must confine your written narrative to these lines.

LINE THROUGH THE SECTIONS you have completed incorrectly. Attach a new 602 and/or 602-A, depending on what you need to correct, and complete new sections (to replace the ones you lined through on the original 602 and/or 602-A), USING ONLY THE LINES PROVIDED to describe your issue and action requested.

*RE-SUBMITTED WITH*
*RE-FILLED OUT CDC-602*
*AND 602-A ON 11-22-15.*

M. VOONG, Chief
Office of Appeals

*Scott R. Ricks*
*V-35068*
*11-22-15*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted

STATE OF CALIFORNIA

INMATE/PAROLEE APPEAL

CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

IAB USE ONLY

1502675

| Institution/Parole Region: | Log #: | Category: |
|---|---|---|
| PVSP-D- | 15-01007 | 15 |

**FOR STAFF USE ONLY**

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations, Title 15, Section (CCR) 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.       WRITE, PRINT or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | DSH-ASH | A1/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

CANCELLATION OF CDC-602, LOG# PVSP-D-15-00924

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 6-3-15, I FILED CDC-602# PVSP-D-15-00805, FOR C/O FREGOSO TO RETURN TO ME, MY PERSONAL PROPERTY, WHICH WAS TAKEN BECAUSE OF MY ILLEGAL PLACEMENT IN AD. SEG, DUE TO OVERDUE LEGAL

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): THE APPEAL OF 6-3-15, WAS SPECIFICALLY REGARDING THE ISSUANCE OF PERSONAL PROPERTY, AFTER PLACEMENT IN AD. SEG, DUE TO OVERDUE LEGAL DEADLINES, AT NO POINT, IN ANY WAY,

Supporting Documents: Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property inventory; CDC 128-G, Classification Chrono): 602#PVSP-D-15-00805/602#PVSP-D-15-00924/CCR§3084.8(b) (4) - CDC-22 FORMS, SIGNED BY C/O C. LAITA ON 6-29-15

☐ No, I have not attached any supporting documents. Reason :_____

Inmate/Parolee Signature: _Scott Ricks_    Date Submitted: 11-22-15

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**                    Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E.

☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)  Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
            (Print Name)

Reviewer: _____  Title: _____  Signature: _____
          (Print Name)

Date received by AC: _____

AC Use Only

Date mailed/delivered to appellant _____

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator
for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____    Date Submitted : _____

---

**E. Second Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

*Second Level Responder:* Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title,
interview date and location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
              (Print Name)
Reviewer: _____ Title: _____ Signature: _____
          (Print Name)
Date received by AC: _____

| | AC Use Only |
| --- | --- |
| | Date mailed/delivered to appellant ____ / ____ / ____ |

---

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level
Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and
Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

#PVSP-D-15-00805 WAS FILED ON 6-3-15, THIS MISSING PROPERTY WAS'NT
DISCOVERED UNTIL 6-6-15, SO THERE IS NO ISSUE OF A DUPLICATE APPEAL.
AT FIRST, I THOUGHT PVSP WAS CLAIMING THAT I DIDN'T FILE #15-00924 ON
6-29-15, NOW PVSP IS ADMITTING THAT THEY DIDN'T PICK UP THE APPEALS
UNTIL 7-7-15, WHICH I HAVE NO CONTROL OVER. EVER SINCE I WAS

Inmate/Parolee Signature: *Double Wells*    Date Submitted: 11-22-15

---

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
    See attached Third Level response.

| | Third Level Use Only |
| --- | --- |
| | Date mailed/delivered to appellant ____ / ____ / ____ |

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list
conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____    Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP-D- | 15-01007 | 10 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | D5H-ASH | A1/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): DEADLINES, AND MY LEGAL
WORK WAS ON MY PROPERTY. ON 6-6-15, I MET WITH C/O FUEGOSO,
AND HE ISSUED ME MY PERSONAL PROPERTY, AND I AGREED TO WITH-
DRAW MY APPEAL. HOWEVER, ON 6-6-15, UPON RECEIVING MY
PERSONAL PROPERTY, I IMMEDIATELY REALIZED THAT THERE
WAS $1,419.80 WORTH OF PROPERTY MISSING. I ATTEMPTED
TO RESOLVE THIS ISSUE BY SPEAKING WITH SGT. B. ELENES, AND
LT. M. DODSON, TO NO AVAIL. ON 6-29-15, I FILED 602#PVSP-
D-15-00924, OVER THE $1,419.80 WORTH OF MISSING
PROPERTY, WHICH WAS DISCOVERED ON 6-6-15, WHICH WAS
DISCOVERED ON 6-6-15, 23 DAYS BEFORE, IN ACCORDANCE
WITH CCR §3084.8(b)(1), MY 30 DAY TIME CONSTRAINTS
WERE MET. THE MISSING PROPERTY WAS DISCOVERED ON
6-6-15, AND THE APPEAL WAS FILED ON 6-29-15, WELL WITHIN
THE 30 DAYS. THE APPEAL OF 6-3-15 WAS ONLY REGARDING
THE ISSUANCE OF PROPERTY AFTER AD-SEG. SO PAGES
FOR FIRST LEVEL REVIEW.

Inmate/Parolee Signature: _Scott R. Ricks_          Date Submitted:
11-22-15

REC BY OOA
JAN 19 2017

RECEIVED

REC BY OOA
MAR - 7 2017

Replacement

B. Continuation of CDCR 602, Section B only (Action requested): SHAPE, OR FORM, DOES IT MENTION OR
REFER TO "MISSING" PROPERTY. IN FACT, THAT APPEAL WAS FILED ON 6-3-15, AND
MY PROPERTY WASN'T ISSUED TO ME, UNTIL 6-6-15. SINCE I HAVE NO WAY TO PREDICT
THE FUTURE, AND THE MISSING PROPERTY WASN'T EVEN DISCOVERED UNTIL 6-6-15,
IT IS COMPLETELY IMPOSSIBLE FOR THE APPEAL OF 6-3-15, TO BE ABOUT MISSING
PROPERTY, SINCE IT HADN'T EVEN BEEN DISCOVERED UNTIL 3 DAYS LATER, ON 6-6-15.
FURTHER, THE MISSING PROPERTY WASN'T DISCOVERED UNTIL 6-6-15, AND 602
#PVSP-D-15-00924 WAS FILED ON 6-29-15, 23 DAYS LATER, WELL WITHIN THE 30
DAYS REQUIRED BY CCR §3084.8(b)(1). THERE IS NO ISSUE OF A
DUPLICATE APPEAL, AND 23 DAYS IS WELL WITHIN THE TIME
CONSTRAINTS.

Inmate/Parolee Signature: _Scott R. Ricks_          Date Submitted: 11-22-15

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)
Side 2

D.  Continuation of CDCR 602, Section D only (if dissatisfied with First Level response): _____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): PLACED IN AD. SEG. ON 5-26-15,
FOR ALLEGEDLY PLACING A WASP IN AN ENVELOPE TO THE HCAC, I NOW
ATTACH A CDC-22 FORM TO THE APPEAL, AND HAVE A C/O SIGN THE 22 FORM,
AND PLACE IT IN THE APPEALS BOX FOR ME. ON 6-29-15 I HANDED # PUSP-D
15-00924 TO C/O C. LAITA, WITH AN ATTACHED CDC-22 FORM. C/O C. LAITA
SIGNED THE 22 FORM, AKNOWLEDGING THAT APPEAL WAS RECEIVED
BY CDCR STAFF ON 6-29-15, C/O C. LAITA THEN SEALED THE ENVELOPE, AND
PLACED # 15-00924 IN THE APPEAL BOX ON THE YARD, VERIFYING #
15-00924 WAS FILED ON 6-29-15. THROUGH INEPTITUDE, SHEER INCOMPETEN-
-CY, PLAIN LAZINESS, PUSP DIDN'T PICK UP OR PROCESS THAT APPEAL FOR 8
DAYS, BUT THE SIGNED 22 FORM IS RELEIPT THAT APPEAL WAS FILED ON
6-29-15. ON 6-29-15, I ALSO FILED 3, SEPERATE, 602/HC'S WITH 22 FORMS
ATTACHED, WHICH C/O C. LAITA ALSO SIGNED. BOTTOM LINE: 2-C/O'S THREW
AWAY $1,400+ OF MY PERSONAL PROPERTY, AND PUSP IS TRYING TO
PREVENT ME FROM FILING AN APPEAL ON THAT ISSUE. SEE CDC-22
FORMS SIGNED BY C/O C. LAITA ON 6-29-15, AS PROOF # 15-00924
WAS FILED ON 6-29-15.

Inmate/Parolee Signature: _____    Date Submitted: 11-22-15

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



May 2, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

MAILED
MAY - 4 2016

RE: TLR# 1502675     PVSP-15-01007     LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

You did not line through the sections on the voided CDCR 602 as the previous rejection letter instructed. This is the final request to follow the previous instructions. Failure to follow instructions could lead to the cancellation of your appeal.

You have written in the margins of your appeal forms. Pursuant to CCR 3084.2(a)(2), you are limited to the space provided on the Inmate/Parolee Appeal forms to describe the specific issue and action requested. The space provided is designated by the blank lines in each section. You must confine your written narrative to these lines.

LINE THROUGH THE SECTIONS you have completed incorrectly. ON 11-22-15 I FILLED OUT A COMPLETELY SEPERATE APPEAL, WITH NO WRITING IN THE MARGINS, AND NO WORDS NEEDING TO BE CROSSED OUT. YOU MAY NOW USE THE 11-22-15 AS THE ORIGINAL. THE PVSP APPEALS COORDINATOR, J. MORGAN, CC-II, IS THE ONE WHO INSTRUCTED ME TO WRITE IN THE MARGINS, TO BEGIN WITH!

M. VOONG, Chief
Office of Appeals

P.S.- COULD YOU POSSIBLY BE ANY MORE PETTY, WHEN C/O's JUST THREW AWAY $1,419.80 OF MY PROPERTY?

*Scott Ricks*
V-35068
5-11-16
I RE-WROTE # PVSP-D-15-00924, AS WELL.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side

Institution/Parole Region: PVSP_D-15-   Log #:   Category:

PVSP-D-15-01007

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a materially adverse affect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.      WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): RICKS, SCOTT   CDC Number: V-35068   Unit/Cell Number: SUSP AS-111L   Assignment: ECP/A1/A

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

_CANCELLATION OF CDC-602, LOG# PVSP-D-15-00924_

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 6-3-15, I FILED CDC-602 # PVSP-D-15-00805, FOR 9/C FREBOSO TO RETURN TO ME, MY PERSONAL PROPERTY, WHICH WAS TAKEN BECAUSE OF MY ILLEGAL PLACEMENT IN AD. SEG., DUE TO OVERDUE LEGAL DEADLINES, AND MY LEGAL WORK WAS ON MY

B. Action requested (If you need more space, use Section B of the CDCR 602-A): THE APPEAL OF 6-3-15, WAS SPECIFICALLY REGARDING THE ISSUANCE OF PERSONAL PROPERTY, AFTER PLACEMENT IN AD. SEG., DUE TO OVERDUE LEGAL DEADLINES, AT NO POINT, IN ANY WAY, SHAPE, OR FORM DOES IT MENTION OR REFER TO "MISSING" PROPERTY,

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

602 # PVSP-D-15-00805/PVSP-D-15-00924   CCR3 3084.8(b)(1)
4-CDC-22 FORMS, SIGNED BY/OCULITA   ON 6-29-15

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: _[signature]_   Date Submitted: 7-17-16

☐ By placing my initials in this box, I waive my right to receive an interview.

REC BY OOA
JAN 19 2017

REC BY OOA
MAR 7 2017

RECEIVED
JUL 19 2016
(MAIL APPEALS BRANCH)

C. First Level - Staff Use Only   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITA

Sid

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordina for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date Submitted : _____

**E.  Second Level - Staff Use Only**                    Staff — Check One:  Is CDCR 602-A Attached?  ☐ Yes    ☐

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title interview date and location, and complete the section below.

Date of interview: _____     Interview Location: _____
Your appeal issue is:  ☐ Granted     ☐ Granted in Part    ☐ Denied     ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
                    (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                    (Print Name)

Date received by AC: _____

| | AC Use Only |
| | Date mailed/delivered to appellant ____/____/. |

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Correction Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

# PUSP-D-15-00805 WAS FILED ON 6-3-15, THE MISSING PROPERTY WASN'T DISCOVERED UNTIL
6-6-15, SO THEREFORE THERE CAN BE NO ISSUE OF A DUPLICATE APPEAL, AT FIRST, I THOUGHT
PUSP WAS CLAIMING THAT I DIDN'T FILE #15-00924 ON 6-24-15, NOW PUSP IS
ADMITTING THAT THEY DIDN'T PICK UP THE APPEALS UNTIL 7-7-15, WHICH I HAVE
NO CONTROL OVER. EVER SINCE I WAS PLACED IN AD. SEG. ON 5-26-15, FOR

Inmate/Parolee Signature: _Dwueh. Wells_          Date Submitted: _7-17-16_

**G.  Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted     ☐ Granted in Part    ☐ Denied    ☐ Other: _____
See attached Third Level response.

| | Third Level Use Only |
| | Date mailed/delivered to appellant ____/____ |

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditio conditions.)

_____
_____
_____
_____

_____ Inmate/Parolee Signature: _____  Date: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

*Rewrite #2*
*TLR 1502675*

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | *PUSP-D-15-01007* | | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): RICKS, SCOTT | CDC Number: V-35068 | Unit/Cell Number: AS-111L SVSP | Assignment: EOP-A1/A |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue): PROPERTY. ON 6-6-15, I MET WITH C/O FREGOSO AND HE ISSUED ME MY PERSONAL PROPERTY, AND I AGREED TO WITHDRAW MY APPEAL. HOWEVER, ON 6-6-15, UPON RECEIVING MY PERSONAL PROPERTY, I IMMEDIATELY REALIZED THAT THERE WAS WAS $1,419.80 WORTH OF PROPERTY MISSING. I ATTEMPTED TO RESOLVE THIS ISSUE BY SPEAKING WITH SGT. B. ELENES, AND LT. M. DODSON, TO NO AVAIL. ON 6-29-15, I FILED 602# PUSP-D-15-D0924, OVER THE $1,419.80 WORTH OF MISSING PROPERTY, WHICH WAS DISCOVERED ON 6-6-15, 23 DAYS BEFORE, IN ACCORDANCE WITH CCR § 3084.8 (b)(1), MY 30 DAY TIME CONSTRAINTS WERE MET. THE MISSING PROPERTY WAS DISCOVERED ON 6-6-15, AND THE APPEAL WAS VERIFIED AS BEING FILED ON 6-29-15, WELL WITHIN THE 30 DAYS, THE APPEAL OF 6-3-15 WAS ONLY REGARDING THE ISSUANCE OF PROPERTY AFTER AD. SEG.

*RECEIVED JUL 19 2016 INMATE APPEALS BRANCH*

*REC BY OOA JAN 19 2017*

*REC BY OOA MAR 7 2017*

Inmate/Parolee Signature: _____        Date Submitted: 7-17-16

**B.** Continuation of CDCR 602, Section B only (Action requested): IN FACT, THAT APPEAL WAS FILED ON 6-3-15, AND MY PROPERTY WASN'T ISSUED TO ME, UNTIL 6-6-15. SINCE I HAVE NO WAY TO PREDICT THE FUTURE, AND THE MISSING PROPERTY WASN'T EVEN DISCOVERED UNTIL 6-6-15, IT IS COMPLETELY IMPOSSIBLE FOR THE APPEAL OF 6-3-15, TO BE ABOUT MISSING PROPERTY, SINCE IT HADN'T EVEN BEEN DISCOVERED UNTIL 3 DAYS LATER, ON 6-6-15, FURTHER, THE MISSING PROPERTY WASN'T DISCOVERED UNTIL 3 DAYS LATER, 6-6-15, AND 602 # PUSP-D-15-00924 WAS FILED ON 6-29-15, 23 DAYS LATER, WELL WITHIN THE 30 DAYS REQUIRED BY CCR § 3084.8 (b)(1), THERE IS NO ISSUE OF A DUPLICATE APPEAL, AND 23 DAYS IS WELL WITHIN THE TIME CONSTRAINTS.

Inmate/Parolee Signature: _____        Date Submitted: 7-17-16

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)                                                      Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ALLEGEDLY PLACING A WAS PIN
AN ENVELOPE TO THE IHOAC, I NOW ATTACH A CDC-22 FORM TO THE APPEAL, AND
HAVE A C/O SIGN THE 22 FORM, AND PLACE THE APPEAL IN THE APPEAL BOX FOR ME. ON
6-29-15, I HANDED # PVSP-D-15-00924 TO C/O C. LAITA, WITH AN ATTACHED CDC-
22 FORM, C/O C. LAITA SIGNED THE 22 FORM, AKNOWLEDGING THAT APPEAL WAS
RECEIVED BY CDCR STAFF ON 6-29-15, C/O C. LAITA, THEN SEALED THE ENVELOPE, AND
PLACED #15-00924 IN THE APPEAL BOX ON THE YARD, VERIFYING #15-00924
WAS FILED ON 6-29-15. THROUGH INEPTITUDE, SHEER INCOMPETENCE, OR PLAIN
LAZINESS, PVSP DIDN'T PICK UP OR PROCESS THAT APPEAL FOR 8 DAYS, BUT,
THE SIGNED 22 FORM IS RECEIPT THAT APPEAL WAS FILED ON 6-29-15.
ON 6-29-15, I ALSO FILED 3, SEPERATE, 602/HC'S WITH 22 FORMS ATTACHED,
WHICH C/O C. LAITA ALSO SIGNED. BOTTOM LINE: 2-C/O'S THREW A WAY $1400+
OF MY PERSONAL PROPERTY, AND PVSP IS TRYING TO PREVENT ME FROM
FILING AN APPEAL ON THAT ISSUE. SEE CDC-22 FORMS SIGNED
BY C/O C. LAITA ON 6-29-15, AS PROOF THAT #15-00924 WAS
FILED ON 6-29-15

Inmate/Parolee Signature: _____  Date Submitted: 7-17-16

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 5, 2016

RICKS, SCOTT, V35068
Salinas Valley State Prison          **MAILED**
P.O. Box 1020
Soledad, CA  93960-1020              JUL 0 7 2016

RE: TLR# 1502675    PVSP-15-01007    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(10).  You have not submitted your appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original.  Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process.  Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

You have written in the margins of your appeal forms.  Pursuant to CCR 3084.2(a)(2), you are limited to the space provided on the Inmate/Parolee Appeal forms to describe the specific issue and action requested.  The space provided is designated by the blank lines in each section.  You must confine your written narrative to these lines.

LINE THROUGH THE SECTIONS you have completed incorrectly.  Attach a new 602 and/or 602-A and complete new sections (to replace the ones you lined through on the original 602 and/or 602-A), USING ONLY THE LINES PROVIDED to describe your issue and action requested. DO NOT WRITE IN THE MARGINS>

This is the final request for you to make the corrections. Failure to comply may lead to the cancellation of this appeal for lack of cooperation.

*YOU HAVE BEEN ILLEGALLY REJECTING THIS APPEAL, FOR A YEAR NOW, OVER A BUNCH OF PETTY B.S. I JUST STICK WITH THE FACTS! OVER 100 PEOPLE WATCHED 2 C/O'S THROW AWAY OVER $1400+ OF MY PERSONAL PROPERTY, AND A C/O SIGNED A 22 FORM TO VERIFY MY APPEAL WAS FILED ON 6-29-15.  [signature]  V-35068 / 7-17-16*

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## THIRD LEVEL APPEAL DECISION

Date: SEP 1 4 2016   / 3-14-17

In re:   Scott Ricks, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

TLR Case No.: 1502675         Local Log No.: PVSP-15-01007

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner K. J. Allen. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that his submitted appeal was incorrectly processed by appeals staff at Pleasant Valley State Prison (PVSP). The appellant states that the Appeals Coordinator cancelled his appeal because it was untimely. However, the appellant states that the Appeals Coordinator cancelled the appeal based upon a false claim that it was regarding his personal property. The appellant claims that his initial property appeal was filed on June 3, 2015, and he did not discover the missing property until June 6, 2015, so it could not have concerned his missing property. He requests that his cancelled appeal (PVSP Log #15-00924) be accepted for processing.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the institution is in compliance with all departmental rules and regulations in the processing of inmate appeals. The appeal inquiry revealed that the appellant's previously submitted appeal was correctly cancelled for failure to meet time constraints. The reviewer noted that pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.8(b)(1), an inmate must submit an appeal within 30 calendar days of first knowledge of the action or decision being appealed.

The reviewer found that the appellant was attempting to appeal missing property when he was released from the Administrative Segregation Unit on June 6, 2015. However, his appeal regarding the property matter was not received by the PVSP's Appeals Office until July 7, 2015, which was beyond the allowable 30 calendar days. It was noted that the appellant complained about not receiving all of his personal property within PVSP Log #15-00805, but elected to withdraw the appeal and author the appeal in question. The reviewer found that the appeal was properly cancelled by the Appeals Coordinator. Based upon the conducted inquiry, the appeal was denied at the Second Level of Review.

**III   THIRD LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** Following analysis of the submitted documentation, the Appeals Examiner has determined that the appellant's allegations have been reviewed and properly evaluated by administrative staff at PVSP. An appeal inquiry was conducted by appropriate supervising staff and the appeal was reviewed by the institution's Warden. Despite the appellant's dissatisfaction, this review finds no evidence of a violation of existing policy or regulation by the institution based upon the arguments and evidence presented.

The appellant has failed to provide evidence to support his appeal claim that he submitted his appeal in a timely manner. Pursuant to departmental regulations, an appellant must submit the appeal within 30 calendar days of the event or decision being appealed. The appellant is reminded that the CCR 3084.8(a) specifically states that time limits for reviewing appeals shall commence upon the "date of receipt of the appeal form by the appeals coordinator." The institution cannot use the date the appeal was signed by the appellant as this would allow inmates to easily circumvent the mandated time constraints. Relief in this matter at the Third Level of Review is not warranted.

SCOTT RICKS, V35068
CASE NO. 1502675
PAGE 2

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 5058
CCR: 3001, 3084.1, 3084.3, 3084.5, 3084.6, 3084.8, 3380
CDCR Operations Manual, Section: 54100.1, 54100.4

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

K. D. ALLEN, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:     Warden, SVSP
        Appeals Coordinator, SVSP
        Appeals Coordinator, PVSP

S. RICKS V. M. VOONG.
CIVIL CASE
EXHIBIT_F:
S. RICKS
V.
A. MERCADO, ET AL.
FILED ON:
1-2-17

S. RICKS v. A. MERCADO, ET AL.
CIVIL CASE

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, SCOTT K. RICKS/V-35068 declare under penalty of perjury that: I am the PLAINTIFF in the above entitled action: I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 2 day of JANUARY , 20 17 at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT PRISONER

PROOF OF SERVICE BY MAIL
(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, SCOTT K. RICKS , am a resident of California State Prison, in the County of Monterey, State of California: I am over the age of eighteen (18) years and am ~~not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On 1-2- , 20 17 , I served the foregoing: CIVIL CASE
COVER SHEET / CM-010

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO
ATTN: COURT CLERK
1130 "O" STREET
FRESNO, CA 93724-0002

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED 1-2- , 17

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| *SCOTT K. RICKS / V-35068* <br> *P.O. Box 1050* <br> *SOLEDAD, CA 93960-1050* <br> TELEPHONE NO: *(831) 678-5500*   FAX NO: <br> ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** *FRESNO*
STREET ADDRESS: *1130 "O" STREET*
MAILING ADDRESS:
CITY AND ZIP CODE: *FRESNO, CA 93724-0002*
BRANCH NAME:

CASE NAME: *S. RICKS v. A. MERCADO, ET AL.*

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☒ Unlimited <br> (Amount <br> demanded <br> exceeds $25,000) | ☐ Limited <br> (Amount <br> demanded is <br> $25,000 or less) | ☐ Counter   ☐ Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | | JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☒ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☒ punitive
4. Number of causes of action *(specify)*: 3
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)* CASE #: *16CECG02222*

*S. RICKS*
*C. DAVIS*
*FRESNO COUNTY*

Date: *1-2-17*

*SCOTT K. RICKS / V-35068*
(TYPE OR PRINT NAME)

► *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET <br> *[signature]* | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403 <br> Cal. Standards of Judicial Administration |

*S. RICKS v. A. MERCADO, ET.AL.*
*CIVIL CASE*

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS / V-35068* declare under penalty of perjury that, I am the *PLAINTIFF* in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this *2* day of *JANUARY* 20 *17* at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Scott K. Ricks_
DECLARANT PRISONER

PROOF OF SERVICE BY MAIL
(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *SCOTT K. RICKS* am a resident of California State Prison, in the County of Monterey, state of California. I am over the age of eighteen (18) years and am ~~not~~ a party of the above entitled action. My state prison address is P.O. Box 1050, Soledad, California 93960-1050.

On *1-2-* 20 *17*, I served the foregoing *CIVIL CASE,*
*COMPLAINT, PLD-PI-001*

*W/ LIST OF EXHIBITS*
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO*
*ATTN: COURT CLERK*
*1130 "O" STREET*
*FRESNO, CA   93724-0002*
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *1-2-* 20 *17* _Scott K. Ricks_
DECLARANT PRISONER
_Scott K. Ricks_

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| SCOTT K. RICKS / V-35068<br>P.O. Box 1050<br>SOLEDAD, CA 93960-1050<br>TELEPHONE NO: (831) 678-5500   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
STREET ADDRESS: 1130 "O" STREET
MAILING ADDRESS:
CITY AND ZIP CODE: FRESNO, CA 93724-0002
BRANCH NAME:

PLAINTIFF: SCOTT K. RICKS
v.

DEFENDANT: A. MERCADO
C. DAVIS

☐ DOES 1 TO

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
Type *(check all that apply):*
☐ MOTOR VEHICLE   ☐ OTHER *(specify):*
  ☒ Property Damage   ☐ Wrongful Death   U.S. CONSTITUTION
  ☒ Personal Injury   ☒ Other Damages *(specify):* RIGHTS

| | CASE NUMBER |
|---|---|

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded   ☐ does not exceed $10,000
                      ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

1. Plaintiff *(name or names):* SCOTT K. RICKS
  alleges causes of action against defendant *(name or names):* A. MERCADO
                                       C. DAVIS
2. This pleading, including attachments and exhibits, consists of the following number of pages: 138 PAGES
                                                       (INCLUDING EXHIBITS)
3. Each plaintiff named above is a competent adult   YES / N/A
  a. ☐ except plaintiff *(name):*
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe):*
    (3) ☐ a public entity *(describe):*
    (4) ☐ a minor   ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
    (5) ☐ other *(specify):*
  b. ☐ except plaintiff *(name):*
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe):*
    (3) ☐ a public entity *(describe):*
    (4) ☐ a minor   ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
    (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3

Form Approved for Optional Use<br>Judicial Council of California<br>982.1(1) [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

State of California

Government Claims Program
Office of Risk and Insurance Management
Department of General Services
PO Box 989052, MS 414
West Sacramento, CA 95739-9052

1-800-955-0045 • www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

For Office Use Only

Claim No.:

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Government Claims Program. I cannot pay any part of the fee.*

## Claimant Information

**❶** Last name: RICKS, SCOTT, K.
First Name / MI

**❷** Tel: U/A

**❸** Claim Number (if known):

## Employment Information

**❹** My occupation: PERMANENTLY DISABLED

My employer: U/A
Employer's Mailing Address / City / State / Zip

My spouse's or partner's employer: U/A
Employer's Mailing Address / City / State / Zip

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step ㉓.

Inmate Identification Number: V-35068

## Financial Information

**❻** I am receiving financial assistance from one or more of the following programs.  ☐ Yes  ☐ No

If no, proceed to step **❼** If yes, check all that apply, then skip to step ㉔.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: ☐  Total Income: ☐

If you checked a box in step **❼** A through I, complete steps **❾** through ⑮ Then skip to step ㉔.

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family  and also pay the filing fee.  ☐ Yes  ☐ No

If yes, fill in steps **❽** through ㉔.

## Monthly Income and Expenses

| 9 | My gross monthly pay is: | $ | | 10 | My income changes each month | ☐ Yes | ☐ No |
|---|---|---|---|---|---|---|---|

**11** Number of persons living in my home: _____    **12** Other money I get each month

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| A | | | | $ | A | | $ |
| B | | | | $ | B | | $ |
| C | | | | $ | C | | $ |
| D | | | | $ | D | | $ |
| E | | | | $ | E | | $ |
| F | | | | $ | F | | $ |

| 15 | My total gross monthly household income: | $ 0.00 | 13 | Total other money: | $ 0.00 |
|---|---|---|---|---|---|

**16** My payroll deductions are:    **14** My monthly income: $ 0.00

| A | | $ | E | | $ |
|---|---|---|---|---|---|
| B | | $ | F | | $ |
| C | | $ | G | | $ |
| D | | $ | H | | $ |

| | **17** My total payroll deduction amount is: | $ 0.00 |
|---|---|---|

| 18 | My monthly take home pay is | $ 0.00 | 19 | My net monthly income: | $ 0.00 |
|---|---|---|---|---|---|

**20** I own or have interest in the following property:

| A | Cash | $ | C | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|
| B | Checking and savings (List banks) | | | Property | Value | Loan Balance |
| | 1) | $ | | 1) | $ | $ |
| | 2) | $ | | 2) | $ | $ |
| | 3) | $ | | 3) | $ | $ |
| | 4) | $ | D | Real estate (List addresses) | | |
| | | | | 1) | $ | $ |
| | | | | 2) | $ | $ |

**21** My monthly expenses are:

| A | Rent or house payment | $ | J | Installment payments (specify) | | |
|---|---|---|---|---|---|---|
| B | Food and household supplies | $ | | 1) | $ | |
| C | Utilities and telephone | $ | | 2) | $ | |
| D | Clothing | $ | | 3) | $ | |
| E | Laundry and cleaning | $ | | Total installment payments: | $ 0.00 | |
| F | Medical and dental | $ | K | Wage assignment or withholdings | $ | |
| G | Insurance | $ | L | Spousal or child support | $ | |
| H | School, child care | $ | M | Other: | | |
| I | Transportation and auto expenses | $ | | 1) | $ | |
| | | | | 2) | $ | |
| | | | | Total other expenses: | $ 0.00 | |
| | | | | Total monthly expenses: | $ 0.00 | |

**22**

**23** I have attached other information that supports this application on a separate sheet. *CURRENT TRUST ACCOUNT STATEMENT*   ☒ Yes   ☐ No

## Signature Section

**24** I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.

| _signature_ | 1-15-17 |
|---|---|
| Signature of Claimant | Date |

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES
Government Claim Form
DGS ORIM 06 (Rev. 05.2016)



Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

For Office Use Only

1-800-955-0045 • www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

**Clear Form      Print Form**

## *Is your claim complete?*

- ☒ Include a check or money order for $25 payable to the State of California.
- ☒ Complete all sections relating to this claim and sign the form. Please print or type all information.
- ☒ Attach copies of any documentation that supports your claim. Please do not submit originals.

### Claimant Information *Use name of business or entity if claimant is not an individual*

| 1 | *RICKS, SCOTT, K.* | | 2 | Tel: N/A |
| | Last name            First Name            MI | | 3 | Email: N/A |

| 4 | *P.O. Box 1050*          *SOLEDAD*          *CA   93960* |
| | Mailing Address            City            State   Zip |

| 5 | Inmate or patient number, if applicable: *V-35068* |

| 6 | Is the claimant under 13?  *NO*   If Yes, please give date of birth: *8-1-1967* |

| 7 | N/A |

*If you are an insurance company claiming subrogation, please provide your insured's name in section 7.*

| 8 | N/A |

*If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8*

### Attorney or Representative Information

| 9 | N/A | | 10 | Tel: N/A |
| | Last name            First Name            MI | | 11 | Email: N/A |

| 12 | N/A |
| | Mailing Address            City            State   Zip |

| 13 | Relationship to claimant: N/A |

### Claim Information *Please add attachments as necessary*

| 14 | Is your claim for a stale-dated warrant (uncashed check)?  ○ Yes   ☒ No   If No, skip to Step **15**. |

State agency that issued the warrant: N/A

Dollar amount of warrant: N/A | Date of issue: N/A
MM/DD/YYYY

| 15 | Date of Incident: *1-15-17* |

Was the incident more than six months ago?   ○ Yes   ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing?   ○ Yes   ☒ No

| 16 | State agencies or employees against whom this claim is filed: |

*M. JOONG, CDCR CHIEF OF APPEALS*

| 17 | Dollar amount of claim: *$200,000.00* |

If the amount is more than $10,000, indicate the type of civil case:   ○ Limited civil case ($25,000 or less)   ☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:
*VIOLATION OF U.S. CONSTITUTIONAL RIGHTS 1ST 5TH & 14TH AMENDMENTS, VIOLATION OF CCR §§ 3084.1(a), 3160(a) & 3084.8(c)(3). $100,000.00 IN COMPENSATORY DAMAGES, $100,000.00 IN PUNITIVE DAMAGES*

Page 1

18 | Location of the incident.

SACRAMENTO, CA &
SALINAS VALLEY STATE PRISON, IN SOLEDAD, CA

19 | Describe the specific damage or injury.

THE CDCR CHIEF OF APPEALS M. VOONG, HAS
ILLEGALLY REJECTED EVERY APPEAL THAT I
HAVE EVER FILED, FOR "WRITING IN THE MARGINS"
EVEN THOUGH I HAVE NEVER DONE SO.

20 | Explain the circumstances that led to the damage or injury.

THE CDCR CHIEF OF APPEALS HAS SYSTEMATICALLY
PREVENTED ME FROM FILING APPEALS, IN
VIOLATION OF THE
U.S. CONSTITUTION

21 | Explain why you believe the state is responsible for the damage or injury:

M. VOONG WORKS FOR THE
STATE OF CALIFORNIA

22 | Does the claim involve a state vehicle? | ○ Yes | ☒ No

If YES, provide the vehicle license number, if known: N/A

## Auto Insurance Information

23 | N/A

Name of Insurance Carrier

N/A

| Mailing Address | City | State | Zip |

| Policy Number: | Tel: | | |
| Are you the registered owner of the vehicle? | ○ Yes | ○ No |
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ○ Yes | ○ No |
| Have you received any payment for this damage or injury? | ○ Yes | ○ No |
| If yes, what amount did you receive? | | |
| Amount of deductible, if any | | |
| Claimant's Drivers License Number: | Vehicle License Number: | |
| Make of Vehicle: | Model: | Year: |
| Vehicle ID Number: | | |

## Notice and Signature

24 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Signature of Claimant or Representative   SCOTT K. RICKS   Date: 1-15-17
                                          Printed Name

25 | Mail this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program P.O. Box 989052, MS 414 West Sacramento CA 95798-9052. Forms can also be delivered to the Office of Risk and Insurance Management 707 3rd street, 1st Floor ORIM West Sacramento CA 95605.

C. KICKS V. M. VOONG,
CIVIL CASE
EXHIBIT_J:
LETTERS
TO:
CDCR OMSBUDSMAN,
INSPECTOR
GENERAL,
AND
INTERNAL
AFFAIRS
FILED ON:
1-15-17

*S. RICKS v. M. VOONG*
*CIVIL CASE*

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _Scott K. Ricks / V-35068_ declare under penalty of perjury that: I am the _PLAINTIFF_ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _15_ day of _JANUARY_, 20 _17_ at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Scott K. Ricks_
DECLARANT/PRISONER

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _Scott K. Ricks_, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am ~~am not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _1-15-_, 20 _17_, I served the foregoing: _STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. VOONG_

~~*NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00*~~
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

_STATE OF CALIFORNIA_
_OFFICE OF CDCR OMBUDSMAN_
_1515 S. STREET_
_SACRAMENTO, CA   94283-0001_
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _1-15-_, 20 _17_
_Scott K. Ricks_
DECLARANT PRISONER

TO: CDCR OMBUDSMAN,

RE: STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS, M. VOONG / NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00

U.S.C. 1ST AMEND. GUARANTEES THE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES. U.S.C. 5TH & 14TH AMEND. GUARANTEES "DUE PROCESS OF LAW." CCR § 3084.1(a) GUARANTEES THE "RIGHT TO APPEAL" & § 3160(a) GUARANTEES "INMATE ACCESS TO COURTS."

THE CDCR CHIEF OF APPEALS, M. VOONG, HAS BEEN VIOLATING THOSE RIGHTS FOR SEVERAL YEARS, REJECTING ALL OF MY APPEALS, ILLEGALLY, FOR "WRITING IN THE MARGINS," OF MY APPEALS, EVEN THOUGH I HAVE NEVER WRITTEN IN THE MARGINS.

IT IS A WELL KNOWN FACT, THAT ALL APPEALS FILED WITH THE CHIEF OF APPEALS, ARE ROUTINELY, AUTOMATICALLY DENIED, AND ONLY EXISTS TO EXHAUST ADMINISTRATIVE REMEDIES, IN ORDER TO COMPLY WITH PLRA, AND TAKE THE ISSUE TO COURT. ALL OF THESE APPEALS WERE ACCEPTED AND PROCESSED AT BOTH FLR & SLR.

AS AN EXAMPLE, 602# PUSP-D-15-01007, WAS FILED FOR DLR, ON 8-27-15, BUT, INSTEAD OF PROCESSING THAT APPEAL, M. VOONG ILLEGALLY REJECTED THAT APPEAL, FOR A YEAR, BEFORE AUTOMATICALLY DENYING THAT APPEAL, I WAS UNABLE TO FILE IN COURT, UNTIL 1-2-17, FOR AN INCIDENT THAT TOOK PLACE

PAGE 1 OF 3

1  OVER 17 MONTHS EARLIER, ON 5-26-15. M. VOONG HAS
2  SINCE ILLEGALLY REJECTED NUMEROUS APPEALS,
3  SINCE. ADDITIONALLY, M. VOONG REFUSES TO.
4  COMPLY WITH CCR § 3084.8(c)(3), AND ROUTINELY
5  VIOLATES MY TIME CONSTRAINTS, IN RESPONDING
6  TO APPEALS,
7      I DEMAND ALL APPEALS ACCEPTED AT FLR & SLR, BE
8  ACCEPTED AND PROCESSED AT DLR, AS WELL. IT IS NOT
9  MY FAULT THAT THE CALPIA PRINT SHOP FAILS TO PRINT
10 LINES, TO THE OUTSIDE OF THE PAGES, THIS IS NOT
11 "WRITING IN THE MARGINS." THIS IS MERELY WRITING
12 IN THE AREAS PROVIDED ON THE FORM. I DEMAND THAT
13 NO FURTHER APPEAL IS EVER REJECTED FOR "WRITING
14 IN THE MARGINS." I DEMAND THAT & DCR CHIEF OF APPEALS
15 BE FOREVER BANNED FROM PROCESSING ANY FURTHER
16 OF MY APPEALS, I DEMAND THAT M. VOONG BE FIRED
17 FROM HIS JOB AS CDCR, CHIEF OF APPEALS.
18     M. VOONG INTENTIONALLY, DELIBERATELY,
19 BLATANTLY, AND WILLFULLY VIOLATED MY CONSTITUTIONALLY
20 GUARANTEED RIGHTS "TO PETITION THE GOVERNMENT
21 FOR A REDRESS OF GRIEVANCES" AND "DUE PROCESS
22 OF LAW."
23     I DEMAND THE SUM OF $100,000.00 IN
24 COMPENSATORY DAMAGES, FROM M. VOONG. I
25 DEMAND THE SUM OF $100,000.00 IN PUNITIVE
26 DAMAGES, FROM M. VOONG.
27     IT IS A CONSTITUTIONAL RIGHT, TO BE ABLE
28 TO FILE AN APPEAL, AND M. VOONG HAS

PAGE 2 of 3

1  CONTINUOUSLY VIOLATED THAT CONSTITUTIONAL

2  RIGHT, AGAIN.

3     ON 1-15-17, I AM FILING A STAFF COMPLAINT

4  AGAINST CDCR, CHIEF OF APPEALS, M. VOONG,

5  AS A NOTICE OF INTENT TO FILE SUIT, FOR

6  $200,000.00.

7     PLEASE, INVESTIGATE THIS ISSUE.

8  THANK YOU, FOR YOUR TIME.

9

10         SINCERELY,

11

12  *Scott K. Ricks*

13

14      SCOTT K. RICKS

15      V-35068

16      P.O. BOX 1050

17      SOLEDAD, CA

18      93960-1050

PAGE 3 OF 3

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF THE OMBUDSMAN**

1515 S Street, Sacramento, CA 95811
P.O. Box 942883
Sacramento, CA 94283-0001

March 10, 2017

S. Ricks, V35068
SVSP, CTC
P.O. Box 1050
Soledad, CA 93960

Subject:   **RECEIPT OF CORRESPONDENCE**

Your letter to the Office of the Ombudsman has been received. Due to the high volume of inquiries received, the Ombudsman cannot intervene in all individual cases. However, please note that the Office monitors all correspondence to identify systemic issues, which is a critical element of the Ombudsman's roles as a liaison between institutions and Headquarters and as a policy advisor for the Administration.

☒ Your recent letter to the Office of the Ombudsman was received and based on a review of your letter and of the appropriate policies and procedures relevant to your concerns, the Ombudsman has determined that:

Thank you for bringing your concerns to our attention. Unfortunately, our office does not conduct investigations regarding staff misconduct.  The prescribed avenue for inmates to address a staff complaint would be the use of the CDCR 602 Inmate/Parolee Appeal process, CCR Title 15, Section 3084.1. If you haven't already done so and believe there has been ongoing misconduct by staff, you may file a staff complaint with Correctional Training Facility (CTF) thereby allowing the Hiring Authority an opportunity to first review your concerns and respond before advancing the appeal to the third level for review. Our Office would be happy to monitor the appeal for a timely and accurate response if you mail us a copy. If you cannot obtain a copy you can send us a handwritten copy but please be sure to note, "Copy" at the top of the appeal. All mail to the Office of the Ombudsman is confidential. To assure your mail is processed as such, please write, "Confidential" on envelopes addressed to this office. You may also send a copy of the complaint to the Office of the Inspector General to be monitored. Do not send any originals, copies only, as they will not return your documents.  Send a copy to:

Office of the Inspector General
10111 Old Placerville Road, Suite 110
Sacramento, CA 95827

☒ A review of the information you provided indicates that you have not exhausted your administrative remedies to resolve your issue and/or staff complaint. In accordance with CCR, Title 15 § 3084, you may appeal any departmental decision, action, condition, or policy which you can demonstrate as having a material adverse effect upon your welfare. Please file an appeal to resolve this matter. If you would like to send a copy, this Office can monitor your appeal for a timely and accurate response. Please note: this Office does not process appeals, nor does contacting this Office extend your timeframe for filing an appeal.

☐ An inquiry relative to your issue has been forwarded to the appropriate staff for review.

☐ No review will be conducted. This issue is outside of the scope of this Office.

Thank you for contacting the Office of the Ombudsman.

P. Sholberg

Tami Falconer, Ombudsman
Office of the Ombudsman

S. RICKS v. M. VOONG
CIVIL CASE

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, SCOTT K. RICKS / V-35068 declare under penalty of perjury that: I am the PLAINTIFF in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 15 day of JANUARY, 20 17 at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Scott K. Ricks_
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, SCOTT K. RICKS , am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On 1-15-, 20 17 , I served the foregoing: STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. VOONG

* NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00 *
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

STATE OF CALIFORNIA
OFFICE OF THE INSPECTOR GENERAL
10111 OLD PLACERVILLE RD., SUITE II 110
SACRAMENTO, CA 95827
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1-15-, 20 17 _Scott K. Ricks_
DECLARANT/PRISONER

TO: OFFICE OF THE INSPECTOR GENERAL,

RE: STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS, M. VOONG / NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00

    U.S.C. 1ST AMEND, GUARANTEES THE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES." U.S.C. 5TH & 14TH AMEND, GUARANTEES "DUE PROCESS OF LAW." CCR §3084.1(a) GUARANTEES THE "RIGHT TO APPEAL" & §3160(a) GUARANTEES "INMATE ACCESS TO COURTS."

    THE CDCR CHIEF OF APPEALS, M. VOONG, HAS BEEN VIOLATING THOSE RIGHTS, FOR SEVERAL YEARS, REJECTING ALL OF MY APPEALS, ILLEGALLY, FOR "WRITING IN THE MARGINS" OF MY APPEALS, EVEN THOUGH I HAVE NEVER, WRITTEN IN THE MARGINS.

    IT IS A WELL KNOWN FACT, THAT ALL APPEALS FILED WITH THE CHIEF OF APPEALS, ARE ROUTINELY, AUTOMATICALLY DENIED, AND ONLY EXISTS TO EXHAUST ADMINISTRATIVE REMEDIES, IN ORDER TO COMPLY WITH PLRA, AND TAKE THE ISSUE TO COURT. ALL OF THESE APPEALS WERE ACCEPTED AND PROCESSED AT BOTH FLR & SLR.

    AS AN EXAMPLE, 602# PUSP-D-15-01007, WAS FILED FOR DLR, ON 8-27-15, BUT, INSTEAD OF PROCESSING THAT APPEAL, M. VOONG ILLEGALLY REJECTED THAT APPEAL, FOR A YEAR, BEFORE AUTOMATICALLY DENYING

PAGE 1 of 3

THAT APPEAL. I WAS UNABLE TO FILE IN COURT, UNTIL
1-2-17, FOR AN INCIDENT THAT TOOK PLACE OVER 17
MONTHS EARLIER, ON 5-26-15. M. VOONG HAS SINCE
ILLEGALLY REJECTED NUMEROUS APPEALS, SINCE.
ADDITIONALLY, M. VOONG REFUSES TO COMPLY WITH
CCR § 3084.8(a)(3), AND ROUTINELY VIOLATES MY
TIME CONSTRAINTS, IN RESPONDING TO APPEALS.

I DEMAND ALL APPEALS ACCEPTED AT FLR & SLR,
BE ACCEPTED AND PROCESSED AT DLR, AS WELL. IT
IS NOT MY FAULT THAT THE CALPIA PRINT SHOP FAILS
TO PRINT LINES, TO THE OUTSIDE OF THE PAGES, THIS
IS NOT 'WRITING IN THE MARGINS,' THIS IS MERELY
WRITING IN THE AREAS PROVIDED ON THE FORM. I
DEMAND THAT NO FURTHER APPEAL IS EVER REJECTED
FOR 'WRITING IN THE MARGINS.' I DEMAND THAT
CDCR CHIEF OF APPEALS BE FOREVER BANNED
FROM PROCESSING ANY FURTHER OF MY APPEALS.
I DEMAND THAT M. VOONG BE FIRED FROM HIS
JOB, AS CDCR, CHIEF OF APPEALS.

M. VOONG INTENTIONALLY, DELIBERATELY,
BLATANTLY, AND WILLFULLY VIOLATED MY CONSTITUTIONALLY
GUARANTEED RIGHTS 'TO PETITION THE GOVERNMENT
FOR A REDRESS OF GRIEVANCES' AND 'DUE PROCESS
OF LAW.'

I DEMAND THE SUM OF $100,000.00 IN
COMPENSATORY DAMAGES, FROM M. VOONG. I
DEMAND THE SUM OF $100,000.00 IN PUNITIVE
DAMAGES, FROM M. VOONG.

PAGE 2 OF 3

IT IS A CONSTITUTIONAL RIGHT, TO BE ABLE TO FILE AN APPEAL, AND M. VOONG HAS CONTINUOUSLY VIOLATED THAT CONSTITUTIONAL RIGHT, AGAIN.

ON 1-15-17, I AM FILING A STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS, M. VOONG, AS A NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00.

PLEASE, INVESTIGATE THIS ISSUE. THANK YOU, FOR YOUR TIME.

SINCERELY,

SCOTT K. RICKS
V-35068
P.O. Box 1050
SOLEDAD, CA
93960-1050

PAGE 3 of 3



*Robert A. Barton, Inspector General*                     *Office of the Inspector General*

January 25, 2017

Scott Ricks, V35068
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dear Scott Ricks:

The Office of the Inspector General has received your correspondence.

According to institutional records, the California Department of Corrections and Rehabilitation staff followed appropriate policy and procedure.

In the future, we recommend you follow the instructions provided by appeals staff and resubmit your appeal to the appeals office. Please contact your correctional counselor for advice and assistance regarding questions about the process or the status of your appeal/grievance.

The Office of the Inspector General has no jurisdiction to conduct an investigation, unless specifically requested by the Governor, the Senate Committee on Rules, or the Speaker of the Assembly. However, as part of our statutory mandates, our regional field office staff monitors the internal affairs investigations and employee disciplinary process of CDCR and works directly with prison administrators to resolve issues at the local level. Since CDCR employee investigations are confidential, the Office of the Inspector General cannot provide you with information regarding the results of any ensuing CDCR investigations.

The Office of the Inspector General cannot act in the role of attorney, nor can we provide legal advice or assistance. If you need legal research, advice, or representation, we suggest you consult a private attorney to directly represent your interests. As an alternative, you may wish to contact an advocacy or public-interest law group, a few of which are listed below:

Legal Services for Prisoners with Children
1540 Market Street, Suite 490
San Francisco, CA 94102

Prison Activist Resource Center (PARC)
P.O. Box 70447
Oakland, CA 94612

*Edmund G. Brown, Jr. Governor*

*Robert A. Barton, Inspector General*



*Office of the Inspector General*

Prison Law Office
General Delivery
San Quentin, CA 94964

Thank you for bringing your concerns to our attention. The Office of the Inspector General
considers this matter closed.

INTAKE AND REVIEW UNIT

Office of the Inspector General

JD : 17-0013034-PI

*Edmund G. Brown, Jr. Governor*

S, RICKS v. M. VOONG
CIVIL CASE

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _SCOTT K. RICKS / V-35068_ declare under penalty of perjury that: I am
the _PLAINTIFF_ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _15_ day of _JANUARY_, 20 _17_ at Salinas Valley State
Prison, Soledad, California 93960-1050.

(Signature) _[signature]_
DECLARANT/PRISONER

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _SCOTT K. RICKS_, am a resident of California State Prison, in the County of
Monterey, State of California; I am over the age of eighteen (18) years and am ~~not~~ a party of
the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-
1050.

On _1-15-_, 20 _17_, I served the foregoing: _STAFF COMPLAINT_
_AGAINST CDCR CHIEF OF APPEALS, M. VOONG_

_✱NOTICE OF INTENT TO FILE SUIT, FOR $200,000.00 ✱_
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with
postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas
Valley State Prison, Soledad, California 93960-1050.

_STATE OF CALIFORNIA_
_OFFICE OF INTERNAL AFFAIRS_
_10111 OLD PLACERVILLE RD., SUITE #2000_
_SACRAMENTO, CA 95827_
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _1-15-_, 20 _17_                      _[signature]_
DECLARANT PRISONER

1. TO: OFFICE OF INTERNAL AFFAIRS,
2.
3. RE: STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS,
4. M. VOONG / NOTICE OF INTENT TO FILE SUIT,
5. FOR $200,000.00
6.
7.     U.S.C. 1ST AMEND, GUARANTEES THE RIGHT TO PETITION
8. THE GOVERNMENT FOR A REDRESS OF GRIEVANCES," U.S.
9. C. 5TH & 14TH AMEND, GUARANTEES "DUE PROCESS OF
10. LAW," CCR §3084.1(a) GUARANTEES THE "RIGHT TO
11. APPEAL" & §3160(a) GUARANTEES "INMATE ACCESS
12. TO COURTS,"
13.     THE CDCR CHIEF OF APPEALS, M. VOONG, HAS BEEN
14. VIOLATING THOSE RIGHTS, FOR SEVERAL YEARS,
15. REJECTING ALL OF MY APPEALS, ILLEGALLY, FOR
16. "WRITING IN THE MARGINS" OF MY APPEALS, EVEN
17. THOUGH I HAVE NEVER, WRITTEN IN THE MARGINS.
18.     IT IS A WELL KNOWN FACT, THAT ALL APPEALS FILED
19. WITH THE CHIEF OF APPEALS, ARE ROUTINELY,
20. AUTOMATICALLY DENIED, AND ONLY EXISTS TO
21. EXHAUST ADMINISTRATIVE REMEDIES, IN ORDER TO
22. COMPLY WITH PLRA, AND TAKE THE ISSUE TO COURT.
23. ALL OF THESE APPEALS WERE ACCEPTED AND PROCESSED
24. AT BOTH FLR & SLR.
25.     AS AN EXAMPLE, 602# PUSP-D-15-01007, WAS FILED
26. FOR DLR, ON 8-27-15, BUT, INSTEAD OF PROCESSING
27. THAT APPEAL, M. VOONG ILLEGALLY REJECTED THAT
28. APPEAL, FOR A YEAR, BEFORE AUTOMATICALLY

PAGE 1 of 3

1  DENYING THAT APPEAL. I WAS UNABLE TO FILE IN
2  COURT, UNTIL 1-2-17, FOR AN INCIDENT THAT TOOK
3  PLACE OVER 17 MONTHS EARLIER, ON 5-26-15. M.
4  VOONG HAS SINCE ILLEGALLY REJECTED NUMEROUS
5  APPEALS, SINCE, ADDITIONALLY, M. VOONG
6  REFUSES TO COMPLY WITH CCR § 3084.8(a)(3), AND
7  ROUTINELY VIOLATES MY TIME CONSTRAINTS, IN
8  RESPONDING TO APPEALS.
9       I DEMAND ALL APPEALS ACCEPTED AT FLR &
10 SLR, BE ACCEPTED AND PROCESSED AT DLR, AS
11 WELL. IT IS NOT MY FAULT THAT THE CALPIA PRINT
12 SHOP FAILS TO PRINT LINES TO THE OUTSIDE OF THE
13 PAGES, THIS IS NOT "WRITING IN THE MARGINS,"
14 THIS IS MERELY WRITING IN THE AREAS
15 PROVIDED ON THE FORM. I DEMAND THAT NO
16 FURTHER APPEAL IS EVER REJECTED FOR "WRITING
17 IN THE MARGINS." I DEMAND THAT CDCR CHIEF
18 OF APPEALS BE FOREVER BANNED FROM
19 PROCESSING ANY FURTHER OF MY APPEALS.
20 I DEMAND THAT M. VOONG BE FIRED FROM HIS
21 JOB, AS CDCR, CHIEF OF APPEALS.
22      M. VOONG INTENTIONALLY, DELIBERATELY,
23 BLATANTLY, AND WILLFULLY VIOLATED MY
24 CONSTITUTIONALLY GUARANTEED RIGHTS "TO
25 PETITION THE GOVERNMENT FOR A REDRESS
26 OF GRIEVANCES" AND "DUE PROCESS OF LAW."
27      I DEMAND THE SUM OF $100,000.00 IN
28 COMPENSATORY DAMAGES, FROM M. VOONG. I

PAGE 2 of 3

1  DEMAND THE SUM OF $100,000.00 IN PUNITIVE

2  DAMAGES, FROM M. VOONG.

3       IT IS A CONSTITUTIONAL RIGHT, TO BE ABLE

4  TO FILE AN APPEAL, AND M. VOONG HAS

5  CONTINUOUSLY VIOLATED THAT CONSTITUTIONAL

6  RIGHT, AGAIN.

7       ON 1-15-17, I AM FILING A STAFF COMPLAINT

8  AGAINST CDCR, CHIEF OF APPEALS, M. VOONG,

9  AS A NOTICE OF INTENT TO FILE SUIT, FOR

10 $200,000.00.

11      PLEASE, INVESTIGATE THIS ISSUE.

12  THANK YOU, FOR YOUR TIME.

13

14                    SINCERELY,

15

16                 _Scott K. Ricks_

17

18              SCOTT K. RICKS

19              V-35068

20              P.O. BOX 1050

21              SOLEDAD, CA

22              93960-1050

23

24

25

26

27

28

PAGE 3 OF 3

E. RICKS v. M. VOONG
CIVIL CASE
EXHIBIT-K:
CDC-602
STAFF
COMPLAINT
AGAINST
CDCR
CHIEF
OF
APPEALS,
M. VOONG
FILED ON:
1-15-17

S. RICKS v. M. JOONG
CIVIL CASE

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I. _SCOTT K. RICKS / V-35068_ declare under penalty of perjury that: I am the _PLAINTIFF_ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _15_ day of _JANUARY_, 20 _17_, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Scott K. Ricks_
DECLARANT/PRISONER

--------------------------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I. _SCOTT K. RICKS_, am a resident of California State Prison, in the County of Monterey, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _1-15-_, 20 _17_, I served the foregoing: _STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. JOONG_

_✱ NOTICE OF INTENT TO FILE SUIT FOR: $200,000.00 ✱_
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

_CHIEF, INMATE APPEALS, CDCR_
_P.O. BOX 942883_
_SACRAMENTO, CA_
_94283-0001_
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _1-15-_ 20 _17_

_Scott K. Ricks_
DECLARANT/PRISONER

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

RE: TLR 15 02675

| | IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|---|
| | | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy, or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review remedy available. See California Code of Regulations, Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CDCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | A5-111L | EOP-A1/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. VOONG

A. Explain your issue. If you need more space, use Section A of the CDCR 602-A) U.S.C. 1ST AMEND. GUARANTEES THE RIGHT TO PETITION THE GOVERMENT FOR A REDRESS OF GRIEVANCES. U.S.C. 5TH & 14TH AMEND. GUARANTEES A "DUE PROCESS OF LAW." CCR § 3084.1(a) GUARANTEES THE "RIGHT TO APPEAL." &

B. Action requested. If you need more space, use Section B of the CDCR 602-A): I DEMAND ALL APPEALS ACCEPTED AT FLR & SLR, BE ACCEPTED AND PROCESSED AT DLR, AS WELL. IT IS NOT MY FAULT THAT THE CALPIA PRINT SHOP FAILS TO PRINT LINES TO THE OUTSIDE OF THE PAGES. THIS

Supporting Documents: Refer to CDCR 3084.3
☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g. CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

CDC-1858                                    602# PVSP-D-15-00924
CIVIL CASE                                  602# PVSP-D-15-01007

☐ No, I have not attached any supporting documents. Reason:

#-THE MARGINS ARE MARKED IN HIGHLIGHTER!
WE ARE ALLOWED TO WRITE EVERYWHERE ELSE!

Inmate/Parolee Signature _Scott M. Ricks_      Date Submitted: 1-15-17

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only        Staff - Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected. See attached letter for instruction. Date _____ Date _____ Date _____
☐ Cancelled. See attached letter. Date _____
☐ Accepted at the First Level of Review.

Assigned to _____ Title _____ Date Assigned _____ Date Due _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of interview _____ Interview location _____

Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer _____ Title _____ Signature _____ Date completed _____

Reviewer _____ Title _____ Signature _____

AC Use Only: Date Mailed/Delivered to Appellant _____

REC BY OOA
JAN 19 2017

REC BY OOA
MAR - 7 2017

PVSP-15-01007
WAS DENIED @ TLR
PVSP-15-01007
WAS AN APPEAL
REGARDING THE
CANCELLATION OF
PVSP-15-00924.

INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)                                                                                                    Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): RICKS, SCOTT | CDC Number: V-35068 | Unit/Cell Number: AS-111L | Assignment: EOP-A1/A |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** §3160(a) GUARANTEES INMATE ACCESS TO COURTS." THE CDCR CHIEF OF APPEALS, M. VOONG, HAS BEEN VIOLATING THOSE RIGHTS FOR SEVERAL YEARS, REJECTING ALL OF MY APPEALS, ILLEGALLY, FOR "WRITING IN THE MARGINS" OF MY APPEALS, EVEN THOUGH I HAVE NEVER WRITTEN IN THE MARGINS, IT IS A WELL KNOWN FACT, THAT ALL APPEALS FILED WITH THE CHIEF OF APPEALS, ARE ROUTINELY, AUTOMATICALLY DENIED, AND ONLY EXISTS TO EXHAUST ADMINISTRATIVE REMEDIES, IN ORDER TO COMPLY WITH PLRA, AND TAKE THE ISSUE TO COURT. ALL OF THESE APPEALS WERE ACCEPTED AND PROCESSED AT BOTH FLR & SLR, AS AN EXAMPLE, 602# PVSP-D-15-01007, WAS FILED FOR DLR, ON 8-27-15, BUT, INSTEAD OF PROCESSING THAT APPEAL, M. VOONG ILLEGALLY REJECTED THAT APPEAL, FOR A YEAR, BEFORE AUTOMATICALLY DENYING THAT APPEAL, I WAS UNABLE TO FILE IN COURT, UNTIL 1-2-17, FOR AN INCIDENT THAT TOOK PLACE OVER 17 MONTHS EARLIER ON 5-26-15. M. VOONG HAS SINCE ILLEGALLY REJECTED NUMEROUS APPEALS, SINCE, ADDITIONALLY, M. VOONG REFUSES TO COMPLY WITH CCR §3084.8(c)(3), AND ROUTINELY VIOLATES MY TIME CONSTRAINTS IN RESPONDING TO APPEALS.

Inmate/Parolee Signature: *Scott. Ricks*          Date Submitted:
1-15-17

**B. Continuation of CDCR 602, Section B only (Action requested):** IS NOT "WRITING IN THE MARGINS", THIS IS MERELY WRITING IN THE AREAS PROVIDED ON THE FORM, I DEMAND THAT NO FURTHER APPEALS EVER REJECTED FOR "WRITING IN THE MARGINS." I DEMAND THAT CDCR CHIEF OF APPEALS BE FOREVER BANNED FROM PROCESSING ANY FURTHER OF MY APPEALS. I DEMAND THAT M. VOONG BE FIRED FROM HIS JOB AS CDCR, CHIEF OF APPEALS. M. VOONG INTENTIONALLY, DELIBERATELY, BLATANTLY, AND WILLFULLY VIOLATED MY CONSTITUTIONALLY GUARANTEED RIGHTS TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES" AND "DUE PROCESS OF LAW." I DEMAND THE SUM OF $100,000.00 IN COMPENSATORY DAMAGES, FROM M. VOONG. I DEMAND THE SUM OF $100,000.00 IN PUNITIVE DAMAGES, FROM M. VOONG. IT IS A CONSTITUTIONAL RIGHT, TO BE ABLE TO FILE AN APPEAL, AND M. VOONG HAS CONTINUOUSLY VIOLATED THAT CONSTITUTIONAL RIGHT, AGAIN.

Inmate/Parolee Signature: *Scott. Ricks*          Date Submitted: 1-15-17

JAN 19 2017

REC BY OOA
MAR - 7 2017

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10-08)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees"] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Scott K. RICKS | *[signature]* | 1-15-17 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER   DATE SIGNED |
| Scott K. RICKS | *[signature]* | V-35068  1-15-17 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
|  |  |  |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

THIS IS AGAINST:
M. VOONG
CDCR, CHIEF, INMATE APPEALS
SACRAMENTO, CA

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*[handwritten: UOU ARE A ~~[scribbled out]~~ PIECE OF ~~[scribbled out]~~ ~~[scribbled out]~~]*

*[stamp: MAILED FEB 14 2017]*

February 10, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: TLR# 1502675   PVSP-15-01007   LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed with the appeal office that issued the cancellation decision. **The original appeal may only be resubmitted if the appeal on the cancellation is granted.**

Appeal PVSP-15-01007 was an appeal regarding the cancellation of PVSP-15-00924. PVSP-15-01007 was **denied** at the Third Level of Review. The basis for the denial of the appeal was clearly documented within the decision at the Third Level of Review. It is not appropriate to submit a new 602/602A requesting that a Third Level denial be reversed, nor is it appropriate to attempt to have the OOA address the issues regarding PVSP-15-00924 once the appeal of the cancellation was denied.

*[handwritten: THIS IS A STAFF COMPLAINT AGAINST YOU! YOU F\*\*\*\*\*\*G IDIOT! FOR ILLEGALLY REJECTING EVERY APPEAL THAT I HAVE EVER FILED. THIS APPEAL HAS ABSOLUTELY NOTHING! TO DO WITH PVSP-15-01007]*

*[handwritten circle around signature]*
M. VOONG, Chief
Office of Appeals

*[handwritten: OR PVSP-15-00924, WHATSOEVER THIS IS STRICTLY A STAFF COMPLAINT AGAINST CHIEF OF APPEALS M. VOONG. PURSUANT TO CCR § 3084.7(d)(1)(A), M. VOONG CAN NOT PARTICIPATE IN THE REVIEW OF THIS APPEAL!]*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**\*\*\*\*PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE\*\*\*\***

S. RICKS V. M. VOONG
CIVIL CASE
EXHIBIT – L :
CDC–602
CANCELLATION
APPEAL
FILED ON :
2–26–17

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 REV. 08-09

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| TAB USE ONLY | | |
|---|---|---|
| | Institution/Parole Region | Log # | Category |
| | | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse affect upon your welfare and for which there is no other prescribed method of departmental review remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.         WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | A5-111L | EOP-A1/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

CANCELLATION OF STAFF COMPLAINT AGAINST M. VOONG

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): ON 1-15-17, I FILED
A STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS, M.
VOONG, FOR CONTINUOUSLY REJECTING EVERY APPEAL
THAT I HAVE EVER FILED, FOR "WRITING IN THE

B. Action requested (if you need more space, use Section B of the CDCR 602-A): I DEMAND THAT
THE STAFF COMPLAINT AGAINST CHIEF OF APPEALS, M. VOONG
BE PROCESSED IMMEDIATELY, THIS STAFF COMPLAINT
WAS VERIFIED AS BEING FILED ON 1-15-17, THEREFORE

Supporting Documents: Refer to CCR 3084.3.

☒ Yes I have attached supporting documents.

List supporting documents attached (e.g. CDC 1083 Inmate Property Inventory, CDC 128-G Classification Chrono)

STAFF COMPLAINT AGAINST CDCR, CHIEF OF APPEALS,
M. VOONG.

☐ No I have not attached any supporting documents. Reason: _____

_____

_____

| Inmate/Parolee Signature *Scott G. Ricks* | Date Submitted: 2-26-17 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

*[handwritten marginal notes on right side:]* RE: RK150265 Refer to advisement dated 2/01/17. Not included as an attachment to this appeal. AID for various reasons, appeal or next level...

REC BY OOA
MAR - 7 2017

---

**C. First Level - Staff Use Only**                 Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected. See attached letter for instruction. Date _____ Date _____ Date _____ Date _____

☐ Cancelled. See attached letter. Date _____

☐ Accepted at the First Level of Review.

Assigned to _____ Title _____ Date Assigned _____ Date Due _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location and complete the section below.

Date of interview _____ Interview Location _____

Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer _____ Title _____ Signature _____ Date Completed _____

Reviewer _____ Title _____ Signature _____

Date returned to AC _____

| | AC Use Only |
| | Date received by AC _____ Date mailed/delivered to inmate _____ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| (FAB USE ONLY)   Institution/Parole Region | Log # | Category |
|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only the CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| RICKS, SCOTT | V-35068 | AS-111C | EOP-A1/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): *MARGINS*," EVEN THOUGH "WRITING IN THE MARGINS" IS NOT LISTED IN CCR § 3084.6, AS GROUNDS FOR CONTINUOUS REJECTION OR CANCELLATION OF AN APPEAL. FURTHER, THIS APPEAL IS STRICTLY FILED AS A STAFF COMPLAINT AGAINST M. VOONG, THEREFORE, PURSUANT TO CCR § 3084.7(b)(1)(A), M. VOONG CAN NOT PARTICIPATE IN THE REVIEW OF THIS APPEAL. AS AN EXAMPLE OF THE ILLEGAL REJECTIONS, I WROTE: "AS AN EXAMPLE, 602 # PVSP-D-15-01007, WAS FILED FOR DLR ON 8-27-15," AND, SOMEHOW, THE INCOMPETENT M. VOONG THOUGHT I WAS TRYING TO RE-APPEAL # 01007. I WAS NOT. THIS APPEAL IS STRICTLY A STAFF COMPLAINT FOR VIOLATING MY RIGHT TO APPEAL, I WAS ONLY USING # 01007 "AS AN EXAMPLE," NOT RE-APPEALING THE SAME APPEAL. IT IS ILLEGAL FOR M. VOONG TO CANCEL-OR REVIEW-A STAFF COMPLAINT AGAINST M. VOONG. THIS IS STRICTLY A STAFF COMPLAINT FOR VIOLATING MY RIGHT TO APPEAL.

Inmate/Parolee Signature: *[signature]*   Date Submitted:
2-26-17

REC BY OOA
MAR - 7 2017

B. Continuation of CDCR 602, Section B only (Action requested): STILL HAS A DUE DATE OF 4-12-17. PURSUANT TO CCR § 3084.7(b)(1)(A), THIS IS A STAFF COMPLAINT AGAINST CDCR CHIEF OF APPEALS, M. VOONG, THEREFORE M. VOONG CAN NOT PARTICIPATE IN THE REVIEW OF THIS APPEAL. NOWHERE IN THE CCR, IS "WRITING IN THE MARGINS" QUALIFY AS GROUNDS FOR REJECTION, OR CANCELLATION, I DEMAND AN AUDIT OF THE CHIEF OF APPEALS, M. VOONG, TO SEE WHAT PERCENTAGE OF APPEALS ARE "GRANTED" "PARTIALLY GRANTED," AND "DENIED." NOWHERE IN THE CCR IS "WRITING IN THE MARGINS" LISTED AS GROUNDS FOR REJECTION OR CANCELLATION, YET, CHIEF OF APPEALS, M. VOONG, HAS REPEATED ILLEGALLY REJECTED EVERY SINGLE APPEAL BASED SOLELY ON "WRITING IN THE MARGINS" ONLY!!

Inmate/Parolee Signature: *[signature]*   Date Submitted: 2-26-17

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                  EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



March 14, 2017

RICKS, SCOTT, V35068
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

**MAILED**

**MAR 1 6 2017**

RE: TLR# 1502675    PVSP-15-01007    LEGAL

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

The CDCR 602 dated 2/26/17 was determined to be a legal issue relative to the processing of appeals.  Appeal PVSP-15-01007 was regarding the cancellation of PVSP-15-00924.  PVSP-15-01007 was denied at the Third Level of Review.  The basis for the denial of the appeal was clearly documented within the decision at the Third Level of Review.  It is not appropriate to submit a new 602/602A requesting that a Third Level denial be reversed, nor is it appropriate to attempt to have the OOA address the issues regarding PVSP-15-00924 once the appeal of the cancellation was denied.

Relative to photocopies of various rejected appeals, you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****